# HITACHI DATA SYSTEMS' HEALTH AND WELFARE BENEFITS

# ADOPTION AGREEMENT,

# PLAN AND SUMMARY PLAN DESCRIPTION

**This document, together with the documents provided by the insurance carriers listed on pages 1 and 2 and available on the HR Gateway, constitutes the Summary Plan Description required by ERISA §102.**

Exhibit 1

# TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| ADOPTION AGREEMENT | | 1 |
| ARTICLE I - GENERAL INFORMATION ABOUT THE PLAN | | 10 |
| 1. | Plan Funding Information | 10 |
| 2. | Plan Administration | 10 |
| 3. | Right to Amend or Terminate | 10 |
| ARTICLE II - ELIGIBILITY AND PARTICIPATION | | 11 |
| 1. | Participant Eligibility | 11 |
| 2. | When Participation Begins | 11 |
| 3. | When Participation Ends | 11 |
| 4. | Absences from Work | 12 |
| 5. | FMLA Leave | 12 |
| 6. | Uniformed Service Under USERRA | 12 |
| ARTICLE III - ELECTIONS | | 13 |
| 1. | Salary Reduction Benefit Options | 13 |
| 2. | Initial Year of Participation | 13 |
| 3. | Annual Election Procedure/Open Enrollment | 14 |
| 4. | Changes in Elections | 14 |
| 5. | Special Enrollment Rights | 16 |
| 6. | Election Mistakes | 16 |
| ARTICLE IV – BENEFITS | | 16 |
| 1. | Insurance and Employer Coverages | 16 |
| 2. | Health Care, Dependent Care, and Adoption Assistance Flexible Spending Accounts | 16 |
| ARTICLE V – CLAIMS FOR BENEFITS | | 19 |
| ARTICLE VI - CIRCUMSTANCES THAT MAY LIMIT, TERMINATE, OR REDUCE BENEFITS | | 20 |
| 1. | In General | 20 |
| 2. | Termination of Coverage for False Representations | 20 |
| 3. | Third Party Responsibility | 20 |
| 4. | Coordination of Benefits | 21 |
| ARTICLE VII - CONSTRUCTION AND OTHER LEGAL INFORMATION | | 21 |
| 1. | Information to Be Furnished | 21 |
| 2. | No Guarantee | 21 |
| 3. | Plan Representations | 22 |
| 4. | Indemnification of Employer by Participants and Beneficiaries | 22 |
| 5. | Not a Contract for Employment | 22 |
| 6. | Limitation of Rights | 22 |
| 7. | Construction | 22 |
| ARTICLE VIII - YOUR RIGHTS UNDER ERISA | | 23 |
| 1. | Receive Information About Your Plan and Benefits | 23 |
| 2. | Continue Group Health Plan Coverage | 23 |
| 3. | Prudent Actions by Plan Fiduciaries | 23 |
| 4. | Enforce Your Rights | 23 |
| 5. | Assistance with Your Questions | 24 |
| 6. | Group Health Plan Protections | 24 |




Exhibit 1

## TABLE OF CONTENTS

**APPENDICES**

Appendix 1 SPECIAL NOTICES APPLICABLE TO GROUP HEALTH COVERAGES

Appendix 2 CLAIMS PROCEDURES: HOW TO FILE A CLAIM FOR BENEFITS

Appendix 3 COBRA CONTINUATION COVERAGE RIGHTS

Appendix 4 THE USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

# HITACHI DATA SYSTEMS' HEALTH AND WELFARE PLAN

## ADOPTION AGREEMENT

The Hitachi Data Systems' Health and Welfare Benefits Plan (the "Plan") is an employee welfare benefit plan sponsored and maintained by Hitachi Data Systems Corporation, EIN #94-2603663 (the "Plan Sponsor") for the benefit of its employees and employees of its participating affiliates (employees of the "Employer") to provide the welfare benefits ("Coverage(s)").

The Plan is assigned Plan Number 512 and was originally effective January 1, 1997. This document is an amendment and restatement of the plan effective January 1, 2013.

### 1) Insurance Coverage

Insurance Coverages are provided through insurance contracts and policies. These contracts and policies do contain information on benefits, eligibility, and run-out-periods. The Plan provides the following Insurance Coverages:

| Benefit Type | Grand-fathered Status | Carrier Name and Policy Number | Contact Information | Claims Administrator |
|---|---|---|---|---|
| **Medical** | | | | |
| HMO | No | Kaiser<br>#897 (N. CA)<br>#107185 (S. CA) | 800-464-4000 | P.O. Box 12923<br>Oakland, CA 94604-2923 |
| EPO/PPO/Consumer HSA | No | UnitedHealthcare<br>#752142 | 888-296-0110 | Claims<br>P.O. Box 30555<br>Salt Lake City, UT 84130-0555 |
| **Dental** | NA | Delta Dental<br>#3005 (DPPO)<br><br>#06054 (DHMO) | 800-765-6003<br><br>800-801-7105 | P.O. Box 997330<br>Sacramento, CA 95899-7330<br><br>DeltaCare (DMO)<br>P.O. Box 1810<br>Alpharetta, GA 30023 |
| **Vision** | NA | VSP<br>#30010267<br><br>Eyemed<br>#9704958 | 800-877-7195<br><br>866-723-0513 | P.O. Box 997105<br>Sacramento, CA 95889<br><br>P.O. Box 8504<br>Mason, OH 45040 |
| **Prescription Drugs** | Yes | Catamaran<br><br>-Mail Order<br><br>Kaiser<br>#897 (N. CA)<br>#107185 (S. CA) | 888-869-4600<br><br>800-893-2299<br><br>800-464-4000 | P.O. Box 1069<br>Rockville, MD 20849-1069<br><br>Catamaran Home Delivery<br>P.O. Box 166<br>Avon Lake, OH 44012-99267<br><br>P.O. Box 12923<br>Oakland, CA 94604-2923 |



SF #1242616 v4

Exhibit 1

## HITACHI DATA SYSTEMS' HEALTH AND WELFARE PLAN

## ADOPTION AGREEMENT

| | | | | |
|---|---|---|---|---|
| **Employee Assistance Program** | N/A | Magellan #Hitachi | 800-523-5668 | n/a |
| **AD&D and Business Travel and Accident** | N/A | Lincoln Financial #10120084 | 800-423-2765 | Lincoln Financial P.O. Box 2649 Omaha, NE 68175-0001 |
| **Long-Term Disability** | N/A | Lincoln Financial #10120085 | 800-423-2765 | Life National Life Insurance Co P.O. Box 2609 Omaha, NE 68175-0001 |
| **Life Insurance** | N/A | Lincoln Financial #10120084 | 800-423-2765 | P.O. Box 2649 Omaha, NE 68175-0001 |

## HITACHI DATA SYSTEMS' HEALTH AND WELFARE PLAN

## ADOPTION AGREEMENT

**Premium Payment Coverage and Flexible Spending Accounts**

The Flexible Spending Account and Premium Payment Coverage allow Participants to use pre-tax dollars to pay their share of the premiums and to establish flexible spending accounts to reimburse qualifying expenses incurred while a Participant during the applicable Plan Year.

Premium Payment Coverage contributions and Flexible Spending Account Coverage becomes effective on the first day of the pay period after the election to reduce salary takes effect. Other Coverages will become effective as described in the applicable Benefit Booklet or Evidence of Coverage.

The Plan provides the following Premium Payment and Flexible Spending Account (FSA) Coverages:

| Benefit Type | Minimum and Maximum Benefits and Run-Out-Period | Contact Information | Claims Administrator |
|---|---|---|---|
| **Premium Payment Coverage** | n/a | | |
| **Health Care FSA** | $120 - $2,500; none | 877-924-3967 | WageWorks Claims Administrator P.O. Box 14053 Lexington, KY 40512 |
| **Dependent Care FSA** | $120 - $5,000; none | | |

**2) The Plan Document**

The official "Plan Document" is a combination of the Policies and other formal plan documents listed and incorporated by reference in 1 above, the Hitachi Data Systems' Health and Welfare Plan document, Appendix 4 of the Hitachi Data Systems' Health and Welfare Plan document, and this Adoption Agreement. These documents contain important information about the provisions of the Plan and the benefits a Participant or beneficiary will receive under the Plan. If the terms of the SPD conflict with the terms of the official "Plan Document," the Plan will be interpreted to give effect to the official "Plan Document", except as required by law.

**3) The Summary Plan Description**

The insurance carriers and third party administrators have prepared booklets to describe the benefits available under the Insured Coverages. The Plan Sponsor has provided similar materials to describe Employer Coverages and Flexible Spending Account Coverages. Those booklets, referred to throughout the Hitachi Data Systems' Health and Welfare Plan document and this Adoption Agreement as "Evidences of Coverage" or "Benefit Booklets," contain important information about the Coverages; however, they may not contain all of the information required by a federal law, the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), to appear in a summary plan description ("SPD"). Therefore, the Hitachi Data Systems' Health and Welfare Plan document, Appendices 1, 2 and 3 to the Hitachi Data Systems' Health and Welfare Plan document, this Adoption Agreement to the Hitachi Data Systems' Health and Welfare Plan document, along with the Evidences of Coverage or Benefit Booklets that apply to the Coverage(s) in which a Participant is enrolled, and any summaries of material modifications ("SMMs"), constitute a Participant's summary plan description (as that term is defined by ERISA) for the Plan. Participants should read and keep these documents together.

### 4) The Plan Administrator

The Plan Administrator is the named fiduciary responsible for administering the Plan and has full discretionary authority to interpret and administer the Plan except to the extent that such authority is retained or assumed pursuant to an insurance Policy as described in 1 above or pursuant to a contract as described in 2 or 3 above. With respect to benefits that are provided pursuant to an insurance policy, the Plan Administrator has delegated the full discretionary authority to determine applicable claims for benefits and appeals of denied claims to the applicable insurance carrier. Such carriers shall have the discretionary authority to interpret the applicable policy and Plan terms and the applicability of relevant laws and regulations, for the purpose of determining and paying claims for benefits. Such authority includes, but is not limited to, the authority to determine what services and supplies constitute "essential health benefits" within the meaning of the Affordable Care Act of 2010 and its implementing regulations. The Plan Administrator may delegate all or a portion of its responsibilities to one or more agents or to a committee. Such delegation includes discretionary authority unless that authority is specifically limited in the delegation. The Plan Administrator is:

Hitachi Data Systems Corporation
2845 Lafayette
Santa Clara, CA 95050

### 5) The Plan Year

The **"Plan Year"** begins on January 1 and ends on December 31. The Plan's records are maintained on a Plan Year basis. Certain Coverages may have a coverage period that does not coincide with the Plan Year and certain Coverages may have a coverage period of two years. When coverage periods cover more than one Plan Year, the Participant's payment for that Coverage will be paid at least annually and payments from one Plan Year will not be used to pay for benefits for a subsequent Plan Year in accordance with applicable tax law.

### 6) Service of Legal Process

Corporate Secretary -- Hitachi Data Systems Corporation is authorized to accept legal service on behalf of the Plan, at 2845 Lafayette Street, Santa Clara, CA 95050; 408-970-1000..

### 7) Participation and Eligibility

a) Eligible Employee

An **"Eligible Employee"** is a common-law employee of the Employer classified by the Employer as a regular common law employee who customarily works at least 30 hours per week and is paid on the Employer's U.S. payroll. Eligibility for any specific benefit is set forth in the applicable Evidence of Coverage or Benefits Booklets and being an "Eligible Employee" generally as set forth below does not mean that you will be eligible for any particular Coverage. The term "Eligible Employee" does not include persons classified by the Employer as independent contractors or as being in one of the following ineligible categories, even if the classification is incorrect:

- Persons whom the Employer classifies as temporary employees, as employed to work on discrete projects, or as the equivalent (such as interns);

- Persons who are working under a collective bargaining agreement that does not provide for their Plan participation;
- Foreign nationals the Employer classifies as employed under a formal or informal exchange program, except the extent such individuals are working in the United States on an H-1B visa under circumstances that require them to be afforded Plan eligibility by Section 212(n) of the Immigration and Nationalities Act.
- Persons working for a nonparticipating employer that provides goods or services (including temporary employee services) to the Employer;
- Persons who are not classified by the Employer as its common law employees, but who must be taken into account in testing the Plan for discrimination testing or for other statutory purposes;
- Persons whom the Employer has determined to have permanently ceased to render services, but who it continues to treat as Employees for certain purposes;
- Persons who are leased employees within the meaning of Internal Revenue Code of 1986 (the "**Code**") Section 414(n);
- Employees on unprotected unpaid leaves of absence, persons whom the Employer classifies as being on unpaid leaves of absence, except to the extent the Employer, by written notice, elects to extend Plan participation to them.

b) Plan Participants

An Eligible Employee or Eligible Retiree with Coverage under the Plan is a Plan Participant. All Coverages take effect:

- Immediately on the date of hire. You must enroll within thirty-one (31) days after becoming eligible. If you terminate employment you will generally be considered a new employee if you are rehired, but if you are rehired within 30 days of termination of employment, you will not be treated as a new employee and your prior elections under the Plan will continue to apply.

c) Dependent Eligibility

For purposes of the Plan, a "**Dependent**" is any individual who qualifies to receive benefits from a Plan Coverage because of that individual's relationship with a Participant.

