# Sales Commission Plan

Hitachi Data Systems

## Plan Summary

**Gerald Morgan (60977)**

**Employee Number:** 20505

**1st Level Manager:** John Carselle (101027)

**Employing Region:** Americas

**Employing Country:** US

**Geo:** Americas

**Region:** East Division

**District:** Ohio River Valley

**Sub District:**

**PAF Start Date:** 01 Apr 2015

**PAF End Date:** 31 Mar 2016

**Job Title:** Specialist Sales Account Representative

**Sales Incentive Plan Name:** Sales Commission

**Annual IB:** 115,000.00 USD

**Commission IB:** 115,000.00 USD

**MBO IB:** 0.00 USD

**PCF:** 1.84 %

## Plan Quotas

| Quota | QTR-1-2015 | QTR-2-2015 | QTR-3-2015 | QTR-4-2015 | YEAR-2015 |
|---|---|---|---|---|---|
| **Total Commissionable Revenue (USD)** | 1,468,777.57 | 1,491,380.77 | 1,699,192.78 | 1,590,648.88 | 6,250,000.00 |

## PAF Terms and Conditions

By clicking the Acknowledge button you are acknowledging that:

You have received, read and agree to the terms and conditions of the Global Sales Incentive Plan. You have received, read and agree to your Personal Acknowledgment Form (PAF). Your PAF applies to sales compensation calculations within the effective start and end dates reflected and supersedes any written or verbal discussions about your incentive plan, variable pay target, quota or measurements. No changes will be made to your incentive plan, variable pay target, quota or measurements until you acknowledge, in writing, an updated PAF.

## Signature

WorkFlow Status Information

John Carselle Accepted on 26 May 2015 07:57:23 PM GMT

Gerald Morgan Accepted on 26 May 2015 08:16:37 PM GMT

Exhibit 3