If not otherwise defined in an Evidence of Coverage or Benefits Booklet, a person will be a "dependent" for purposes of a specific Coverage if Coverage is required by law because of the person's relationship with the Participant or if the person meets the definition of "dependent" under Code §152 as appropriately modified for the particular use under Code §105(b), Code §125(e), or under an applicable provision in Section 207 of the Working Families Tax Relief Act of 2004 or the Affordable Care Act of 2010 (a "Tax Dependent"). This includes your "Spouse." For purposes of the Plan, a "Spouse" means a spouse recognized under federal law. As of January 1, 2009, the Defense of Marriage Act of 1996 (P.L. 104-199, 1 USC § 7) defines a spouse for federal law purposes to be "a person of the opposite sex who is a husband or wife." For purposes of the group health plan benefits (medical, prescription drug, dental and vision), coverage for an employee's child(ren) is intended to comply with the Affordable Care Act. As such, a "child" means an employee's son, daughter, stepson, or stepdaughter, or foster child who is placed with

the employee by an authorized placement agency or by judgment, decree or other court order, who is age 26 or under. A "child" includes both a legally adopted individual of the employee and an individual who is lawfully placed with the employee for legal adoption by the employee. Any other child generally must qualify as an employee's Tax Dependent to be eligible for coverage.

For Coverage provided to a person who is not a Tax Dependent will be taxed as imputed income to the Participant for federal tax purposes and may be taxed as imputed income to the Participant for state tax purposes as well. Note: For purposes of the taxation of benefits, the term "Tax Dependent" includes persons who are deemed "Tax Dependents" under the Affordable Care Act of 2010 and its implementing guidance)

For purposes of Premium Payment Coverage and Flexible Spending Accounts:

- The term "Dependent" is limited to "Tax Dependents." The term "Tax Dependents" includes an employee's child (see definition above) who has not attained age 27 as of the end of the employee's taxable year.

Your domestic partner may also be an eligible dependent under certain Plan Coverages. For purposes of the Plan, a "**domestic partner**" includes:

- A person who must be covered by certain Coverages in the same way a Spouse is covered pursuant to applicable insurance law because of the person's relationship with the Participant (for example, a Registered Domestic Partner of a California Participant covered by a California Insurance Policy).
- A person who is a member of a domestic partnership or civil union recognized under applicable state law.
- A "domestic partner" recognized by the Employer for benefits purposes as outlined by the Employer's domestic partner policy, which is hereby incorporated by reference.

Domestic Partner Eligibility

For your Partner to be eligible as a dependent in Hitachi Data Systems Health and Wellness Plans, the Partner must be an individual to whom you are legally married in your state of residence or meet the following criteria:

- o Be at least 18 years of age;
- o Must have lived together for a minimum of 6 months;
- o Be in an exclusive, mutually committed relationship similar to that of marriage;
- o Be financially responsible for each other's well being;
- o Not be married to anyone else, legally separated from anyone else or have another domestic partner (any such past relationships must have been dissolved for at least 6 months);
- o Not be related by blood to any degree that would bar marriage in the state in which you reside;
- o Not be in a relationship solely for the purpose of obtaining coverage.

Domestic Partner's Child(ren) Eligibility

For a Domestic Partner's child(ren) to be eligible as a dependent in Hitachi Data Systems Health and Wellness Plans, the child must meet the following criteria:

- o The child is primarily dependent upon you, the employee, for support, and a parent-child relationship exists between you and the child based on the following:
- o The child must be under 26 years of age.
- o You must assume responsibility and control, including any and all debts incurred by the child (for example, charges for health care services and supplies).
- o You or your Domestic Partner must have a court-appointed legal relationship with the child (for example, guardianship, adoption), or your Domestic Partner must be the biological parent or the stepparent of the child.

d) Eligible Early Retirees

Medical, Dental and Vision Coverages were extended to certain persons who were formerly Eligible Employees, but retired from employment with the Employer during 2009. To receive such coverage the former Eligible Employee must have retired in good standing from the Employer and met the following requirements:

- Was at least 58 years of age as of January 1, 2010
- Was actively at work as of December 31, 2009
- Worked for the Employer for a minimum of 10 years

These individuals are "**Eligible Early Retirees.**" Coverages that are extended to Eligible Early Retirees are unvested and can be amended, reduced, or terminated at any time by the Employer in its sole discretion. These Coverages remain unvested and subject to reduction or termination even if they are described as "life-time benefits" or the description of the benefits has other similar language. Such language should not be construed to create any vested entitlements. In no event will Coverage continue later than the date the early retiree becomes eligible for Medicare.

**8) Amendment and Termination**

The Plan Sponsor intends to maintain the Plan indefinitely, but is under no obligation to continue the Plan and can terminate the Plan at any time and for any reason by written instrument with or without written notice to the Plan participants. In the event of such termination, any health coverage under the Plan which is regulated by The Patient Protection and Affordable Care Act, as amended by the Health Care and Education Reconciliation Act (the "Affordable Care Act"), and which is required to be included in the "Summary of Benefits and Coverage", will not materially change until 60 days after notice is provided as required by the ACA and such health coverage will not be retroactively terminated for any reason other than nonpayment of premiums, fraud, or intentional misrepresentation. In terminating or amending the Plan, the Company cannot retroactively reduce the benefits to which a Participant is entitled prior to the termination or amendment.

**9) Grandfathered Coverage Under Health Care Reform**

The "Affordable Care Act", also known as health care reform, applies to health offerings under this Plan (excluding certain stand alone vision, dental, and excluded coverages). Some of these offerings may be "Grandfathered" for purposes of health care reform and only certain provisions might apply to them. With respect to Grandfathered offerings, this document is not intended to contain any changes that would cause the offering to lose grandfathering status and any provision in this document that would jeopardize the grandfathered status of such offering will not apply to such offering. Other offerings will be considered non-grandfathered and subject to considerable regulation under health care reform. The health care reform provisions that apply to all covered health benefits are described throughout this document.

This Plan believes that the health coverages designated as "grandfathered" in Sections 1, 2, and 3 above are considered a "grandfathered health plan" under the Affordable Care Act. As permitted by the Affordable Care Act, a grandfathered health plan can preserve certain basic health coverage that was already in effect when that law was enacted. Being a grandfathered health plan means that the health offering may not include certain consumer protections of the Affordable Care Act that apply to other plans, for example, the requirement for the provision of preventive health services without any cost sharing. However, grandfathered health plans must comply with certain other consumer protections in the Affordable Care Act, for example, the elimination of lifetime limits on benefits. Questions regarding which protections apply and which protections do not apply to a grandfathered health plan and what might cause a plan to change from grandfathered health plan status can be directed to the Plan Administrator identified in Section 4. You may also contact the Employee Benefits Security Administration, U.S. Department of Labor at 1-866-444-3272 or www.dol.gov/ebsa/healthreform. This website has a table summarizing which protections do and do not apply to grandfathered health plans.

**10) Non-grandfathered Coverage Under Health Care**

Health plans that are not "Grandfathered" are subject to special rules. For Plan Years on or after September 23, 2010, these rules include the following rights:

a) Patient Protections.

Health plan offerings that are not "Grandfathered" and require or allow for the designation of primary care providers by participants or beneficiaries, covered Eligible Employees and Dependents have the right to designate any primary care provider who participates in the network and who is available to accept new members. Until this designation is made, one may be designated for a covered person. For information on how to select a primary care provider, and for a list of the participating primary care providers, contact the Plan Administrator identified in Section 4. For children, you may designate a pediatrician as the primary care provider. Prior authorization is not needed prior authorization from the Plan or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in our network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, contact Plan Administrator identified in section 4.

b) Preventive Services.

Non-grandfathered plans must provide certain preventive services that are mandated by the federal government without imposing any cost-sharing such as deductibles, co-pays, or co-insurance for in-network services. These health care offerings will cover preventive services that

are listed in recommendations and guidelines issued on or before September 23, 2009, as amended. These recommendations and guidelines are available at http://www.healthcare.gov/center/ regulations/prevention.html.

c) Annual Limits.

Non-grandfathered and grandfathered plans are not allowed to have a lifetime dollar limit on essential health benefits or set annual dollar limits on essential health benefits that are lower than the minimum required under the Affordable Care Act of 2010 and its implementing regulations and other guidance. The annual aggregate limit on essential health benefits generally is as follows: (1) for the 2011 Plan Year - $750,000 or the overall lifetime limit in effect on March 23, 2010, whichever is greater; (2) for the 2012 Plan Year - $1,250,000 or the overall lifetime limit in effect on March 23, 2010, whichever is greater; (3) for the 2013 Plan Year - $2,000,000 or the overall lifetime limit in effect on March 23, 2010, whichever is greater; and (4) for the 2014 Plan Year and all subsequent Plan Years – no dollar limit. Essential health benefits include ambulatory patient services, emergency services, hospitalization, maternity and newborn care, mental health and substance abuse disorders (including behavioral health treatment), prescription drugs, rehabilitative and habilitative services and devices, laboratory services, preventative services, wellness services, chronic disease management, and pediatric service (including oral and vision care.) Pending the issuance of guidance regarding "essential health benefits" by the government, the insurance carriers or other applicable claims administrators, have the sole discretion to determine what services and supplies constitute "essential health benefits".

d) Appeals.

Non-grandfathered plans have special appeals procedures and those procedures include a right to external review of a denied claim. These appeals procedures are available from the Plan upon request and the specific appeals procedures for each of these coverages will be provided in the evidence of coverage or benefits description.

e) Emergency Services.

Non-grandfathered health plan offerings must provide benefits for emergency services without prior authorization, even if the services are out-of-network. Cost sharing for emergency services cannot exceed in-network cost sharing. Balance billing is limited so that the Plan will pay the greater of the median amount negotiated with in-networks providers, the out-of network amount using in-network cost-sharing provisions, or the Medicare fee for the service amount.

## INTRODUCTION

This Health and Welfare Benefits Plan (the "Plan") is an employee welfare benefit plan maintained by the Plan Sponsor for the benefit of its employees and employees of its participating affiliates (the "Employer") to provide health and welfare benefits (referred to in this document as "Coverages").

## ARTICLE I - GENERAL INFORMATION ABOUT THE PLAN

The Adoption Agreement to the Plan contains certain general information about the Plan specific to the Plan Sponsor and Employer and is incorporated by reference. This Article I contains information regarding funding, administration and Plan Sponsor changes.

### 1. Plan Funding Information

Plan benefits for most Coverages are funded through insurance contracts and policies purchased from various insurance carriers. The insurers (and not the Employer) are financially responsible for the payment of claims under Insurance Coverages. Premiums for those insurance contracts and policies are paid from the general assets of the Employer, and benefits are administered and paid by the insurance carriers pursuant to the insurance contracts and policies. Plan benefits for the Employer Coverages and Flexible Spending Accounts are funded out of the Employer's general assets. No amounts are held in trust or otherwise segregated from the general assets of the Employer. You may be required to contribute toward the cost of Coverages, as described in Section 2.2.

### 2. Plan Administration

The Plan Administrator has the sole discretionary authority and responsibility to administer and control the Plan in accordance with its terms, and has, without limitation, the discretionary authority to interpret the Plan or its terms except when such authority has been retained by an insurance carrier or other entity under the terms of an insurance policy or other contract. The Plan Administrator's powers include making and enforcing rules it deems necessary or proper for the efficient administration of the Plan, allocating its responsibilities under the Plan to other persons, and deciding all questions concerning the Plan, including determining eligibility for benefits under the Plan. The Plan Administrator may delegate all or a portion of its responsibilities to one or more agents or to a committee. Such delegation includes discretionary authority unless that authority is specifically limited in the delegation. With respect to benefits that are provided pursuant to an insurance policy, the Plan Administrator has delegated the full discretionary authority to determine applicable claims for benefits and appeals of denied claims to the applicable insurance carrier. Such carriers shall have the discretionary authority to interpret the applicable policy and Plan terms and the applicability of relevant laws and regulations, for the purpose of determining and paying claims for benefits. Such authority includes, but is not limited to, the authority to determine what services and supplies constitute "essential health benefits" within the meaning of the Affordable Care Act of 2010 and its implementing regulations.

The Plan Administrator keeps the records for the Plan, and will also answer any questions you may have about the Plan.

### 3. Right to Amend or Terminate

The Plan Sponsor or the Plan Administrator, either one acting in its nonfiduciary settlor capacity, has the power to amend the Plan or to terminate it at any time, prospectively or retroactively, for any reason, without notice. No person has any vested right to benefits under this Plan. Formal resolutions shall not be required approving amendments embodied in this Summary Plan Descriptions or in summaries of material modifications.

Acting on behalf of the Employer in its capacity as Plan Sponsor and settlor, the Plan Administrator has the discretion to determine whether an Employee has satisfied any age, service or other requirements for Coverage and benefits under the Plan, and whether or not such Employee is employed in a class of Employees to which the Plan has been extended.

## ARTICLE II - ELIGIBILITY AND PARTICIPATION

### 1. Participant Eligibility

Each Coverage provided by this Plan has its own eligibility requirement. You are eligible under this Plan if you are eligible for any of these Coverages and you are an "Eligible Employee" as described in the Adoption Agreement.

### 2. When Participation Begins

Plan Participation begins for each Coverage as described in the separate Coverage plan documents and policies and as described in the Adoption Agreement. Coverage is contingent on completion of any necessary Forms. All references to "**Forms**," in this document include any interface approved by the Plan Administrator by which you may submit or update information with the Plan, insurance carrier, or third party administrator. This may include, but is not limited to, paper Forms, online Forms, and telephonic data entry processes.

Not all Eligible Employees are Plan Participants. The amount, if any, that you are required to contribute in order to receive a specific Coverage will be described at initial eligibility. You may pay for some Coverages pre-tax. These Coverages are referred to as "Salary Reduction Benefits." A "**Salary Reduction Benefit**" is any one of:

a) the payment for a benefit that (i) before a Plan Year begins, is designated by the Plan Administrator in the open enrollment materials as available for salary reduction elections for that Plan Year by Eligible Employees, and (ii) is eligible for a salary reduction election under Code §125; and

b) reimbursement for out-of-pocket payments of any qualifying expense under the Health Care and Dependent Care Flexible Spending Accounts (described in Section 4.2) or a qualifying adoption expense as described in an Adoption Assistance Flexible Spending Account Evidence of Coverage or Benefits Booklet.

Some Eligible Employees may be extended the opportunity of participating in this Plan, but may (as determined by the Employer) have declined participation (online or in writing), which means that these persons are not Participants. You may be excluded from the Plan by any other Plan provision such as the provisions in Article VI of the Plan. You may be an Eligible Employee under the Plan, but not eligible to participate in all of the Coverages offered under the Plan. Specific eligibility rules may apply to eligibility for a particular Coverage and a person has no right to a particular Coverage unless he or she meets those specific eligibility rules. Your eligibility and the eligibility of your Dependents for specific Coverages, as well as the amount, type, and duration of Coverage are determined in accordance with the terms of the applicable insurance contracts or policies, if applicable, and the terms of enrollment of the particular Coverage.

### 3. When Participation Ends

You will cease to be a Participant in the Plan as of the earliest of:

a) the date on which the Plan terminates;

b) the end of the Plan Year (unless you again receive benefits under the Plan for the next Plan Year);

c) the earlier of (i) the date you cease to be an Eligible Employee or the like IF the specific Coverage's Benefit Booklet or Evidence of Coverage limits coverage to Eligible persons without extending coverage through the end of the month, or (ii) the end of the month during which you cease to be an Eligible Employee or the like, or (iii) the end of the period for which you last made a required contribution for the cost of the Coverage; or

d) If any individual makes a false representation to the Plan as described under Section 6.2 of this SPD, the Plan Administrator has the right to permanently terminate coverage for the individual and his or her dependents. Fraudulent or intentional false representations may result in retroactive termination of coverage.

A specific Coverage may terminate by its terms before participation ends under this Section 2.3. Your dependent's coverage will generally end when your coverage ends or on the last day of the month on which the dependent no longer qualifies as a dependent, if earlier. Some Coverages, such as the Dependent Care Flexible Spending Account Benefit, end immediately when the dependent no longer qualifies as a dependents. Specific coverages may extend benefits for Dependents who are disabled during certain periods of Plan coverage. The Evidence of Coverages and Benefits Booklets for those coverages will provide details regarding these types of extension.

**4. Absences from Work**

Your coverage will not be affected during paid absences such as paid sick days, weekends, vacation, and holidays. Unpaid leaves of absence may result in termination of certain coverages either because you cease to be an Eligible Employee under the terms of the Adoption Agreement, or cease to be eligible for the specific coverage as described in the Evidence of Coverage or Benefits Booklet.

**5. FMLA Leave**

If you go on a qualifying unpaid leave under the Family and Medical Leave Act of 1993 (the "**FMLA**"), to the extent required by the FMLA, you may elect to either revoke or continue health coverage during the leave. If you continue health coverage you may (i) pay with after-tax dollars while on leave utilizing the payment method applicable to COBRA continuation premiums (as outlined in Appendix 3), or (ii) agree to another payment alternative if both you and the Plan Administrator sign a written agreement outlining the payment terms. Upon return from leave, you may reenter the Plan on the same terms that applied to you prior to taking such leave, or as otherwise required by the FMLA.

Contact Human Resources or consult applicable leave policy for more information about coverage during, and reinstatement of coverage following, a leave under the FMLA.

**6. Uniformed Service Under USERRA**

If you are absent from employment with the Employer because you are in "uniformed service," as that term is defined by the Uniformed Services Employment and Reemployment Rights Act of 1994 ("**USERRA**"), you may elect to continue participation in the Plan, as required by USERRA. The coverage period shall continue until the earliest of (a) the completion of 24 months; (b) the date you fail to pay required premiums (unless timely payment is impossible, unreasonable, or prevented by military necessity); (c) the date the Employer terminates all group health plan coverage; or (d) the date you fail to apply for reinstatement or to return to employment with the Employer within the period required by USERRA. You are responsible for making the required premium payments and contributions under the Plan during the period during which you are in uniformed service. The manner

in which such premium payments and contributions are made shall be determined by the Plan Administrator, in a manner similar to Section 2.5 (regarding the payment of premiums and contributions during FMLA leave). This continuation coverage will run concurrently with any applicable continuation coverage period (e.g., under COBRA, or Cal-COBRA as described in Appendix 3), to the extent allowed by law. Note: The election and payment procedures that apply to COBRA coverage, including applicable deadlines, also apply to USERRA coverage.

If your coverage under the Plan is terminated on account of your being in uniformed service, and you are later reinstated, you shall not be subject to a new exclusion or waiting period requirement imposed by the Plan, provided that such requirements would not have been imposed if coverage had not been terminated as a result of the uniformed service.

Contact Human Resources for more information about coverage during, and reinstatement of coverage following, a leave under USERRA.

## ARTICLE III - ELECTIONS

### 1. Salary Reduction Benefit Options

As an Eligible Employee, you may elect, as an alternative to receiving your full compensation in cash for any Plan Year, to forego a portion of that compensation in exchange for an identical amount of qualifying expense coverage (described in Section 4.2) available to you as a Salary Reduction Benefit. If you elect coverage for a qualifying expense, your compensation for each payroll period will be reduced by the amount obtained by dividing (a) the amount of maximum reimbursement you have elected by (b) the number of payroll dates in the Plan Year falling after the effective date of the election. The minimum and maximum annual reimbursements are the amounts designated annually by the Plan Administrator (in its sole discretion) prior to the commencement of each Plan Year in the open enrollment materials for that Plan Year. If you elect group health plan (including medical, dental, and vision) Coverage, group term life insurance Coverage (up to $50,000 coverage amount), long term disability Coverage, or group voluntary term life (up to $50,000 coverage amount) or accidental death and dismemberment insurance Coverage for which you must contribute toward the premium amount due, your compensation will be reduced for the Plan Year by an amount equal to the amount of the premium which the Eligible Employee would otherwise be required to pay. This option is provided in compliance with Code §125 and this document shall be interpreted (and automatically reformed) as necessary to comply with Code §125.

- Your elections for Health Care and Dependent Care Flexible Spending Accounts as described in Section 4.2 are subject to specific rules regarding the amount a Participant may allocate. See Section 4.2 for details.

- If you elect Coverage for which you must contribute toward the premium amount due, your compensation will be reduced for the Plan Year by an amount equal to the amount of the premium which you would otherwise be required to pay. This option will be provided in compliance with Code §125 and this document shall be interpreted (and automatically reformed) as necessary to comply with Code §125.

Any contributions by Plan Participants, whether such contributions are made by salary deduction, payroll deduction, or otherwise, shall be paid out in the form of benefits, administrative costs or insurance premiums, or segregated from the general assets of the Company as soon as such segregation is administratively feasible, but in no event more than 90 days after the contribution is made. Until such segregation or payment is made, the Company shall hold such contributions as a fiduciary under the terms of the Plan and each Coverage.

### 2. Initial Year of Participation

When you become eligible to elect a Salary Reduction Benefit, the Plan Administrator will provide you with an online Coverage election Form. Submission of online enrollment in any Coverage constitutes your agreement to pay for such Coverages via Salary Reduction. The election will be effective as of the first day of the first payroll period following the date the election Form is filed with the Plan Administrator.

**3. Annual Election Procedure/Open Enrollment**

Prior to the beginning of each Plan Year, the Plan Administrator will provide an online election Form and specify a period of time (which is commonly referred to as "Open Enrollment") to elect benefits. At the beginning of the period, the Plan Administrator will provide notice of available benefits. To participate in the Health Care and/or Dependent Care Flexible Spending Accounts you must make an affirmative election during the Open Enrollment period. If you do not affirmatively enroll in the health care and/or dependent care flexible spending accounts, your participation in the flexible spending account will cease (as of the end of the current Plan Year, including any grace period). Each online election form must be properly completed and filed with the Plan Administrator within the time specified on the election Form (but not later than the beginning of the Plan Year for which Coverage is elected). Except for an election to participate in the Health Care and/or Dependent Care Flexible Spending Accounts, the election will remain in effect during subsequent Plan Years unless you complete and file a new online election Form. Any changes will take effect at the beginning of the next Plan Year.

**4. Changes in Elections**

a) General Rule.

Any election for Plan pre-tax benefits may not be changed during the Plan Year except as provided in (b), (c), or (d) below. Any election for Plan taxable benefits may be revoked or changed only to the extent permitted under the applicable insurance contract or policy as described in the insurance carrier's Evidence of Coverage or Benefit Booklet and the requirements of Section 125 of the Code.

b) Change In Status.

You may prospectively revoke an election for the remainder of the Plan Year and, if desired, file a replacement election or new election (if none was previously in effect) for a Salary Reduction Benefit if the replacement or new election is made on account of, and consistent with, any event that the Plan Administrator determines to constitute a "Change In Status" under Internal Revenue Service regulations. There are detailed rules on when a change in election is "consistent with" a Change In Status. A change to a Health Care and/or Dependent Care Flexible Spending Account cannot provide for coverage that exceeds the prorated maximum benefits (calculated based on the number of remaining payroll dates in the Plan Year at the time of the changed election).

Currently, federal law considers the following events to constitute a "**Change In Status**" that permit an election change consistent with the event if the event affects eligibility for benefits:

1) Legal Marital Status. A change in your legal marital status, including marriage, death of a spouse, divorce, annulment, and legal separation.

2) Number of Dependents. A change in the number of your dependents, including by birth, adoption, placement for adoption, or death.

3) Employment Status. A change in employment status for you, your spouse, or your dependent, including by termination or commencement of employment, a strike or



Exhibit 1

lockout, commencement or return from an unpaid leave of absence, or a change in worksite.

4) Dependent's Satisfying (or Ceasing To Satisfy) Eligibility Requirements. A dependent's satisfying, or ceasing to satisfy, eligibility requirements under the Plan on account of attainment of age, student status or other similar circumstance. In addition, there is a Change In Status for purposes of the Dependent Care Flexible Spending Account if a dependent no longer meets the qualifications to be eligible for dependent care.

5) Residence. A change in your place of residence, or the residence of your spouse or dependent for purposes of coverage through a HMO with a service area.

c) Cost or Coverage Changes.

You may revoke an election for the remainder of the Plan Year and file a replacement election for a Salary Reduction Benefit if the replacement or new election is made consistent with a cost or coverage change consistent with Treasury Regulation §1.125-4(f), as determined by the Plan Administrator. A change cannot be made to a Health Care Flexible Spending Account election because of a cost or coverage change.

1) Automatic Cost Changes. If the cost of a particular Coverage option increases (or decreases) during the Plan Year, your salary reduction election will be automatically increased (or decreased), only if the increase (or decrease) in cost is not significant, as determined by the Plan Administrator.

2) Significant Cost Changes. If the cost of a particular Coverage option significantly increases during the Plan Year, you may be permitted to either make a corresponding change in election for the same Coverage, or obtain Coverage under another Coverage option providing similar coverage or, if no similar coverage option is available, revoke the election entirely.

3) Coverage Changes. If the coverage under a particular Coverage option is significantly curtailed or ceases during a Plan Year, you will be permitted to revoke your election and elect to receive, on a prospective basis, other similar Coverage. If coverage under a particular Coverage option is significantly curtailed such that it constitutes a loss of coverage (for example, elimination of the Coverage option), you may be permitted to elect to receive, on a prospective basis, other similar Coverage or drop coverage if no similar coverage option is available. In addition, if the Plan adds a new Coverage option or significantly improves an existing Coverage option, you may elect the new option. You may also be able to change a Coverage election on account of an increase or decrease in coverage under another employer's plan.

d) Other Changes Applicable to Group Health Plan Coverages.

With respect to group health plan coverage, you may change your election as necessary to comply with a Qualified Medical Child Support Order or QMCSO (described in Appendix 1) under Treasury Regulation §1.125-4(d), because of entitlement to Medicare or Medicaid as provided under Treasury Regulation §1.125-4(e), or to comply with the Family Medical Leave Act (described in Section 2.5 above) as provided under Treasury Regulation §1.125-4(g), or Special Enrollment Rights (described in Section 3.5 below) as provided under Treasury Regulation §1.125-4(b).

e) Procedures.

In order for you to revoke and reelect under subsection (b), (c), or (d), above, you must complete an election Form and return it to the Plan Administrator within 30 days of the occurrence

of the Change In Status, change in cost or coverage, or other change applicable to group health plans, and will be effective beginning with the first day of the first payroll period beginning after the date the revocation (and reelection, if applicable) is filed with the Plan Administrator. The Plan Administrator shall have no responsibility to provide you with an election Form within such 30-day period unless and until you have made a written request for such election Form during such period. If the election Form is not completed and returned within the required 31-day (or 30-day) period, but the Participant requests Coverage and the Plan Administrator determines that the failure to complete the election form was due to good cause and that a change in Coverage is necessary to prevent undue hardship to the Participant, the Plan Administrator may, if all affected insurance carriers agree, approve benefit Coverage, but the employee will not be able to pay for the Coverage through pre-tax salary reduction.

**5. Special Enrollment Rights**

If you, your spouse, or your dependent is entitled to special enrollment rights under the Plan, as required by Code §9801(f) and as described in Appendix 1, you may revoke your prior election concerning health or accident coverage and make a new election (including a salary reduction election), to the extent required by Code §9801, only if the election corresponds with a special enrollment right and is made within 30 days of the loss of coverage or the acquisition of a new dependent. If a special enrollment right is provided pursuant to the Children's Health Insurance Program Reauthorization Act of 2009 ("CHIPRA"), you may change your election consistent with such special enrollment right and the election is made within the 60 days of eligibility for premium assistance or Medicaid or loss of eligibility for premium assistance or Medicaid under CHIPRA, as long as the election is made consistent with the special enrollment. A domestic partner of a Participant will have the same enrollment rights as a Spouse and will be treated as a Spouse for purposes of this Section 3.5 only to the extent allowed by law and the applicable insurance carrier(s).

**6. Election Mistakes**

If the Plan Administrator determines, based on clear and convincing evidence, that an election was a mistake, the Plan Administrator may correct the mistake to the extent permitted under applicable law. The Plan is intended to qualify for tax favored treatment under Code sections 125, 105, 129 and 79. In some circumstances, a Benefit otherwise payable to a highly compensated employee or key employee or other prohibited group identified in the Code may not be payable in a tax-favored manner without violating the applicable Code Section. The Plan Administrator may treat the election associated with the Benefit as a mistake and correct it.

## ARTICLE IV – BENEFITS

**1. Insurance and Employer Coverages**

The benefits under the Plan's Insurance Coverages and Employer Coverages are described in the applicable Evidences of Coverage or Benefit Booklets.

**2. Health Care, Dependent Care, and Adoption Assistance Flexible Spending Accounts**

Health Care Flexible Spending Accounts and Dependent Care Flexible Spending Accounts are described in this Section 4.2. Any Adoption Assistance Flexible Spending Account Option is provided through a separate document. If the Plan Sponsor has indicated in the Adoption Agreement that Adoption Assistance Flexible Spending Accounts are available under the Plan, the documents providing this benefit are incorporated by reference. These options are provided in compliance with Code §125 and this document shall be interpreted (and automatically reformed) as necessary to comply with Code §125. Your elections for the Flexible Spending Accounts are subject to minimum and maximum annual reimbursements amounts designated in the Adoption Agreement. The accounts are also subject to restrictions under the Code and law. For Plan Years beginning on or after January 1,

2013, contributions to a Health Care Flexible Sending Account are limited to $2,500. For 2011, the election restrictions for the Dependent Care Flexible Spending Account is the lesser of $5,000 ($2,500 if married and not filing jointly), your earned income for the calendar year, or your spouse's earned income for the calendar year (spouses who are students or incapable of self-care are deemed to have income of $250 per month for each qualifying individual not in excess of two). The Dependent Care Spending Account option is provided in compliance with Code §129 and this document shall be interpreted (and automatically reformed) as necessary to comply with Code §129. The Health Care Spending Account option is provided in compliance with Code §§105 and 106 and this document shall be interpreted (and automatically reformed) as necessary to comply with Code §§ 105 and 106.

a) Establishment of Accounts.

The Employer will establish and maintain on its books and records two separate bookkeeping accounts for (i) all Qualifying Medical Expenses (under the Health Care Flexible Spending Accounts) and (ii) all Qualifying Dependent Care Expenses with respect to each Eligible Employee who has elected to receive reimbursement of any such qualifying expense incurred during the Plan Year. The actual monies you are reimbursed will be paid from the Employer's general assets; each account will be separately maintained for bookkeeping purposes only.

1) A "Qualifying Dependent Care Expense" is the payment for, or provision of, those services to care for a qualifying individual as defined by Code §21(b)(1), which, if paid for by you, would be considered employment-related expenses under Code §21(b)(2) (relating to expenses for household and dependent care services necessary for gainful employment) that are not paid to an individual specified in Code §129(c) (relating to payments to related individuals). A Qualifying Dependent Care Expense shall be treated as incurred at the time the services to which the expense relates are rendered and not when payment for the services is made, if different. An expense qualifies for reimbursement only if it was previously incurred (whether or not previously paid to the service provider) during the Plan Year and while you were a Plan Participant. A "qualifying individual" generally means your Tax Dependent who is under 13 years old, and your adult spouse or Tax Dependent who resides with you (shares a principal place of abode for over half the year) and is incapable of caring for himself or herself. "Employment-related expenses" are limited to expenses incurred to enable you and your Spouse to work, which means that you each be working, looking for work, a full-time student, or incapable of self-care. For more information about what items are "Qualifying Dependent Care Expenses" consult IRS Publication 503, Child and Dependent Care Expenses under the heading "Tests to Claim the Credit," but use this publication with caution because it was designed to help taxpayers compute their dependent care tax credit and not all expenses that qualify for a credit are Qualifying Dependent Care Expenses. Note: An expense that is reimbursed may not also be claimed as a dependent care tax credit.

2) A "Qualifying Medical Expense" is an expense you (or your Spouse or Tax Dependent) incur for medical care as defined in Code §213(d) (including an expense for dental or vision care or an expense for over the counter drugs to treat or prevent a disease), but excluding any insurance premium payments (including COBRA or Cal-COBRA premiums) and excluding long-term care payments, and excluding any payment that the you or another person incurring the expense is otherwise reimbursed (or entitled to reimbursement) for the expense through any accident or health plan, insurance or other source. A Qualifying Medical Expense shall be treated as incurred at the time the services to which the expense relates are rendered. An expense qualifies for reimbursement only if it was previously incurred (whether or not previously paid to the service provider) during the Plan Year and while you were a Plan Participant. For more information about what items are (and are not) Qualifying Medical Expenses, consult IRS Publication 502 "Medical and Dental Expenses" under the headings "What Medical Expenses Are Deductible?" and "What Medical Expenses Are Not Deductible?" But use the Publication with caution

because it was designed to help taxpayers calculate their tax deduction on Form 1040 Schedule A, and some deductible items are not Qualifying Medical Expenses. These are health insurance premiums, founders' fees, lifetime care, long-term care contracts, and long-term care services. Additionally, reasonable quantities of Over the Counter Drugs are Qualifying Medical Expenses for Plan Years beginning before January 1, 2011, even though they are not deductible. After January 1, 2011, Over the Counter medication and drugs are Qualifying Medical Expenses only if they are prescribed or are insulin. Other medically necessary over the counter items may qualify as Qualifying Medical Expenses.

b) Crediting and Charging of Accounts.

Amounts are credited to your Accounts as follows:

1) Qualifying Medical Expenses. As of the first day of participation for a Plan Year, your account for Qualifying Medical Expenses shall be credited with an amount equal to the maximum reimbursement for Qualifying Medical Expenses you have elected.

2) Qualifying Dependent Care Expenses. As of each payroll date, your account will be credited with an amount equal to the maximum reimbursement for Qualifying Dependent Care Expenses you have elected, divided by the number of your payroll dates in the Plan Year.

Amounts credited under this subsection are bookkeeping entries only and remain the general assets of the Employer until paid, subject to the provisions of ERISA. Your account shall be charged in the amount, and at the time, any reimbursement is made under subsection (d).

c) Payments.

As of each regular payroll date, and with respect to any account maintained for you under subsection (a), you shall pay to the Employer an amount equal to the maximum reimbursement amount elected for the Plan Year (or remainder of the Plan Year) for a qualifying expense, divided by the number of payroll dates in the Plan Year (or remainder of the Plan Year). With respect to the Dependent Care Flexible Spending Account, if you have earned sufficient compensation, the amount shall be obtained by the Plan Administrator as a reduction of your compensation pursuant to a salary reduction agreement. If you have not earned compensation in an amount sufficient to pay the amount attributable to qualifying expenses, the election will be treated as having been revoked due to a change in status to the extent of the deficiency. With respect to the Health Care Flexible Spending Account, if you are continuing participation in the Plan while on FMLA or other approved leave (as described in Section 2.4), you are solely responsible for remitting to the Plan Administrator the amount not paid pursuant to a compensation reduction or other agreement.

d) Payment of Benefits.

1) Cash Reimbursements. If you are a Participant or former Participant eligible for benefits, you may apply to the Plan Administrator for, and the Plan Administrator will make, reimbursement from your account described in subsection (a), of qualifying expenses previously incurred (whether or not previously paid to the service provider) while he or she was a Participant during the Plan Year (or if elected in the Adoption Agreement Section 3, by March 15th of the year following a Plan Year ending on December 31st). An expense is "incurred" at the time the services to which the expenses relate are rendered. Application for such for cash reimbursement must be made, in the manner prescribed by the Plan Administrator, no later than the end of "run-out period" described in the Adoption Agreement, and shall include (a) the amount, date and nature of the expense, (b) the name of the payee with respect to the expense, (c) the name of the person for whom the expense was incurred (and the relationship to you, if applicable) and (d) the amount of

the expense which has been recovered or is recoverable under any plan of insurance or has been reimbursed or is reimbursable under any other health or dependent care plan. A receipt or EOB or other third party statement is needed to substantiate claims submitted through this process. The Plan Administrator has designated a third party who is responsible for claims administration for the Health Care and Dependent Care Flexible Spending Accounts. Contact information for the third party Plan Administrator is included in the Adoption Agreement. The third party Plan Administrator may provide access to account details through its website. Contact the third party Plan Administrator for more information.

2) Alternative Payment Methods. Subject to substantiation meeting the requirements of Code Sections 125, 105, 106 and 129, in lieu of cash reimbursement the Plan Administrator may, in its discretion, pay benefits in the following alternative methods:

i. payment for Qualifying Medical Expenses may be made directly to a participating service provider on your behalf by the use of a debit card provided by the third party Plan Administrator which contains a spending limit that does not exceed your maximum available reimbursement; and

ii. payment for qualifying expenses may be made directly to a service provider under the Plan by registering for such services with the third party Plan Administrator.

e) Terminations.

If you terminate employment during the Plan Year, you may continue participation in the Health Care and Dependent Care Flexible Spending Accounts as follows:

1) Under the Health Care Flexible Spending Account, you may elect COBRA continuation coverage as discussed in Appendix 3 of this SPD only for the remainder of the current Plan Year. If you do not elect COBRA, you may submit receipts through the end of the run-out period following the Plan Year for reimbursement of Qualified Medical Expenses incurred prior to your termination of employment.

2) Under the Dependent Care Flexible Spending Account, you may continue to participate only to the extent your account is funded as of your termination of employment. You may seek payment as discussed in subsection (d), above, for expenses incurred during the Plan Year in which you terminate (or if elected in the Adoption Agreement Section 3, by March 15th of the year following a Plan Year ending on December 31st). Receipts eligible for reimbursement may be submitted at any time during the applicable run-out period.

f) Forfeitures.

You will forfeit any balance which remains in your account after all reimbursements under subsection (d) have been made and the run-out period ends. Any forfeitures with regard to either account will be used as follows: first, to pay expenses associated with administering the plan under which the forfeiture occurs, forfeiture related to the Health Care Flexible Spending Account will then be used to offer a benefits to all Participants in the Health Care Flexible Spending Account. Any forfeiture funded benefit in the Health Care Flexible Spending Account shall not exceed $500 per Participant during any Plan Year.

## ARTICLE V – CLAIMS FOR BENEFITS

In order for you or your beneficiary to claim benefits under the Plan, you or beneficiary must use the Plan's claims procedures, which are set forth in Appendix 2. The claims procedures for insured Coverages include the claims procedures described in the applicable Evidences of Coverage or Benefit

Booklets. *You or your beneficiary must exhaust the Plan's reasonable claims procedures prior to bringing any court action to obtain Plan benefits.*

## ARTICLE VI - CIRCUMSTANCES THAT MAY LIMIT, TERMINATE, OR REDUCE BENEFITS

### 1. In General

Participation in the Plan will terminate upon the occurrence of any of the events listed in Section 2.3, and as otherwise described in the applicable Evidences of Coverage or Benefit Booklets. Other circumstances may result in the termination, reduction, loss, offset, or denial of benefits including (but not limited to) exclusions for preexisting conditions, exclusions for certain medical procedures, limitations on preventive care, limitations of coverage for new drugs, termination of coverage for false representations (as described in Section 6.2), and rights of recovery or reimbursement (as described in Section 6.3). Benefits under a particular Coverage may also be subject to coordination of benefits if you or your beneficiary has coverage under another plan. Some income replacement benefits will be reduced by income that you receive from other sources. Refer to the applicable Evidences of Coverage or Benefit Booklets for more information about the circumstances which may affect benefits under particular Coverages. The Plan is intended to qualify for tax favored treatment under Code Section 125, 105, 129 and 79. In some circumstances, a Benefit otherwise payable to a highly compensated employee or key employee or other prohibited group identified in the Code may not be payable in a tax-favored manner without violating the applicable Code Section. Such a Benefit may be reduced or eliminated as necessary to avoid violating the Code requirements.

### 2. Termination of Coverage for False Representations

If any individual makes a false representation to the Plan, the Plan Administrator has the right to permanently terminate coverage for the individual and his or her dependents. False representation includes (but is not limited to) submitting falsified claims or covering an individual who is not eligible to participate in the Plan (for example, adding a spouse before the date of marriage or after a divorce, or adding a child who does not meet the Plan's definition of an eligible dependent). The Plan Administrator may also seek reimbursement for all claims or expenses paid by the Plan as a result of the false representation, and may reduce future benefits as an offset for amounts that should be reimbursed or pursue legal action against the individual.

### 3. Third Party Responsibility

The Plan provides benefits for covered expenses incurred for any illness, injury, disease, or condition resulting from an act or omission of a third party ("**third party expenses**") *only to the extent* the expenses are not otherwise paid (or are not or do not become payable) by the third party (by way of a lawsuit, verdict, settlement, compromise, arbitration award, satisfaction of a judgment, or otherwise, without regard to how any such recovery may be itemized, structured or allocated, and without regard to whether responsibility is accepted or denied by the third party) or insurance (including insurance covering the third party, uninsured or underinsured motorist coverage, or other insurance coverage or fund). The Plan has a right to full reimbursement and subrogation of any and all amounts paid for any such third party expenses. The Plan shall not be responsible for any fees or costs (including, but not limited to, attorneys' fees and court costs) associated with your pursuit of a claim against any third party or insurance carrier. The Plan has no obligation to represent any injured party in any action. The Plan Administrator may, however, in its sole discretion, reduce the amount of reimbursement otherwise required to account for special circumstances. The Plan Administrator also has a right to enforce this Section in any way allowed by law, including bringing an action against any person who receives Plan benefits and fails to comply with the provisions of this Section. If an action is brought under state law, the Plan will be reformed solely for purposes of that enforcement action to comply with the laws of that state. If the Plan Administrator brings an action to enforce its rights under this Section, the Plan is entitled to recover any of its attorneys' fees and costs associated with such action. The Plan does not waive any legal, contractual, or Plan-based rights by making payment

for third party expenses. Anyone who received benefits under the Plan agrees, as a condition to receiving benefits under the Plan, to provide to the Plan a first lien on those amounts when they are paid, to fully cooperate with the Plan in enforcing its reimbursement and subrogation rights, and to avoid prejudicing the Plan. Payment from third parties for third party expenses paid by the Plan, and any proceeds from such payments, shall be the property of the Plan. Anyone receiving such property shall hold the property in trust for the Plan and forward it to the Plan as soon as practicable. Failure to forward such property shall create a constructive trust over such property and shall subject such Participant or other constructive trustee, among other available remedies, to an equitable action by the Plan for disgorgement. Specific Coverages may contain additional or different subrogation and reimbursement provisions and those specific provisions will be applicable to that Coverage. To the extent that the specific provisions for subrogation or reimbursement for a specific Coverage conflict with this Section, the specific provisions will be enforced and the conflicting provision in this Section will void with respect to that Coverage.

**4. Coordination of Benefits**

a) Except as otherwise described in an applicable Evidence of Coverage or Benefits Booklet, in the event that a Participant is entitled to benefits from another plan or policy or medical benefits under workers' compensation, benefits under this Plan may be reduced to an amount, which together with all other amounts paid under any other plan or policy, will not exceed the benefits that would in fact be eligible for reimbursement under this Plan.

b) Medicare benefits will be secondary to Group Health Coverage with respect to covered individuals who receive Plan Coverage by virtue of current employment status during a mandatory Medicare secondary period. In all other circumstances, Medicare benefits will be primary and the Plan will coordinate with Medicare to the extent permitted under applicable law.

The Plan Administrator may, in its discretion, require that a Participant provide information about other group health insurance for the Participant or his or her Dependents. The Plan Administrator shall recover any overpayment and has the right to make adjustments to the payment of future claims under the Plan to comply with the terms of this section and any coordination of benefits provisions in the applicable Coverage.

## ARTICLE VII - CONSTRUCTION AND OTHER LEGAL INFORMATION

**1. Information to Be Furnished**

You must provide the Employer and the Plan Administrator with any information and evidence, and must sign any documents, that the Plan Administrator may reasonably request for the administration of the Plan. You and/or your Spouse must notify the Plan Administrator if you divorce. If you have a Domestic Partner and that relationship ends, you and/or your Domestic Partner both have an obligation to notify the Plan Administrator. All Eligible Employees, Eligible Retirees and Dependents must keep the Plan Administrator informed of his or her current address.

**2. No Guarantee**

The Plan does not provide health-related diagnoses, treatments, or services, although it pays for them if its requirements are met, subject to the limitations it imposes. Neither the Employer, the Plan Sponsor, the Plan Administrator, nor any of their delegates, agents, or affiliates guarantees any medical results or outcomes or is responsible for them, or makes any express or implied warranties concerning the outcome of any covered services or supplies. No one makes any commitment or guarantee that any amounts paid to or for the benefit of a Participant or beneficiary under the Plan will be excludable from your gross income for income tax purposes, or that any other income tax treatment will apply or be available to any Participant or beneficiary. It is your responsibility to

determine whether any payment under the Plan is subject to income tax, and to notify your Employer if you have any reason to believe that a payment may be subject to tax.

**3. Plan Representations**

Except as otherwise provided in the Plan, no one, including a Participant, may rely on any statement or representation that alters, modifies, amends, or is inconsistent with the written terms of the official Plan documents. This is true regardless of whether the statement or representation is oral, written, electronic, or otherwise.

**4. Indemnification of Employer by Participants and Beneficiaries**

If you receive one or more payments or reimbursements in connection with a Plan that appeared to be, but are not, reimbursable under the Plan, you must indemnify and reimburse the Employer for any liability the Employer incurs for failure to withhold income or Social Security tax from those payments or reimbursements. However, any such indemnification and reimbursement will not be greater than the following: the additional income tax that you would have owed if the payments or reimbursements had been made to you as regular cash compensation, plus your share of any Social Security tax that would have been paid on that compensation, less any such additional income and Social Security tax actually paid by you. The Claims Administrators and/or the Plan Administrator have the right to repayment if they overpay a claim for any reason or pay a claim in error and may offset other Plan benefits to recover the overpayment amount.

**5. Not a Contract for Employment**

The Plan is in no way intended, and may not be construed, to constitute a contract for employment, or a guarantee of continued employment, between any person and any employer, including the Employer.

**6. Limitation of Rights**

Neither the establishment nor any amendment of the Plan, nor the payment of any benefits under the Plan, will be construed as giving to you or any other person any legal or equitable right against the Plan Sponsor, the Employer or the Plan Administrator, except as provided in the official plan documents of the Plan.

**7. Construction**

The Plan is intended to be a cafeteria plan meeting the requirements of Code §125 and the Plan is intended to comply with ERISA with respect to all ERISA-covered benefits. This SPD shall be construed and reformed as necessary to meet these laws as applicable.

**8. No Assignment**

None of the payments, benefits or rights of any Participant or his or her Beneficiary shall be subject to any claim of any creditor. and, in particular, to the fullest extent permitted by law, all such payments, benefits and rights shall be free from attachment, garnishment, trustee's process, or any other legal or equitable process available to any creditor or such Participant or his or her beneficiary, and no Participant or Beneficiary shall have the right to alienate, anticipate, commute, pledge, encumber or assign all of the benefits or payments which he or she may expect to receive, contingently or otherwise, under this Plan, except the right to designate a Beneficiary or Beneficiaries as hereinbefore provided.

## ARTICLE VIII - YOUR RIGHTS UNDER ERISA

As a Participant in this Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA applies to all Plan benefits except the leave of absence policies and the Dependent Care Flexible Spending Account. ERISA provides that all Plan Participants will be entitled to:

### 1. Receive Information About Your Plan and Benefits

a) Examine, without charge, at the Plan Administrator's office and at other specified locations, all documents governing the plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

b) Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may make a reasonable charge for the copies.

c) Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each Participant with a copy of this summary annual report.

### 2. Continue Group Health Plan Coverage

a) Continue health care coverage for yourself, Defense of Marriage Act ("DOMA") Spouse or dependents if there is a loss of coverage under the plan as a result of a qualifying event. You or your dependents have to pay for such coverage. Review this summary plan description and the documents governing the plan on the rules governing your COBRA continuation coverage rights.

b) Reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a pre-existing condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

### 3. Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan Participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan Participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

### 4. Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court after you have exhausted the plan's claims and appeals procedures. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**5. Assistance with Your Questions**

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**6. Group Health Plan Protections**

Appendix 1 describes special rights that you have that are applicable to group health plan Coverages under the Plan.

## Appendix 1

### SPECIAL NOTICES APPLICABLE TO GROUP HEALTH COVERAGES

**Special Enrollment Notice.** If you are declining enrollment for yourself or your dependents (including your Domestic Partner) because of other health insurance or group health plan coverage, you may in the future be able to enroll yourself or your dependents in medical insurance provided under the Plan if you or your dependents lose eligibility for that other coverage (or if the Employer stops contributing toward your or your dependents' other coverage). However, you must request enrollment within 30 days after your or your dependents' other coverage ends (or after the Employer stops contributing toward the other coverage).

If you have a new dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to enroll yourself and your dependents. However, you must request enrollment within 30 days after the marriage, birth, adoption, or placement for adoption.

Additionally, you may be entitled to special enrollment rights pursuant to the Children's Health Insurance Program Reauthorization Act of 2009 if you or your dependent's Medicaid or CHIP coverage is terminated as a result of loss of eligibility or if you or your dependent becomes eligible for a Medicaid or CHIP subsidy. You must request enrollment within 60 days after gaining or losing eligibility for Medicaid or CHIP subsidy, as applicable.

To request special enrollment or obtain more information, contact Human Resources.

**Lifetime Limits.** Any lifetime limit on the dollar value of benefits that are considered "essential health benefits" under the Plan's health coverages no longer applies. Individuals whose coverage ended by reason of reaching a lifetime limit under the Plan are eligible to enroll in the plan. Individuals have 30 days from the date of this notice to request enrollment. For more information contact the Plan Administrator at the address provided in the Adoption Agreement.

**Newborns' and Mothers' Health Protection Act Notice.** Group health plans and health insurance issuers generally may not, under federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans and issuers may not, under federal law, require that a provider obtain authorization from the plan or the issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

The laws of your state related to hospital stays in connection with childbirth may differ from these federal requirements. Refer to the applicable Evidence of Coverage or Benefit Booklet or contact the insurer for your particular coverage for specific information. You may also contact the Plan Administrator.

**Women's Health and Cancer Rights Act Notice.** If you have had or are going to have a mastectomy, you may be entitled to certain benefits under the Women's Health and Cancer Rights Act of 1998 ("**WHCRA**"). For individuals receiving mastectomy-related benefits, coverage will be provided in a manner determined in consultation with the attending physician and the patient, for:

- All stages of reconstruction of the breast on which the mastectomy was performed;
- Surgery and reconstruction of the other breast to produce a symmetrical appearance;
- Prostheses; and
- Treatment of physical complications of the mastectomy, including lymphedemas.

These benefits will be provided subject to the same deductibles and coinsurance applicable to other medical and surgical benefits provided under the Plan. Your Evidences of Coverage or Benefit Booklets describe these deductibles and coinsurance.

If you would like more information on WHCRA benefits under a particular coverage, contact your insurance carrier or the Plan Administrator.

**General Notice of HIPAA Preexisting Condition Exclusions and Limitations.** Some insurers impose preexisting condition exclusions and/or limitations on participants or beneficiaries who are over the age of 19. This means that if you have a medical condition before coming to the Plan, you might have to wait a certain period of time before the Plan will provide coverage for that condition. Information about the specific preexisting condition exclusions and limitations under a particular coverage is available in the applicable Evidence of Coverage or Benefit Booklet. These exclusions apply only to conditions for which medical advice, diagnosis, care, or treatment was recommended or received within a six-month period. Generally, this six-month period ends the day before your coverage becomes effective. However, if you were in a waiting period for coverage, the six-month period ends on the day before the waiting period begins. Preexisting condition exclusions do not apply to children under age 19 or to pregnancy. An exclusion may last up to 12 months (18 months if you are a late enrollee) from your first day of coverage, or, if you were in a waiting period, from the first day of your waiting period.

You can reduce the length of the exclusion period by the number of days of your prior "creditable coverage." Most prior health coverage is considered "creditable coverage" and can be used to reduce the preexisting condition exclusion if you have not experienced a break in coverage of at least 63 days. To reduce the applicable preexisting condition exclusion period by your period of creditable coverage, you should give us a copy of any certificates of creditable coverage ("**HIPAA Certificates**") you have. If you do not have a HIPAA Certificate, but you do have prior health coverage, we will help you obtain one from your prior plan or issuer. All questions about the preexisting condition exclusions and limitations and creditable coverage should be directed to the Plan Administrator.

**Continuation Rights.** You may have a right to continue group health plan benefits pursuant to the Family and Medical Leave Act ("**FMLA**"), the Uniformed Services Employment and Reemployment Rights Act of 1994 ("**USERRA**"), or the Consolidated Omnibus Budget Reconciliation Act of 1985 ("**COBRA**"). Section 2.5 of the SPD describes your FMLA rights; Section 2.6 describes your USERRA rights; and Appendix 3 to the SPD describes your COBRA rights and notice obligations. If you have questions about these rights or if you need to request another copy of the SPD, you may contact the Plan Administrator.

**Qualified Medical Child Support Orders.** With respect to Coverages under the Plan that are group health plans, the Plan will provide benefits as required by any Qualified Medical Child Support Order ("**QMCSO**"), as required under ERISA §609(a). The Plan Administrator has established procedures for determining whether an order or a National Medical Support Notice qualifies as a QMCSO. Participants and beneficiaries may obtain a free copy of these procedures by contacting the Plan Administrator.

**California Maternity Coverage.** Group health plans and health insurance issuers with policies or contracts issued in the State of California generally may not, under California law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, the law generally does not prohibit the mother's or newborn's treating physician, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In addition, California law requires the Plan to cover a post-discharge follow up visit for the mother and newborn within 48 hours of discharge when prescribed by the treating physician. The visit shall be provided by a licensed health care provider whose scope of practice includes postpartum care and newborn care. The visit shall include, at a minimum, parent education,

assistance and training in breast or bottle feeding, and the performance of any necessary maternal or neonatal physical assessments. The treating physician shall disclose to the mother the availability of a postdischarge visit, including an in-home visit, physician office visit, or plan facility visit. The treating physician, in consultation with the mother, shall determine whether the postdischarge visit shall occur at home, the plan's facility, or the treating physician's office after assessment of certain factors. These factors shall include, but not be limited to, the transportation needs of the family, and environmental and social risks.

Furthermore, the Plan may not:

a) Reduce or limit the reimbursement of the attending provider for providing care to an individual enrollee in accordance with the coverage requirements.

b) Provide monetary or other incentives to an attending provider to induce the provider to provide care to an individual enrollee in a manner inconsistent with the coverage requirements.

c) Deny a mother or her newborn eligibility, or continued eligibility, to enroll or to renew coverage solely to avoid the coverage requirements.

d) Provide monetary payments or rebates to a mother to encourage her to accept less than the minimum coverage requirements.

e) Restrict inpatient benefits for the second day of hospital care in a manner that is less than favorable to the mother or her newborn than those provided during the preceding portion of the hospital stay.

f) Require the treating physician to obtain authorization from the health plan prior to prescribing any services covered by this section.

**Nevada Maternity Coverage.** Group health plans and health insurance issuers with policies or contracts issued in the State of Nevada generally may not, under Nevada law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, the law generally does not prohibit the mother's or newborn's treating physician, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). Furthermore, the plan may not:

a) Deny a mother or her newborn infant coverage or continued coverage under the terms of the plan or coverage if the sole purpose of the denial of coverage or continued coverage is to avoid the requirements of this section;

b) Provide monetary payments or rebates to a mother to encourage her to accept less than the minimum protection available pursuant to this section;

c) Penalize, or otherwise reduce or limit, the reimbursement of an attending provider of health care because he provided care to a mother or newborn infant in accordance with the provisions of this section;

d) Provide incentives of any kind to an attending physician to induce him to provide care to a mother or newborn infant in a manner that is inconsistent with the provisions of this section; or

e) Restrict benefits for any portion of a hospital stay required pursuant to the provisions of this section in a manner that is less favorable than the benefits provided for any preceding portion of that stay.

**Utah Maternity Coverage.** Group health plans and health insurance issuers with policies or contracts issued in the State of Utah generally must follow the maternity stay minimum limits designated under Utah law: (a) If an insured has coverage for maternity benefits, the policy may not be limited to a less than a 48-hour benefit for both mother and newborn with a normal vaginal delivery; and, (b) If an insured has coverage for maternity benefits, the policy may not be limited to a less than 96-hour benefit for both mother and newborn with a caesarean section delivery.

**Mental Health and Addiction Equity Act of 2008.** All group health care coverage maintained under this Plan, which provide both medical and surgical benefits and offer mental health or substance use disorder benefits there under shall provide such benefits subject to the following:

a) The financial requirements applicable to such mental health or substance use disorder benefits are no more restrictive than the predominant financial requirements applied to substantially all medical and surgical benefits covered by the Plan (or coverage), and there are no separate cost sharing requirements that are applicable only with respect to mental health or substance use disorder benefits; and

b) The treatment limitations applicable to such mental health or substance use disorder benefits are no more restrictive than the predominant treatment limitations applied to substantially all medical and surgical benefits covered by the Plan (or coverage) and there are no separate treatment limitations that are applicable only with respect to mental health or substance use disorder benefits.

**The Plan Administrator's Contact Information.** If you have any questions about the Plan, including about these notices applicable to group health Coverages under the Plan, you should contact the Plan Administrator at the address provided in the Adoption Agreement.

## Appendix 2

### CLAIMS PROCEDURES
### HOW TO FILE A CLAIM FOR BENEFITS

This section describes how to file a claim for benefits. Where you submit your claim for benefits and the deadline for filing your claim depends on which benefits you are claiming. In some Coverages, the provider will file a claim for you if you go to a network or contracted provider. Otherwise, you will need to file a claim yourself. Generally, you should file a claim as soon as possible (even if you have not met your deductible, if applicable under such Coverage). If you do not file a proper claim within the particular Coverage's claim filing deadline, your claim for benefits will generally be denied. Specific claim-filing information is described in the applicable Evidences of Coverage or Benefit Booklets and some Coverages have special claims procedures such as voluntary appeals or arbitration. These specific procedures will control over the procedures outline in this Appendix 2 to the extent they meet the applicable requirements under ERISA. Claims filing procedures for the Health Care Flexible Spending Account and the Dependent Care Flexible Spending Account are described in Section 4.2. The "**Claims Administrator**" is the named fiduciary that serves as the final review committee and, in its sole discretion, has the discretionary authority to interpret Plan provisions as well as facts and other information related to claims and appeals. You will find the name and address for each Claims Plan Administrator in Insurance Coverage on Page 1.

Your claim for benefits will be reviewed fairly and fully, and a decision will be made on your claim within the time period outlined in the **Claims and Appeals Timetable** below (for the applicable Coverage and claim type) following receipt of your review request. As described in the **Claims and Appeals Timetable**, if additional time is needed to render a decision, you will be notified of the reasons why the extension is needed and the date by which you may expect a decision.

If a claim must be decided before you can obtain health services and you failed to follow the proper claims procedures, you will be notified of the failure as soon as possible, but not later than 24 hours for urgent care claims and 5 days for pre-service claims after your claim was received by the Claims Plan Administrator. The notice will describe the proper procedures for filing a claim. The time period only applies if your request is made to the proper person and the request names the claimant; his or her specific medical condition or symptom; and the specific treatment, service, or product being requested.

Sometimes additional time is needed to decide a claim. If an extension is needed, you will be notified before the end of the initial claims period described in the **Claims and Appeals Timetable** below and within 24 hours for urgent care claims. The notice will tell you why the extension is necessary and when the Claims Plan Administrator expects to render a decision. If an extension is necessary because you failed to submit necessary information, the notice will specify what information is necessary, and you will have at least 45 days (48 hours for urgent care claims) to provide it. You will be notified of the Claims Plan Administrator's decision within 15 days (48 hours for urgent care claims ) after its receipt of the additional information for health claims, within 30 days for disability claims, and within 90 days for other claims. If you are providing additional information the decision will be made within 15 days (30 days for disability claims and 48 hours for urgent care claims) after the information is received or the deadline to provide the additional information passes, whichever is sooner.

Once the Claims Administrator for the particular Coverage reviews your claim, it will approve or deny the claim, in whole or in part. If your claim is approved, benefits will be paid either to you or on your behalf.

## IF YOUR CLAIM FOR BENEFITS IS DENIED

If your claim for a benefit payment is denied, you will receive a written notice of denial from the Claims Plan Administrator within the applicable time period outlined in the **Claims and Appeals Timetable** at the end of this Appendix. The denial notice will include:

- The specific reason(s) for the denial;
- References to specific Plan provisions on which the denial is based;
- A description of any additional material or information necessary for you to complete your claim and an explanation of why the material or information is necessary; and
- An explanation of the steps you must take if you disagree with the denial and wish to have your benefit claim reviewed.

In the case of a claim for benefits under a group health coverage or disability coverage, your written notice will also include:

- A copy of any internal rule, guideline, protocol or other similar criterion relied upon to determine the claim, or a statement that the rule, guideline, protocol, or other criterion was used and that you can request a copy of it (the rule, guideline, protocol, or other criterion) free of charge; and
- If the denial of your claim is based on a medical necessity, experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the medical determination, or a statement that you can request the explanation free of charge.

## HOW TO REQUEST REVIEW OF A DENIED CLAIM

If you do not agree with the claim decision made by the Claims Administrator, you (or your authorized representative) may request that your claim be reviewed by the ERISA Claims Administrator of the third party Plan Administrator, insurance company, or HMO organization that denied your claim, in accordance with the reasonable claims procedures described in the applicable Evidence of Coverage or Benefit Booklet. Addresses of these Claims Administrators are available on Page 1.

Unless the applicable Evidence of Coverage or Benefit Booklet provides otherwise, you must file your written request for review of any group health coverage or disability coverage claims for benefits within 180 days after you receive the written notification of benefit denial. All other Coverages' written requests for review must be filed within 60 days after you after you receive the written notification of benefit denial (unless the applicable Evidence of Coverage or Benefit Booklet provides otherwise). Your request for review must be in writing and must include the following:

- A description of your claim sufficient to identify the claim (for example, for a claims for benefits under a group health coverage, the patient's name and identification number from the ID card, the date(s) of medical service(s), and the provider's name);
- A summary of all the reasons why you believe the benefits should be paid, including any documents, records or other information relating to or that support your claim; and
- Any issues or comments that you think are pertinent to your claim.

During the time limit for requesting an appeal, upon request and free of charge, you will be given reasonable access to, and copies of, all documents, records and other information (other than legally or medically privileged documents) relevant to your claim for benefits.

The party considering the appeal of a group health or disability claim will not give deference to the initial claim denial and the review will be conducted by an appropriate named fiduciary of the Plan who is neither the individual who made the initial adverse benefit determination nor his or her subordinate. Additionally, if a group health coverage or disability coverage determination is based in whole or in part on a medical judgment (including determinations with regard to whether a particular treatment, drug or other item is experimental, investigational, or not medically necessary or appropriate), the fiduciary deciding the appeal will consult with an appropriate health care professional (who was not consulted during the initial adverse benefit determination and is not subordinate to a professional consulted during the initial adverse benefit determination). Upon your request, the Claims Administrator will identify any medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the denial, without regard to whether the advice was relied upon in making the benefit determination.

**NOTICE OF DECISION ON APPEAL**

If the Claims Administrator determines that your explanation and additional information support the payment of your claim, the Claims Administrator will process your claim, in accordance with the reasonable claims procedures described in the applicable Evidence of Coverage or Benefit Booklet. Benefits are generally paid to you or your beneficiary unless, in the case of a group health coverage, the provider notifies the Claims Administrator that you have assigned benefits directly to that provider.

If the original denial is upheld in whole or in part, you will receive a written notice within the time period outlined in the **Claims and Appeals Timetable** below (for the applicable Coverage and claim type) stating:

- The specific reason(s) for the denial;
- References to specific Plan provisions on which the denial is based;
- A statement that you will be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information (other than legally or medically privileged documents) relevant to your claim for benefits;
- A statement describing any voluntary appeal procedures offered by the Plan and your right to bring an action under Section 502(a) of ERISA following an adverse determination after completion of all levels of appeal required by the particular Coverage.

In the case of a claim for benefits under a group health coverage or disability coverage, your written notice will also include:

- A copy of any internal rule, guideline, protocol or other similar criterion relied upon to determine the claim, or a statement that the rule, guideline, protocol, or other criterion was used and that you can request a copy of it (the rule, guideline, protocol, or other criterion) free of charge; and
- If the denial of your claim is based on a medical necessity, experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the medical determination, or a statement that you can request the explanation free of charge.

**SPECIAL CLAIMS RULES FOR NONGRANDFATHERED GROUP HEALTH PLANS**

For all non-grandfathered medical claims, the Plan will provide participants, free of charge, with new or additional evidence considered, relied upon or generated by the plan, and any new or additional rationale for the denial, as well as a reasonable opportunity for the participant to respond, and will prohibit conflicts of interest, such as making compensation, promotion, or other employment decisions about a claims adjudicator, medical expert, or other employee based on the likelihood that the individual will support a denial of benefits. Individuals also have the right to appeal a rescission of non-grandfathered medical coverage.

Moreover, to the extent required by the Affordable Care Act of 2010 and its implementing regulations and other guidance, notices will be provided in a culturally and linguistically appropriate manner and include the following information: (i) information sufficient to identify the claim involved, including the date of the service, the health care provider, the claim amount (if applicable), a statement regarding the right to obtain the diagnosis code and treatment code and their corresponding meanings upon written request; and; (ii) for an adverse benefit determination or final internal adverse benefit determination, the denial code and its corresponding meaning, as well as a description of the plan's or issuer's standard, if any, that was used in denying the claim (in the case of a final internal adverse benefit determination, the description will also include a discussion of the decision; and; (iii) a description of the external review process and how to initiate an appeal; and (iv) a description of the availability of, and contact information for, an applicable office of health insurance consumer assistance or ombudsman established under Public Health Service Act section 2793

External claims review procedure applies to all claims filed related to "medical care" (as defined in Section 733 of ERISA) benefits under a non-grandfathered group health plan that involves a medical judgment. External review is also available for rescissions of coverage. External review is not available for any claim that is denied because the claimant fails to meet the requirements for coverage under the terms of the Plan.

Refer to the applicable EOC for non-grandfathered health plans to determine that external review process that applies to the insured coverage. If no state based external review is used, the following federal review process will be applied:

A. External Review.

1. Request for external review. A group health plan must allow a claimant to file a request for an external review with the plan if the request is filed within four months after the date of receipt of a notice of an adverse benefit determination or final internal adverse benefit determination. If there is no corresponding date four months after the date of receipt of such a notice, then the request must be filed by the first day of the fifth month following the receipt of the notice. For example, if the date of receipt of the notice is October 30, because there is no February 30, the request must be filed by March 1. If the last filing date would fall on a Saturday, Sunday, or Federal holiday, the last filing date is extended to the next day that is not a Saturday, Sunday, or Federal holiday.

2. Preliminary review. Within five business days following the date of receipt of the external review request, the group health plan must complete a preliminary review of the request to determine whether:

(a) The claimant is or was covered under the plan at the time the health care item or service was requested or, in the case of a

retrospective review, was covered under the plan at the time the health care item or service was provided;

(b) The adverse benefit determination or the final adverse benefit determination does not relate to the claimant's failure to meet the requirements for eligibility under the terms of the group health plan (e.g., worker classification or similar determination);

(c) The adverse benefit determination qualifies for external review because it involves a medical judgment or a rescission of coverage, as applicable; and

(d) The claimant has exhausted the plan's internal appeal process unless the claimant is not required to exhaust the internal appeals process under the interim final regulations; and

(e) The claimant has provided all the information and forms required to process an external review.

Within one business day after completion of the preliminary review, the plan must issue a notification in writing to the claimant. If the request is complete but not eligible for external review, such notification must include the reasons for its ineligibility and contact information for the Employee Benefits Security Administration (toll-free number 866-444-EBSA (3272)). If the request is not complete, such notification must describe the information or materials needed to make the request complete and the plan must allow a claimant to perfect the request for external review within the four-month filing period or within the 48 hour period following the receipt of the notification, whichever is later.

3. Referral to Independent Review Organization. The group health plan must assign an independent review organization ("**IRO**") that is accredited by URAC or by a similar nationally-recognized accrediting organization to conduct the external review. Moreover, the plan must take action against bias and to ensure independence. Accordingly, plans must contract with at least three (3) IROs for assignments under the plan and rotate claims assignments among them (or incorporate other independent, unbiased methods for selection of IROs, such as random selection). In addition, the IRO may not be eligible for any financial incentives based on the likelihood that the IRO will support the denial of benefits.

A contract between a plan and an IRO must provide the following:

(a) The assigned IRO will utilize legal experts where appropriate to make coverage determinations under the plan.

(b) The assigned IRO will timely notify the claimant in writing of the request's eligibility and acceptance for external review. This notice will include a statement that the claimant may submit in writing to the assigned IRO within ten business days following the date of receipt of the notice additional information that the IRO must consider when conducting the external review. The IRO is not required to, but may, accept and consider additional information submitted after ten business days.

(c) Within five business days after the date of assignment of the IRO, the plan must provide to the assigned IRO the documents and any information considered in making the adverse benefit determination or final internal adverse benefit determination. Failure by the plan to timely provide the documents and information must not delay the conduct of the external review. If the plan fails to timely provide the documents and information, the assigned IRO may terminate the external review and make a decision to reverse the adverse benefit determination or final internal adverse benefit determination. Within one business day after making the decision, the IRO must notify the claimant and the plan.

(d) Upon receipt of any information submitted by the claimant, the assigned IRO must within one business day forward the information to the plan. Upon receipt of any such information, the plan may reconsider its adverse benefit determination or final internal adverse benefit determination that is the subject of the external review. Reconsideration by the plan must not delay the external review. The external review may be terminated as a result of the reconsideration only if the plan decides, upon completion of its reconsideration, to reverse its adverse benefit determination or final internal adverse benefit determination and provide coverage or payment. Within one business day after making such a decision, the plan must provide written notice of its decision to the claimant and the assigned IRO. The assigned IRO must terminate the external review upon receipt of the notice from the plan.

(e) The IRO will review all of the information and documents timely received. In reaching a decision, the assigned IRO will review the claim de novo and not be bound by any decisions or conclusions reached during the plan's internal claims and appeals process applicable under paragraph (b) of the interim final regulations under section 2719 of the PHS Act. In addition to the documents and information provided, the assigned IRO, to the extent the information or documents are available and the IRO considers them appropriate, will consider the following in reaching a decision:

(i) The claimant's medical records;

(ii) The attending health care professional's recommendation;

(iii) Reports from appropriate health care professionals and other documents submitted by the plan or issuer, claimant, or the claimant's treating provider;

(iv) The terms of the claimant's plan to ensure that the IRO's decision is not contrary to the terms of the plan, unless the terms are inconsistent with applicable law;

(v) Appropriate practice guidelines, which must include applicable evidence- based standards and may include any other practice guidelines developed by the Federal government, national or professional medical societies, boards, and associations;

(vi) Any applicable clinical review criteria developed and used by the plan, unless the criteria are inconsistent with the terms of the plan or with applicable law; and

(vii) The opinion of the IRO's clinical reviewer or reviewers after considering the information described in this notice to the extent the information or documents are available and the clinical reviewer or reviewers consider appropriate.

(f) The assigned IRO must provide written notice of the final external review decision within 45 days after the IRO receives the request for the external review. The IRO must deliver the notice of final external review decision to the claimant and the plan.

(g) The assigned IRO's decision notice will contain:

(i) A general description of the reason for the request for external review, including information sufficient to identify the claim (including the date or dates of service, the health care provider, the claim amount (if applicable), the diagnosis Internal Revenue Code and its corresponding meaning, the treatment Internal Revenue Code and its corresponding meaning, and the reason for the previous denial);

(ii) The date the IRO received the assignment to conduct the external review and the date of the IRO decision;

(iii) References to the evidence or documentation, including the specific coverage provisions and evidence-based standards, considered in reaching its decision;

(iv) A discussion of the principal reason or reasons for its decision, including the rationale for its decision and any evidence-based standards that were relied on in making its decision;

(v) A statement that the determination is binding except to the extent that other remedies may be available under State or Federal law to either the group health plan or to the claimant;

(vi) A statement that judicial review may be available to the claimant; and

(vii) Current contact information, including phone number, for any applicable office of health insurance consumer assistance or ombudsman established under PHS Act section 2793. In California, claimants may contact:

> California Department of Managed Health Care Help Center
> 980 9th Street, Suite 500
> Sacramento, CA 95814
> (888) 466-2219
> http://www.healthhelp.ca.gov
> helpline@dmhc.ca.gov

(h) After a final external review decision, the IRO must maintain records of all claims and notices associated with the external review

process for six years. An IRO must make such records available for examination by the claimant, plan, or State or Federal oversight agency upon request, except where such disclosure would violate State or Federal privacy laws.

4. Reversal of plan's decision. Upon receipt of a notice of a final external review decision reversing the adverse benefit determination or final internal adverse benefit determination, the plan immediately must provide coverage or payment (including immediately authorizing or immediately paying benefits) for the claim.

B. Expedited external review for self-insured group health plans

1. Request for expedited external review. A group health plan must allow a claimant to make a request for an expedited external review with the plan at the time the claimant receives:

(a) An adverse benefit determination if the adverse benefit determination involves a medical condition of the claimant for which the time frame for completion of an expedited internal appeal under the interim final regulations would seriously jeopardize the life or health of the claimant or would jeopardize the claimant's ability to regain maximum function and the claimant has filed a request for an expedited internal appeal; or

(b) A final internal adverse benefit determination, if the claimant has a medical condition where the timeframe for completion of a standard external review would seriously jeopardize the life or health of the claimant or would jeopardize the claimant's ability to regain maximum function, or if the final internal adverse benefit determination concerns an admission, availability of care, continued stay, or health care item or service for which the claimant received emergency services, but has not been discharged from a facility.

2. Preliminary review. Immediately upon receipt of the request for expedited external review, the plan must determine whether the request meets the reviewability requirements set forth in paragraph A.2 above for standard external review. The plan must immediately send a notice that meets the requirements set forth in paragraph A.2 above for standard external review to the claimant of its eligibility determination.

3. Referral to independent review organization. Upon a determination that a request is eligible for external review following the preliminary review, the plan will assign an IRO pursuant to the requirements set forth in paragraph A.3 above for standard review. The plan must provide or transmit all necessary documents and information considered in making the adverse benefit determination or final internal adverse benefit determination to the assigned IRO electronically or by telephone or facsimile or any other available expeditious method.

The assigned IRO, to the extent the information or documents are available and the IRO considers them appropriate, must consider the information or documents described above under the procedures for standard review. In reaching a decision, the assigned IRO must review

the claim de novo and is not bound by any decisions or conclusions reached during the plan's internal claims and appeals process.

4. Notice of final external review decision. The plan's contract with the assigned IRO must require the IRO to provide notice of the final external review decision, in accordance with the requirements set forth in paragraph A.3 above, as expeditiously as the claimant's medical condition or circumstances require, but in no event more than 72 hours after the IRO receives the request for an expedited external review. If the notice is not in writing, within 48 hours after the date of providing that notice, the assigned IRO must provide written confirmation of the decision to the claimant and the plan.

**CLAIMS AND APPEALS TIMETABLE**

| | Type of Claim | Timing for Claim Decision | Timing and Notification of Appeal Decision(s) |
|---|---|---|---|
| Health HMO<br><br>Health PPO<br><br>Dental PPO<br><br>Dental DMO<br><br>Vision<br><br>Health Care Flexible Spending Account<br><br>EAP | Urgent Care Claims | As soon as possible, taking into account the medical exigencies, but not later than **72 hours** after receipt of your claim by the Claims Administrator. Note that this notice may be given to you orally within the applicable time period, and a written or electronic notice will follow within three days of such oral notice. | As soon as possible, taking into account the medical exigencies, but not later than **72 hours** after receipt of your request for review by the Claims Administrator. |
| | Pre-Service Claims | Within a reasonable period of time appropriate to the medical circumstances but not later than **15 days** after receipt of your claim by the Claims Administrator, unless an extension of up to an additional **15 days** is necessary due to matters beyond the control of the Claims Administrator. | A reasonable period of time appropriate to the medical circumstances, but not later than **30 days** after receipt of your request for review by the Claims Administrator. |
| | Post-Service Claims | Within a reasonable period of time, but not later than **30 days** after receipt of your claim by the Claims Administrator, unless an extension of up to an additional **15 days** is necessary due to matters beyond the control of the Claims Administrator. | A reasonable period of time, but not later than **60 days** after receipt of the request for review by the Claims Administrator. |
| | Concurrent Care Claims | An extension of a course of treatment will follow the pre-service, post-service or urgent care procedures above, but a claim for urgent care continuation submitted **24 hours** before the end of the of the approved course of treatment must be processed within **24 hours** instead of **72 hours.** | An appeal for an extension of a course of treatment will follow the pre-service, post-service or urgent care procedures above |
| Long Term and Short Term Disability Insurance | | Within a reasonable period of time, but not later than **45 days** after receipt of your claim by the Claims Administrator, unless an extension of up to an additional **30 days** is necessary due to matters beyond the control of the Claims Plan Administrator. | A reasonable period of time, but not later than **45 days** after receipt of your request for review by the Claims Administrator. May be extended for an additional **45 days.***  |

| | Type of Claim | Timing for Claim Decision | Timing and Notification of Appeal Decision(s) |
|---|---|---|---|
| All Eligibility Determinations and Other Benefits | Includes Life, BTA, AD&D and Dependent Care Flexible Spending Account | Within a reasonable period of time, but not later than **90 days** after receipt of your claim by the Claims Administrator. | A reasonable period of time, but not later than **60 days** after receipt of the request for review by the Claims Administrator. May be extended for an additional **60 days.*** |

* Upon written notice explaining the special circumstances that create a need for an extension.

## Appendix 3

## COBRA CONTINUATION COVERAGE RIGHTS

COBRA Continuation Coverage runs concurrent with other continuation coverage including retiree coverage to the extent allowed by law. COBRA coverage may be provided during a COBRA election period or COBRA payment grace period, but may be retroactively cancelled if a COBRA payment or election or timely payment is not made. Alternatively, COBRA coverage may be provided only after an election and timely payment is made, but provided retroactive to the beginning of the COBRA period. The applicable Evidence of Coverage or Benefits Booklet will describe the treatment for each Group Health Plan Coverage available under the Plan.

ClearBenefits
At work. For you.

****THIS IS NOT A TERMINATION NOTICE.
CONTINUATION COVERAGE RIGHTS UNDER COBRA****

Hitachi Data Systems
2845 Lafayette
Santa Clara, CA 95050

Dear Mr. Smith:

**Introduction**
You are receiving this notice because you have recently become covered under Hitachi Data Systems (the Plan). This notice contains important information about your right to COBRA continuation coverage, which is a temporary extension of coverage under the Plan. This notice generally explains COBRA continuation coverage, when it may become available to you and your family, and what you need to do to protect the right to receive it.

The right to COBRA continuation coverage was created by a federal law, Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). COBRA continuation coverage can become available to you and to other members of your family who are covered under the Plan when you would otherwise lose your group health coverage. This notice generally explains COBRA continuation coverage, when it may become available to you and your family, and what you need to do to protect the right to receive it. This notice gives only a summary of your COBRA continuation coverage rights. For more information about your rights and obligations under the Plan and under federal law, you should either review the Plan's Summary Plan Description or get a copy of the Plan Document from the Plan Administrator.

The Plan Administrator is:
ClearBenefits Administrators
P.O. Box 160
Temecula, CA 92593-0160

**What is COBRA Continuation Coverage?**
COBRA continuation coverage is a continuation of Plan coverage when coverage would otherwise end because of a life event known as a "qualifying event." Specific qualifying events are listed later in the notice. COBRA continuation coverage must be offered to each person who is a "qualified beneficiary." A qualified beneficiary is someone who will lose coverage under the Plan because of a qualifying event. Depending on the type of qualifying event, employees, spouses of employees, and dependent children of employees may



Exhibit 1

be qualified beneficiaries. Under the Plan, qualified beneficiaries who elect COBRA continuation coverage must pay for COBRA continuation coverage.

If you are an employee, you will become a qualified beneficiary if you will lose our coverage under the Plan because either one of the following qualifying events happens:
(1) Your hours of employment are reduced, or
(2) Your employment ends for any reason other than your gross misconduct.

If you are the spouse of an employee, you will become a qualified beneficiary if you will lose your coverage under the Plan because any of the following qualifying events happens:
(1) Your spouse dies;
(2) Your spouse's hours of employment are reduced.
(3) Your spouse's employment ends for any reason other than his or her gross misconduct.
(4) Your spouse becomes enrolled in Medicare (Part A, Part B, or both); or
(5) You become divorced or legally separated from your spouse.

Your dependent children will become qualified beneficiaries if they will lose coverage under the Plan because any of the following qualifying events happens:
(1) The parent-employee dies;
(2) The parent-employee's hours of employment are reduced.
(3) The parent-employee's employment ends for any reason other than his or her gross misconduct.
(4) The parent-employee becomes enrolled in Medicare (Part A, Part B, or both);
(5) The parents become divorced or legally separated; or
(6) The child stops being eligible for coverage under the plan as a "dependent child."

**When is COBRA Coverage Available?**
The plan will offer COBRA continuation to qualified beneficiaries only after the Plan Administrator has been notified that a qualifying event has occurred. When the qualifying event is the end of employment or reduction of hours of employment, death of the employee, or enrollment of the employee in Medicare (Part A, Part B, or both), the employer must notify the Plan Administrator of the qualifying event. In addition, if the Plan provides retiree health coverage, then commencement of a proceeding in a bankruptcy with respect to the employer is also a qualifying event where the employer must notify the Plan Administrator of the qualifying event.

**You Must Give Notice of Some Qualifying Events**
For the other qualifying events (divorce or legal separation of the employee and spouse or a dependent child's losing eligibility for coverage as a dependent child), you must notify the Plan Administrator. The Plan requires you to notify the Plan Administrator within 60 days after the qualifying event occurs. You must send this notice to:
ClearBenefits Administrators
P.O. Box 160
Temecula, CA 95293-0160

**How is COBRA Coverage Provided?**
Once the Plan Administrator receives notice that a qualifying event has occurred, COBRA continuation coverage will be offered to each of the qualified beneficiaries. For each qualified beneficiary who elects COBRA continuation coverage, COBRA continuation coverage will begin either (1) on the date of the qualifying event or (2) on the date that Plan coverage would otherwise have been lost, depending on the nature of the Plan.

COBRA continuation coverage is a temporary continuation of coverage. When the qualifying event is the death of the employee, your divorce or legal separation, or a dependent child losing eligibility as a dependent child, COBRA continuation coverage lasts up to 36 months.

When the qualifying event is the end of employment or reduction of the employee's hours of employment, and the employee became entitled to Medicare benefits less than 18 months before the qualifying event, COBRA continuation coverage for qualified beneficiaries other than the employee lasts until 36 months after the date of Medicare entitlement. For example, if a covered employee becomes entitled to Medicare 8 months before the date on which his employment terminates, COBRA continuation coverage for his spouse

and children can last up to 36 months after the date of Medicare entitlement, which is equal to 28 months after the date of the qualifying event (36 months minus 8 months). Otherwise, when the qualifying event is the end of employment or reduction of the employee's hours of employment, COBRA continuation coverage generally lasts for only up to a total of 18 months. There are two ways in which this 18-month period of COBRA continuation coverage can be extended.

**Disability extension of 18-month period of continuation coverage**
If you or anyone in your family covered under the plan is determined by the Social Security Administration to be disabled and you notify the Plan Administrator in a timely fashion, you and your entire family may be entitled to receive up to an additional 11 months of COBRA continuation coverage, for a total maximum of 29 months. The disability would have to have started at some time before the 60th day of COBRA continuation coverage and must last at least until the end of the 18-month period of continuation coverage. This notice should be sent to:
ClearBenefits Administrators
P.O. Box 160
Temecula, CA 95293-0160

**Second qualifying event extension of 18-month period of continuation coverage**
If your family experiences another qualifying event while receiving COBRA continuation coverage, the spouse and dependent children in your family can get additional months of COBRA continuation coverage, up to a maximum of 36 months. This extension is available to the spouse and dependent children if the former employee dies, or gets divorced or legally separated. The extension is also available to a dependent child when that child stops being eligible under the Plan as a dependent child. In all of these cases, you must make sure that the Plan Administrator is notified of the second qualifying event within 60 days of the second qualifying event. This notice must be sent to:
ClearBenefits Administrators
P.O. Box 160
Temecula, CA 95293-0160

**Trade Act of 2002**
If you qualify for Trade Adjustment Assistance (TAA) as defined by the Trade Act of 2002, then you will be provided with an additional 60-day enrollment period, with continuation coverage beginning on the date of such TAA approval.

**If You Have Questions**
If you have questions about your COBRA continuation coverage, you should contact ClearBenefits, Inc. or you may contact the nearest Regional or District Office of the U.S. Department of Labor's Employee Benefits Security Administration (EBSA). Addresses and phone numbers of Regional and District EBSA Offices are available through EBSA's website at www.dot.gov/ebsa.

**Keep Your Plan Informed of Address Changes**
In order to protect your family's rights, you should keep the Plan Administrator informed of any changes in the addresses of family members. You should also keep a copy, for your records, of any notices, you send to the Plan Administrator.

**Plan Contact Information**
ClearBenefits Administrators
P.O. Box 160
Temecula, CA 95293-0160

Sincerely,

ClearBenefits, Inc.
COBRA Department

ClearBenefits
At work. For you.

Hitachi Data Systems
750 Central Expressway
Santa Clara, CA 95050

Dear Mr. Smith:

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) includes some provisions that may affect decisions you make about your participation in the Group Health Plan under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). These provisions are as follows:

1. Under COBRA, if the qualifying event is a termination or reduction in hours of employment, affected qualified beneficiaries are entitled to continue coverage for up to 18 months after the qualifying event, subject to various requirements. Before HIPAA, this 18-month period could be extended for up to 11 months (for a total COBRA coverage period of up to 29 months from the initial qualifying event) if an individual was determined by the Social Security Administration, under 60 the Social Security Act, to have been disabled at the time of the qualifying event and if the plan administrator was notified of that disability determination within 60 days of the determination and before the end of the original 18-month period.
Under HIPAA, if a qualified beneficiary is determined by the Social Security Administration to be disabled under the Social Security Act at any time during the first 60 days of COBRA coverage, the 11-month extension is available to all individuals who are qualified beneficiaries due to the termination or reduction in hours of employment. The disabled individual can be a covered employee or any other qualified beneficiary. However, to be eligible for the 11-month extension, affected individuals must still comply with the notification requirements in a timely fashion.

2. A child that is born to or placed for adoption with the covered employee during a period of COBRA coverage will be eligible to become a qualified beneficiary. In accordance with the terms of the employer's group health plan(s) and the requirements of Federal law, these qualified beneficiaries can be added to COBRA coverage upon proper notification to the Plan administrator of the birth or adoption.

3. HIPAA restricts the extent to which group health plans may impose pre-existing condition limitations.

4. If you were covered by a group health plan(s) prior to your employment with us, your previous employer or insurance carrier should have provided you with a Certificate of Creditable Coverage, a form required by the HIPAA law that describes the health coverage you and your dependents, if any, have or had, and the dates you were covered. IF YOU HAVE NOT RECEIVED A CERTIFICATE OF CREDITABLE COVERAGE AND ARE ENTITLED TO ONE, PLEASE CONTACT YOUR FORMER EMPLOYER. Once you deliver the Certificate of Creditable Coverage to your current employer, you are exempt from any pre-existing condition exclusions in our group health plan(s), provided you had twelve months of creditable coverage (eighteen months if a late enrollment) and have not had more than a sixty-three day gap in coverage.
Under COBRA, your right to continuation coverage terminates if you become covered by another employer's group health plan that does not limit or exclude coverage for your pre-existing conditions. If you become covered by another group health plan and that plan contains a pre-existing condition limitation that affects you, your COBRA continuation coverage cannot be immediately terminated. However, if the other plan's pre-existing condition rule does not apply to you by reason of HIPAA's restrictions on pre-existing condition clauses, the employer's group health plan(s) may terminate your COBRA coverage.

If you have any questions about COBRA, or if you have changed your marital status, or you or your spouse have changed addresses, please contact COBRA Department at (888) 699-7755.

Sincerely,

ClearBenefits, Inc.
COBRA Department

## Appendix 4

## THE USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

### 4.1 Health Plans

This Appendix 4 applies only to health benefits that are self-funded or that are insured, but administered by the Employer in a way that requires Employer access to protected health information beyond enrollment and disenrollment information and summary health information needed to obtain insurance and amend and terminate the Plan. The group health plans to which this Appendix applies will use protected health information (PHI) to the extent of and in accordance with the uses and disclosures permitted by the Health Insurance Portability and Accountability Act of 1996 (HIPAA). Specifically, the Plan will use and disclose PHI for purposes related to health care treatment, payment for health care and health care operations.

### 4.2 Health Plan Payments

*Payment* includes activities undertaken by the Plan to obtain premiums or determine or fulfill its responsibility for coverage and provision of plan benefits that relate to an individual to whom health care is provided. These activities include, but are not limited to, the following:

- determination of eligibility, coverage and cost sharing amounts (for example, cost of benefit, plan maximums and co-payments as determined for an individual's claim);
- adjudication of health benefit claims (including appeals and other payment disputes);
- subrogation of health benefit claims;
- establishing employee contributions;
- risk adjusting amounts due based on enrollee health status and demographic characteristics;
- billing, collection activities and related health care data processing;
- claims management and related health care data processing, including auditing payments, investigating and resolving payment disputes and responding to participant inquiries about payments;
- obtaining payment under a contract for reinsurance (including stop-loss and excess of loss insurance);
- medical necessity reviews or reviews of appropriateness of care or justification of changes;
- utilization review, including precertification, preauthorization, concurrent review and retrospect live review;
- disclosure to consumer reporting agencies related to the collection of premiums or reimbursement (the following PHI may be disclosed for payment purposes: name and address, date of birth, Social Security number, payment history, account number and name and address of provider and/or health plan); and,
- reimbursement to the plan.

### 4.3 Health Care Operations

*Health Care Operations* include, but are not limited to, the following activities:

- quality assessment

- population-based activities relating to improving health or reducing health care costs, protocol development, case management and care coordination, disease management, contacting health care providers and patients with information about treatment alternatives and related functions;
- rating provider and plan performance, including accreditation, certification, licensing and credentialing activities;
- underwriting, premium rating, and other activities relating to the creation, renewal or replacement of a contract of health insurance or health benefits, and ceding, securing or placing a contract for reinsurance of risk relating to health care claims (including stop-loss insurance and excess of loss insurance);
- conducting or arranging for medical review, legal services and auditing functions, including fraud and abuse detection and compliance programs;
- business planning and development, such as conducting cost-management and planning-related analyses related to managing and operating the Plan, including formulary development and administration, development or improvement of payment method or coverage policies;
- business management and general administrative activities of the plan, including, but not limited to:
  - management activities relating to the implementation of and compliance with HIPAA's administrative simplification requirements, or
  - customer service, including the provision of data analyses for policyholders, Plan Sponsors or other customers.
- resolution of internal grievances; and,
- due diligence in connection with the sale or transfer of assets to a potential successor in interest, if the potential successor in interest is a "covered entity" under HIPAA or, following completion of the sale or transfer, will become a covered entity.

**4.4 Third Parties with Authorization**

The Plan will use and disclose PHI to its Business Associates who have agreed in writing to comply with all applicable HIPAA regulations for purposes related to the administration of these Plans upon authorization by the Participant.

**4.5 Plan Sponsor**

The Plan will disclose PHI to the Plan Sponsor only upon receipt of a certification from the Plan Sponsor that this plan document contains the limitations and conditions required by HIPAA and contained in Section 5.6.

**4.6 Conditions and Limitations on Use and Disclosure by Plan Sponsor**

The Plan Sponsor agrees to:

- not use or further disclose PHI other than as permitted or required by the plan document or as required by law;
- ensure that any agents, including a subcontractor, to whom the Plan Sponsor provides PHI received from the Plan agree to the same restrictions and conditions that apply to the Plan Sponsor with respect to such PHI;
- not use or disclose PHI for employment related actions and decisions unless authorized by an individual;

- not use or disclose PHI in connection with any other benefit or employee benefit plan of the Plan Sponsor unless authorized by an individual;
- report to the Plan any PHI use or disclosure that is inconsistent with the uses or disclosures provided for of which it becomes aware;
- make PHI available to an individual in accordance with HIPAA's access requirements;
- make PHI available for amendment and incorporate any amendments to PHI in accordance with HIPAA;
- make available the information required to provide an accounting of disclosures;
- make internal practices, books and records relating to the use and disclosures of PHI received from the Plan available to the HHS Secretary for the purposes of determining the plan's compliance with HIPAA; and,
- if feasible, return or destroy all PHI received from the Plan that the Plan Sponsor still maintains in any form, and retain no copies of such PHI when no longer needed for the purpose for which the disclosure was made (or if return or destruction is not feasible, limit further uses and disclosures to those purposes that make the return or destruction infeasible).

### 4.7 Access to PHI

In accordance with HIPAA, only the following employees or classes of employees may be given access to PHI:

- the Privacy Officer; and,
- staff designated by the Privacy Officer.

The persons described in this Section may only have access to and use and disclose PHI for plan administration functions that the Plan Sponsor performs for the Plan. If the persons described in this Section do not comply with this plan document, the Plan Sponsor shall provide a mechanism for resolving issues of noncompliance, including disciplinary sanctions.

The Plan Sponsor further agrees that if it creates, receives, maintains, or transmits any electronic PHI (other than enrollment/disenrollment information and Summary Health Information, which are not subject to these restrictions) on behalf of the covered entity, it will implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the electronic protected health information, and it will ensure that any agent (including subcontractors) to whom it provides such electronic PHI shall agree to implement reasonable and appropriate security measures to protect the information. The Plan Sponsor will report to the Plan any security incident of which it becomes aware.

The Plan Sponsor will ensure that the provisions of this Section are supported by reasonable and appropriate security measures to the extent that the designees have access to electronic PHI.

### 4.8 HITECH Rules

To the extent that the Plan Sponsor transmits health information electronically in connection with a Covered Transaction as defined by the HIPAA Privacy Rules, it shall do so in a manner which meets the criteria established by the Health Information Technology for Economic and Clinical Health Act of 2009 (HITECH) and its regulations.