Hitachi Data Systems

HITACHI
Inspire the Next



# 2015 Open Enrollment Benefits Guide

In this guide, you'll find:

- Information about your benefit plans
- How to enroll or make changes to your benefits
- Contact information for questions

Exhibit 4

# Welcome

November 2014

Dear Colleagues:

The Annual Enrollment Period for the HDS Benefits Program is here. Open Enrollment is your chance to review your medical, dental, vision and Flexible Spending Account elections, educate yourself about the options available to you as an HDS employee and make the decisions that best meet the needs of you and your family.

HDS is pleased to offer a large selection of benefits as we strive to be the best place to work and win for our employees. We encourage you to take the time to read through this guide and attend a webinar so you can make an informed choice during Open Enrollment. Any changes you make will be effective January 1, 2015. You can only change these choices if you have a qualifying event during the year, such as a birth or marriage.

We are pleased to inform you that there are no benefit plan changes being made in 2015 to our benefits program. The most important choice you have to make for 2015 remains your choice in medical plans. Our medical plans through UnitedHealthcare (UHC) are self-insured which means HDS pays the claims. For that reason, we have taken several steps in the past few years to provide you with the tools to reduce the impact of rising health care costs which will benefit both HDS and all of us as employees.

During Open Enrollment, take time to consider the following:

- Weigh your options. While there are increases to the costs for some of the plans, the price you pay is closely aligned to the actual cost of the plan you choose.
- Learn about the Consumer HSA and Kaiser HSA plans to determine if they make sense for you and your family. These plans are designed to provide you with the resources to manage your own healthcare costs as well as to provide you with a vehicle to save for your retirement.
- Another important component of our benefits program is HDS*fit* which has completed its transition to UHC. By participating in HDS*fit*, you can both reduce the costs of your benefits as well as take steps towards improving your health.
- CareCounsel is available to assist you during Open Enrollment as you review your benefits options. This will remain available to you throughout the year should you need assistance with claims, appeals, finding a specialist, or learning how to work with your providers to maximize your medical, dental and vision benefits or to inquire about any other benefit offering.

Thank you for taking time to review this guide. Remember, Open Enrollment begins November 4th and ends November 21st, so make sure you review the information and make your elections within this timeframe. Keep in mind that HDS offers several resources to answer any questions you may have, including multiple webinars. You may also contact **Ask HR** or review the information on HR Gateway.

Yours in good health,

Scott Kelly

Chief Human Resources Officer



Exhibit 4

# Your 2015 Benefits Guide and Open Enrollment

This Guide is intended as a quick reference of your 2015 benefits. Please use this summary as a convenient tool to help you make your benefit choices. It is important as a consumer that you take the time to understand your options, ask questions, and make your choices accordingly. If you need help, please contact HDS Benefits Direct at 1-800-463-2092.

The details of the benefit plans described in this guide are contained in the official plan and policy documents, including insurance contracts. This guide is only meant to highlight major points of each plan and does not contain all the policy provisions, limitations and exclusions that are included in the official plan documents and Summary Plan Descriptions (SPD).

If there is ever a question about one of these plans or policies, or if there is a conflict between the information contained in this benefits guide and the official plan documents, the official plan documents will govern.

| Open Enrollment Period | Effective Date of Your Benefit Elections |
|---|---|
| November 4 to November 21, 2014 | January 1, 2015 to December 31, 2015 |

## Table of Contents


Introduction....4
Benefit Updates for 2015....5
HDSfit Wellness Program....6
The Consumer HSA and the Kaiser HSA Plan....9
Open Enrollment 2015....15
Plan Costs for 2015....16
Medical Plan Choices....17
Medical Plan Comparison....18
Medical Carrier Websites and Provider Searches....21
Prescription Drug Coverage....22
Dental Plan Choices....24
Dental Plan Provider Search Instructions....25
Vision Plan Choices....26
Vision Plan Provider Search Instructions....27
Flexible Spending Accounts (FSA)....28
Credit Monitoring/Fraud Resolution....30
Disability Insurance....31
Basic Life and AD&D Insurance....32
Optional Life and AD&D Insurance....32
Commuter Program....34
Child Care/Elder Care Back-Up....34
CareCounsel....35
Employee Assistance Program (EAP)....36
Optional Auto and Home Insurance....36
Legal Services Plan....36
Referral Services....37
Retirement....38
Time Off....39
Education....40
AFLAC – Group Supplemental Insurance....41
Frequently Asked Questions....43
Required Notices....47
Contact Information....52




Exhibit 4

Case: 2:19-cv-02982-EAS-CMV Doc #: 1-4 Filed: 07/10/19 Page: 4 of 52 PAGEID #: 103

# Introduction

## Introduction

At HDS, your benefits are an important part of our company's investment in your total rewards package. HDS continuously reviews our benefits program focusing on their value to employees, market competitiveness, legislative changes and costs.

HDS provides you the opportunity to select the benefits coverage that best fits your needs when you are first hired and subsequently at each Open Enrollment. Health care is a major component of our offering and related company expenses; therefore, one of our long term goals is to help educate our employees so that we all make good, informed choices not only during Open Enrollment, but any time we use health care services. Along with health care, HDS provides you with a wide array of benefit options. The goal of this Guide is to walk you through and help you understand the options available to you.

## Who is Eligible

All HDS regular full-time active employees who work thirty (30) hours or more per week are eligible for benefits on your date of hire. You may also choose to enroll your eligible dependents, which include:

- Your spouse or qualified domestic partner
- Your children up to age 26, regardless of student or marital status, including adopted children and children of your domestic partner. (For HSA contribution purposes, your child must be a tax dependent.)
- Any dependent child who is incapable of self-support due to a mental or physical disability

## Termination of Coverage

Your Medical, Dental and Vision coverage ends on the last day of the month in which your active service ends. Your Life/AD&D Insurance, Disability and Flexible Spending Accounts will terminate on the date your employment ends.

## Making Changes

You cannot make changes during the year unless you have a change in family status (a qualifying event), as defined by the IRS.

Qualifying events include:

- Marriage or divorce
- Birth, adoption or custody change of an eligible dependent
- The loss of coverage due to the death of a spouse or domestic partner
- The loss of coverage due to a change in the employment status of you, your spouse or domestic partner
- A change in employment (either yours, your spouse's or domestic partner's) which results in losing or gaining coverage

If you have a qualifying event any time other than open enrollment, you may change your benefits by notifying HDS Benefits Direct within 31 days of the event. The change in your benefits must be consistent with the change in your family status. For example, if you have a new baby, you can enroll the child as a dependent under your medical plan, but you may not remove another dependent who is already covered. Remember that newly eligible dependents, including newborns, spouses and domestic partners, must be added to your plans within 31 days of first becoming eligible.



Exhibit 4

# Benefit Updates for 2015

**The following changes will take effect January 1, 2015:**

- The UnitedHealthcare (UHC) PPO and Kaiser HMO plan prescription drug co-pays will now apply to your annual out-of-pocket maximums in compliance with Healthcare Reform requirements.
- The Internal Revenue Service has increased the maximum amounts you can contribute to your Health Savings Account (HSA) in 2015 to $3,350 for an individual and $6,650 for a family.
- Liberty Mutual is replacing Lincoln Financial as the insurance carrier for the HDS Basic Life/AD&D and Optional and Dependent Life/AD&D plans. All current elections will be transferred to the new carrier with no action required by you. For Spouse/Domestic Partner Life, there will be a small increase to the amount you pay each month ($2.00 per month for Option A and $2.50 per month for Option B).
- The HDSfit Wellness Program has completed the move from Delta TeamCare to UnitedHealthcare. As a result, there will be some changes to our program. Please take the time to read more about them in this guide so you know what to expect.
- The Hyatt Legal Plan will now be known as MetLaw and a number of new services will be covered. The cost for this voluntary plan is not changing.



Exhibit 4

# HDS Wellness Program

## HDSfit Wellness Program

***Join the Fun – Save $$ on Your Medical Premiums***

HDSfit has completed the transition from Delta TeamCare and Interactive Health to OptumHealth (UnitedHealthcare). By participating in HDSfit, you are taking important steps towards improving or maintaining your health and earning points towards a discount in your Medical Premiums for 2016. **By completing various activities between January 1, 2015 and November 15, 2015, you will earn incentives towards your 2016 premium credit.**

Here is how the new program works:

## Step One

**Complete an Online Health Assessment = 50 Incentive Points**

**NO OTHER POINTS CAN BE EARNED UNTIL THIS STEP IS COMPLETED**

In order to earn incentives towards your 2016 premium reduction, you MUST complete an Online Health Assessment on **myuhc.com** by November 15, 2015. The Online Health Assessment is an important part of the HDSfit program because it provides aggregate data that helps HDS shape its wellness initiative. It takes just 15 minutes to complete and you will immediately see your "wellness score" and confidential results that will help you better understand what steps you can take to improve your overall health. This assessment is confidential and HIPAA compliant – HDS will not know the results of your individual evaluation.

UHC Members —If you are already registered on myuhc.com, simply log in with your username and password and click on the Health Assessment tab. If you have not registered on myuhc.com, click "Register Now" and create your online profile using the information found on your UHC medical ID card (or you can register using your Social Security Number).

Non-UHC Members – Access the Health and Wellness website directly at **https://client.myoptumhealth.com/hds**.

Once you complete the online health assessment, you will receive important health related messages in your Health and Wellness website inbox, links to relevant articles and videos and recommendations for lifestyle improvement programs which can be viewed online. **Remember, this step must be completed by November 15, 2015 in order for you to earn any additional points.**

## Step Two

**Complete an Annual Health Evaluation = 75 Incentive Points**

The Annual Health Evaluations will collect data on 5 biometric markers via venipuncture to detect a wide range of health problems including cardiovascular disease risks (high cholesterol, high blood pressure and diabetes), liver and kidney disease, anemia and certain types of cancer. These biometric "markers" will provide your total cholesterol, blood pressure, body mass index, fasting glucose levels and whether or not you smoke.

You will be receiving additional information about the health evaluations in December. **Remember, in order to earn ANY Incentive Points, you must complete Step One, the Online Health Assessment, by November 15, 2015.**

**There will be three ways to schedule a health evaluation:**

**Option One:**
You can schedule an on-site health evaluation in the month of January at one of the following offices:

**Santa Clara Office**
- 2845 Lafayette Street, Santa Clara, CA 95050

**Waltham Office**
- 610 Lincoln Street, Suite 300, Waltham, MA 02451

**Englewood Office**
- 9800 Pyramid Court, Suite 200, Englewood, CO 80112

**Itasca Office**
- 500 Park Blvd., Suite 300, Itasca, IL 60143

**New York Office**
- 90 Park Avenue, 2nd Floor, Suite 200, New York, NY 10016-1301

**Bellevue Office**
- 15803 NE 24th Street, Bellevue, WA 98008

**San Diego Office**
- 15231 Avenue of Science, San Diego, CA 92128

**Dallas Office**
- 18111 Preston Road, Suite 400, Dallas, TX 75252

**Atlanta Office**
- Five Concourse Parkway NE, Suite 950, Atlanta, GA 30328

**Marlborough Office**
- 400 Nickerson road, Marlborough, MA 01752-4658

Dates are being finalized and you will receive registration instructions in December



Exhibit 4

# HDS Wellness Program (continued)

**Option Two:**
If you do not work at or live near one of the above offices or you are unable to schedule a convenient time for an on-site evaluation, you can select the LabCorp option during registration. Unlike last year, not all LabCorp locations provide the services required for the Annual Health Evaluations. During registration, you can determine if there is a LabCorp location convenient to your home or work. You will have until November 15, 2015 to visit the LabCorp location you select and have the testing done.

However, we strongly encourage you to have the testing done much earlier in the year, to allow time to enroll in a Wellness Coaching Program should your biometric markers fall outside normal ranges (see Step Three for details).

**Option Three:**
You can elect to have the testing done by your own physician by selecting the Health Provider Screening form option. This option allows you to have the testing done by your doctor. You simply elect this option during registration, download the required form and bring it to your doctor so they can order the screening and complete the form and submit it to OptumHealth (the instructions are on the form). You will have until November 15, 2015 to have your physician complete the tests and submit your results to OptumHealth.

However, we strongly encourage you to have the testing done much earlier in the year, to allow time to enroll in a Wellness Coaching Program should your biometric markers fall outside normal ranges (see Step Three for details).

**Regardless of the option you select, this evaluation is confidential and HIPAA compliant – HDS will not know the results of your individual evaluation.**

## Step Three

**Meet Your Biometric Markers = 250 Incentive Points**

After completing the Annual Health Evaluation, you will earn 250 points toward your 2016 premium credit if your biometric markers (as listed above), fall within normal ranges. The ranges for each biometric marker are as follows:

- Total Cholesterol (</=200)
- Blood Pressure (</=130/80)
- Body Mass Index (</=27.5)
- Fasting Glucose (</=100)
- Nicotine Free Attestation

## Or

**Complete a Wellness Coaching Program (if you did not meet your markers) = 250 Incentive Points**

If the results of your Annual Health Evaluation indicate that you are outside normal ranges in any one of the biometric marker, you will still have an opportunity to earn 250 Incentive Points toward your 2016 premium reduction by completing a Wellness Coaching Program. There are seven programs to choose from:

- Exercise
- Nutrition
- Weight Management
- Diabetes Lifestyle
- Heart Health
- Tobacco Cessation
- Stress Management

To enroll in a Wellness Coaching Program, simply call 1-800-478-1057. You will be assigned a dedicated coach and your first call will be scheduled by the engagement specialist you speak with. Your coach will work with you on the phone for 3-5 calls, each lasting about 20 minutes, and is your personal advocate for helping you achieve your specific health related goals.

You **MUST** complete the Coaching Program by November 15, 2015 in order to earn your Incentive Points for 2016. As a Coaching Program typically takes a few months to complete, please take the time to schedule your Program early enough in the year (enroll prior to September 1, 2015) to allow enough time to complete it. You can enroll in a coaching program even if you meet your markers.

**Your Maximum Premium Credit = 375 Incentive Points**

By completing the steps above, you have the opportunity to earn up to 375 Incentive Points for a total reduction of $375 off your 2016 health insurance premium. 375 Incentive Points is the maximum you can earn for completing all activities. You can still earn points towards your premium reduction by completing just some of the activities. However, **you MUST complete the Online Health Assessment in order to earn ANY points towards your 2016 Premium Credit.** Again, all activities must be completed by November 15, 2015.



Exhibit 4

# HDS Wellness Program (continued)

## Other HDS*fit* Programs and Benefits

- **Café Well Challenges:** Café Well is an affiliated partner of UnitedHealthcare. We are currently utilizing Café Well's social networking and health challenge features, and will launch company-wide and location-specific health challenges that will take place throughout 2015. These challenges are a fun way to be healthy with the support and teamwork of your HDS coworkers.

  Watch for emails throughout the year that invite you to join the latest HDS-sponsored challenge.

- **Weight Loss:** HDS will reimburse you 50% of the cost of a qualified weight loss program to a annual maximum benefit of $100. To be reimbursed, complete an online expense report. You can get additional free support from UnitedHealthcare with a weight loss online lifestyle education program on the Health and Wellness website or by enrolling in a weight loss Wellness Coaching Program.

- **Smoking Cessation:** HDS will pay 100% of the cost of a qualified smoking cessation program to an annual maximum benefit of $300. To be reimbursed, complete an online expense report. You can get additional free support from UnitedHealthcare with a tobacco cessation online lifestyle education program on the Health and Wellness website or by enrolling in a tobacco cessation Wellness Coaching Program.

- **Health Club Reimbursement:** You may receive an annual reimbursement of $500 with proof of membership to a health club. You may also reimburse items such as yoga classes, martial arts and pilates. Reimbursement for this expense is reportable and taxable; therefore, you will receive reimbursement for $500 minus applicable taxes and deductions. To be reimbursed, complete an online expense report using the Expense template "Health Club Reimbursement".

- **Healthy Pregnancy:** UHC members get free personalized support for pregnancy through delivery with UnitedHealthcare's Healthy Pregnancy Program. When you enroll by calling 1-800-411-7984, a care coordination specialist will consult with you to determine what risks and potential complications, if any, could arise during pregnancy. You will receive the Healthy Pregnancy Owner's Manual, a 24-hour helpline, and complimentary gifts to help get you ready for baby. Visit **www.healthy-pregnancy.com** for more information.

- **Club Hitachi:** At the Santa Clara and San Diego sites there is a gym available for all employees to use free of cost.



Exhibit 4

# The Consumer HSA and the Kaiser HSA Plans

You have the option to enroll in either the UHC Consumer HSA Plan or the Kaiser HSA Plan (if you live within the Kaiser service area). In 2003, the Medicare Prescription Drug, Improvement, and Modernization Act was passed and it added section 223 to the Internal Revenue Code to permit eligible employees to establish health savings accounts (HSAs). In order to qualify for the HSA, you MUST enroll in either the Consumer HSA or Kaiser HSA plans. HSA plans must meet certain criteria each year as defined by the Treasury Department. The UHC Consumer HSA Plan and Kaiser HSA Plan (outlined on pages 18–20 of this guide) both satisfy those criteria.

## Health Savings Account Contributions

An HSA is a tax-advantaged bank account that can be used to pay for qualified health expenses (including dental and vision) tax free (federal tax free for all, state taxes apply in Alabama, California and New Jersey). The account belongs to you and any money left in your account carries over from year to year. It remains your money even if you change health insurance, jobs or retire. Both you and HDS may contribute to your HSA. The maximum contribution for 2015 is $3,350 Single or $6,650 Family. HDS will contribute 50% of the in-network deductible, regardless of the plan you choose (Consumer HSA or Kaiser HSA), prorated over the course of the year.

You cannot use your HSA funds to pay for your domestic partner's expenses unless they also qualify as your IRS dependent. HDS pays the set up and maintenance fees associated with your HSA regardless of whether you elect the UHC UHC Consumer HSA Plan or the Kaiser HSA Plan. If you do leave HDS, your HSA goes with you. However, you would then be responsible for any fees or HSA charges for administration of your HSA. See page 44 of this guide for more information.

## UHC Consumer HSA Plan

For the UHC Consumer HSA, HDS will contribute $1,250 for a single employee and $2,500 for employees covering one or more dependents for 2015. These contributions are prorated over the course of a year, whether you choose to contribute or not.

## Kaiser HSA Plan

For the Kaiser HSA, HDS will contribute $1,000 for a single employee and $2,000 for employees covering one or more dependents prorated over the course of the year. You can contribute anything in excess of HDS' contribution up to the maximum IRS contribution allowed.

## Catch Up Contribution

If you are age 55 to 64 or turn age 55 in 2015, you can also contribute an additional "catch up" contribution of $1,000 per year (your spouse can also contribute an additional $1,000 if they are age 55 or older or turn age 55 in 2015 and have established their own HSA).

## Eligibility

To be eligible to open and contribute to an HSA, you must be covered by a health plan that meets IRS requirements. You must:

- Not be covered by other health insurance
  - Does not apply to specific injury insurance and accident, disability, dental care, vision care, long term care or other high deductible health plans that meets IRS requirements
  - Enrollment in a spouse's non-qualified health plan, and eligibility for a spouse's FSA or HRA may disqualify you
- Not be enrolled in Medicare
- Not be claimed as a dependent on someone else's tax return

## HSA Plans

IRS regulations state that in order to contribute to an HSA, it must be accompanied by a qualified health plan with minimum deductibles (determined by the IRS and indexed and increased annually). If you enroll as a single employee prior to reaching the individual deductible limit you will receive all medical services at UHC's discounted rate as long as you stay in-network. If you elect the Kaiser HSA you must receive all services from Kaiser unless there is an emergency or Kaiser otherwise authorizes care from another provider. You will be responsible for paying your provider either from your HSA (if funds are available) or out-of-pocket. If HSA funds are not available, can reimburse yourself from your HSA once funds become available. If you enroll as an employee with one or more dependents, you must satisfy the entire family deductible before the plan begins to pay claims. The family deductible can be satisfied by one person or it can be accumulated by several family members until the family deductible has been met for the year.

IRS regulations allow preventive care to be covered at 100% with no deductible or co-pay (in-network only). Here is the list of preventive services covered under the Consumer HSA and Kaiser

# The Consumer HSA and the Kaiser HSA Plans (continued)

HSA Plans (including but not limited to).

- Routine colonoscopy when provided in accordance with the American Cancer Society guidelines
- Routine annual physical exam
- Annual GYN exam and Pap Smear
- Annual Mammograms for women age 40 and older
- Routine hearing screenings
- Well Child Check Ups per guidelines

All other medical services, including prescription drugs, are subject to the deductible and coinsurance. Please see pages 18-20 for a summary of the HDS Plans.

## How the HSA Plans Work

Here's how the HSA Plans will work in conjunction with your Health Savings Account:

## Qualified Expenses and Health Savings Account Distributions

**How does a Health Savings Account work?**

HSA funds can be used for both qualified and non-qualified expenses. However, only funds withdrawn for qualified health care expenses (defined by IRS Code Sec.213(d)) are tax free. A full list of qualified expenses can be found at **http://www.irs.gov/publications/p502**.




* State taxes apply if you live in Alabama, California or New Jersey.

Examples of qualified expenses include:

- Office Visits (including deductibles and co-insurance)
- Chiropractic services
- Prescription drugs
- Over-the-counter drugs (pain/cold meds, etc.) with a prescription
- Dental expenses
- Vision Expenses
- Lab fees
- COBRA, Medicare (Parts B, C and D but not Part A) and qualified Long Term Disability premiums

Distributions are tax-free if used for qualified health care expenses for the account holder, their spouse and/or their dependents (must be eligible to be claimed as a dependent on account holder's federal tax return). Spouses and dependents don't need to be covered by the HSA plan for account funds to be used to pay for their out-of-pocket eligible health care expenses. Currently, account funds cannot be used to pay for a domestic partner's healthcare expenses or for the expenses of a domestic partner's children.

Funds withdrawn for non-qualified expenses are considered as income and subject to income taxes plus a 20% penalty. However, that 20% penalty will not apply when funds are withdrawn after the account holder becomes eligible for (and enrolls in) Medicare (age 65), becomes disabled or if the beneficiary receives the balance in the account after the death of the account holder. You can also allow your funds to remain in your HSA to continue to grow tax-deferred.



Exhibit 4

# The Consumer HSA and the Kaiser HSA Plans (continued)

**Here are some examples of how the Consumer HSA medical option will work compared to the HDS PPO plan.**

**Example 1 - Employee Only who uses the plan for preventive care primarily.**

| INDIVIDUAL – LOW UTILIZATION | Consumer HSA | PPO |
|---|---|---|
| Plan Annual Deductible | $2,500 | $250 |
| Plan Annual Out-of-Pocket Maximum (includes deductible) | $3,500 | $2,250 |
| HDS HSA Annual Contribution | $1,250 | $0 |
| EE Annual Paycheck Premium Contribution | $928 | $6,440 |
| EE Optional Annual HSA Contribution (Federal Tax Free) | $2,100 | $0 |
| EE Optional Annual FSA Contribution (State and Federal Tax Free) | $0 | $120 |
| **Expenses** | | |
| • 1 Annual Physical Exam (A) | $0 | $0 |
| • 2 Office Visits- $125 per visit (B) | $250 | $40 |
| • 2 Prescription Drugs Brand Non Formulary – $200 Annual Rx Cost (C) | $200 | $80 |
| **Total Expenses (A+B+C) = (D)** | $450 (paid from HSA) | $120 (paid from FSA) |
| **Total Spent in 2015** | | |
| **Total Expenses (D)** | $450 | $120 |
| Paycheck Premium Contribution (E) | $928 | $6,440 |
| Plus HSA/FSA Contributions | | |
| • EE HSA Contribution (Max IRS 2015 Contribution is $2,100) (F) | $2,100 | $0 |
| • EE FSA Contribution (Max IRS 2015 Contributions is $2,500) FOR ONLY PPO (28% fed tax free) (G) | $0 | $120 |
| **Total Out of Pocket (Total Paycheck contributions) (E+F+G) = (H)** | $3,028 | $6,560 |
| HDS HSA Contribution (I) | $1,250 | $0 |
| Tax Savings on EE HSA/FSA Contribution (J) ($2,100 x 28% HSA; $120 x 28% PPO) | $ 588 | $ 34 |
| **Your Net Out of Pocket (D+H) – (I+J) = (K)** | $1,640 | $6,646 |
| Additional Out of Pocket from PPO vs. HSA: | | $5,006 |
| **HSA Rollover to 2016 ($1,250 HDS Contribution + $2,100 EE Contribution – $450 Total Expenses) (I+F–D) = (L)** | $2,900 | $0 |
| Plus HDS 2016 HSA Contribution (M) | $1,250 | $0 |
| Plus EE 2016 HSA Contribution (N) | $2,100 | $0 |
| **Total 2016 HSA Fund with EE Contribution (L+M+N) = (O)** | **$6,250** | **$0** |

Notes: All examples assume use of in-network providers.
FSA for PPO does not rollover.



Exhibit 4

# The Consumer HSA and the Kaiser HSA Plans (continued)

**Example 2 - Employee Only with high utilization.**

| INDIVIDUAL – HIGH UTILIZATION | Consumer HSA | PPO |
|---|---|---|
| Plan Annual Deductible | $2,500 | $250 |
| Plan Annual Out-of-Pocket Maximum (includes deductible) | $3,500 | $2,250 |
| HDS HSA Annual Contribution | $1,250 | $0 |
| EE Annual Paycheck Premium Contribution | $928 | $6,440 |
| EE Optional Annual HSA Contribution (Federal Tax Free) | $2,100 | $0 |
| EE Optional Annual FSA Contribution (State and Federal Tax Free) | $0 | $2,250 |
| Expenses | | |
| • 1 Annual Physical Exam (A) | $0 | $0 |
| • 5 Office Visits – $125 per visit (B) | $625 | $100 |
| • Major Surgery – $50,000 per surgery (C) | $50,000 | $5,250 |
| • 36 Prescription Drugs Brand Non Formulary – $9,000 Annual Rx Costs (D) | $9,000 | $1,440 |
| **Total Expenses (A+B+C+D) = (E)** (Met Out-of-Pocket Maximum in all Plans) | $3,500 ($3,350 paid from HSA; $150 remainder OOP) | $2,250 (paid from FSA) |
| **Total Net Spent in 2015** | | |
| **Total Expenses (E)** | $3,500 | $2,250 |
| Paycheck Premium Contribution (F) | $928 | $6,440 |
| Plus HSA/FSA Contributions | | |
| • EE HSA Contribution (Max IRS 2015 Contribution is $2,100) (G) | $2,100 | $0 |
| • EE FSA Contribution (Max IRS 2015 Contributions is $2,500) FOR PPO ONLY (28% fed tax free) (H) | $0 | $2,250 |
| **Total Out of Pocket (Total Paycheck contributions) (F+G+H) = (I)** | $3,028 | $8,690 |
| HDS HSA Contribution (J) | $1,250 | |
| Tax Savings on EE HSA/FSA Contribution (K) ($2,100 x 28% for HSA; $2,250 x 28% for PPO) | $588 | $630 |
| **Your Net Out of Pocket (E+I) – (J+K) = (L)** | $4,690 | $10,310 |
| Additional Out of Pocket from PPO vs. HSA: | | $5,620 |
| **HSA Rollover to 2016 ($1,250 HDS Contribution + $2,100 EE Contribution – $3,500 Total Expenses) (J+G–E) = (M)** | $0 | $0 |
| Plus HDS 2016 HSA Contribution (N) | $1,250 | $0 |
| Plus EE 2016 HSA Contribution (O) | $2,100 | $0 |
| **Total 2016 HSA Fund with EE Contribution (N+O) = (P)** | $3,350 | $0 |

Notes: All examples assume use of in-network providers.
FSA for PPO does not rollover.



Exhibit 4

# The Consumer HSA and the Kaiser HSA Plans (continued)

**Example 3 - Family who uses the plan for preventive care primarily.**

| FAMILY OF 4 – LOW UTILIZATION | Consumer HSA | PPO |
|---|---|---|
| Plan Annual Deductible | $5,000 | $500 |
| Plan Annual Out-of-Pocket Maximum (includes deductible) | $7,000 | $6,500 |
| HDS HSA Annual Contribution | $2,500 | $0 |
| EE Annual Paycheck Premium Contribution | $2,765 | $19,186 |
| EE Optional Annual HSA Contribution (Federal Tax Free) | $4,150 | $0 |
| EE Optional Annual FSA Contribution (State and Federal Tax Free) | $0 | $280 |
| **Expenses** | | |
| • 4 Annual Physical Exams (A) | $0 | $0 |
| • 6 Office Visits- $125 per visit (B) | $750 | $120 |
| • 4 Prescription Drugs Brand Non Formulary – $400 Annual Rx Cost (C) | $400 | $160 |
| **Total Expenses (A+B+C) = (D)** | $1,150 (paid from HSA) | $280 (paid from FSA) |
| **Total Net Spent in 2015** | | |
| **Total Expenses (D)** | $1,150 | $280 |
| Paycheck Premium Contribution (E) | $2,765 | $19,186 |
| Plus HSA/FSA Contributions | | |
| • EE HSA Contribution (Max IRS 2015 Contribution is $4,150) (F) | $4,150 | $0 |
| • EE FSA Contribution (Max IRS 2015 Contributions is $2,500) FOR ONLY PPO (28% fed tax free) (G) | $0 | $280 |
| **Total Out of Pocket (Total Paycheck contributions) (E+F+G) = (H)** | $6,915 | $19,466 |
| HDS HSA Contribution (I) | $2,500 | $0 |
| Tax Savings on EE HSA/FSA Contribution (J) ($4,150 x 28% for HSA; $280 x 28% for PPO) | $1,162 | $78 |
| **Your Net Out of Pocket (D+H) – (I+J) = (K)** | $4,403 | $19,668 |
| Additional Out of Pocket from PPO vs. HSA: | | $15,265 |
| **HSA Rollover to 2016 ($2,500 HDS Contribution + $4,150 EE Contribution – $1,150 Total Expenses) (I+F–D) = (L)** | $5,500 | $0 |
| Plus HDS 2016 HSA Contribution (M) | $2,500 | $0 |
| Plus EE 2016 HSA Contribution (N) | $4,150 | $0 |
| **Total 2016 HSA Fund with EE Contribution (L+M+N) = (O)** | **$12,150** | **$0** |

Notes: All examples assume use of in-network providers.
FSA for PPO does not rollover.



Exhibit 4

# The Consumer HSA and the Kaiser HSA Plans (continued)

**Example 4 - Family with high utilization.**

| FAMILY – HIGH UTILIZATION | Consumer HSA | PPO |
|---|---|---|
| Plan Annual Deductible | $5,000 | $500 |
| Plan Annual Out-of-Pocket Maximum (includes deductible) | $7,000 | $6,500 |
| HDS HSA Annual Contribution | $2,500 | $0 |
| EE Annual Paycheck Premium Contribution | $2,765 | $19,186 |
| EE Optional Annual HSA Contribution (Federal Tax Free) | $4,150 | $0 |
| EE Optional Annual FSA Contribution (State and Federal Tax Free) | $0 | $2,500 |
| **Expenses** | | |
| • 4 Annual Physical Exams (A) | $0 | $0 |
| • 10 Office Visits- $125 per visit (B) | $1,250 | $200 |
| • Major Surgery- $50,000 per surgery (C) | $50,000 | $5,250 |
| • 48 Prescription Drugs Brand Non Formulary (D) – $9,000 Annual Rx Cost | $9,000 | $1,920 |
| **Total Expenses (Met Out-of-Pocket Maximum in all Plans) (E)** | $7,000 ($6,650 paid from HSA; remaining $350 OOP) | $6,500 ($2,500 paid from FSA; remaining $4,000 OOP) |
| **Total Net Spent in 2015** | | |
| **Total Expenses (E)** | $7,000 | $6,500 |
| Paycheck Premium Contribution (F) | $2,765 | $19,186 |
| Plus HSA/FSA Contributions | | |
| • EE HSA Contribution (Max IRS 2015 Contribution is $4,150) (G) | $4,150 | $0 |
| • EE FSA Contribution (Max IRS 2015 Contributions is $2,500) FOR PPO ONLY (28% fed tax free) (H) | $0 | $2,500 |
| **Total Out of Pocket (Total Paycheck contributions) (F+G+H) = (I)** | $6,915 | $21,686 |
| HDS HSA Contribution (J) | $2,500 | $0 |
| Minus Tax Savings on EE HSA/FSA Contribution (K) ($4,150 x 28% for HSA; $2,500 x 28% for PPO) | $1,162 | $700 |
| **Your Net Out of Pocket (E+I) – (J+K) = (L)** | $10,253 | $27,486 |
| Additional Out of Pocket from PPO vs. HSA: | | $17,233 |
| **HSA Rollover to 2016 ($2,500 HDS Contribution + $4,150 EE Contribution – $7,000 Total Expenses) (J+G–E) = (M)** | $0 | $0 |
| Plus HDS 2016 HSA Contribution (N) | $2,500 | $0 |
| Plus EE 2016 HSA Contribution (O) | $4,150 | $0 |
| **Total 2016 HSA Fund with EE Contribution (M+N+O) = (P)** | **$6,650** | **$0** |

Notes: All examples assume use of in-network providers.
FSA for PPO does not rollover.



Exhibit 4

# Open Enrollment 2015

You must visit or call HDS Benefits Direct to make changes to your 2015 elections.

- **Elect your Medical, Dental and Vision Coverage for 2015**
  If you are enrolled in the PPO or Kaiser plans, you will only need to make an election if you want to change medical plans. If you do not want to change your current dental or vision elections, no action is required.
- **Changing Dependent Coverage Option (example: Adding or dropping coverage for your spouse)**
  Eligible dependents for the HDS health plans include: Legal Spouse, Qualified Domestic Partner, and children up to age 26, regardless of student or marital status.
- **Electing to Participate in one or both of the Flexible Spending Accounts (FSA) (Health Care or Dependent Care)**
  If you plan on participating in one or both of the Flexible Spending Accounts, you must enroll each year per IRS regulations. You will need to estimate your health and/or dependent care expenses carefully when deciding how much money to put into these accounts. The IRS requires that you forfeit any FSA amounts you do not use by December 31st. HSA members are ineligible for the Health Care FSA.
- **For employees enrolling in the UHC Consumer HSA Plan for the first time, you must establish your HSA with Optum Bank. You must open your HSA by January 1 or neither you nor HDS will be able to make contributions to your HSA.**
- **If you are enrolling in the Kaiser HSA Plan, you will open your HSA by accepting the "terms and conditions" during Open Enrollment. By accepting the terms and conditions, you are giving WageWorks, the HSA administrator, permission to open your HSA for you with BNY Mellon.**

## It is also a good opportunity to:

- Update your emergency contacts
- Review your beneficiary designations and update them if necessary
- Add your dependents' social security numbers if you have not done so already

**Enroll Online or by phone**

You will receive an email announcement from HDS Benefits Direct when annual open enrollment begins.

Once you receive this email announcement, login to HDS Benefits Direct at: **https://hdsbenefitsdirect.employee.com** and follow the instructions listed on the Welcome page. You can also call HDS Benefits Direct at 1-800-463-2092 to make your elections with a representative.



Exhibit 4

# Plan Costs for 2015

## Cost to HDS

| Plan | 2015 COSTS FOR BENEFITS COVERAGE PER PAY PERIOD — EMPLOYER CONTRIBUTION: Employee Only | Employee + Spouse | Employee + Child(ren) | Employee + Family |
|---|---|---|---|---|
| **MEDICAL** | | | | |
| PPO Plan | $219.09 | $415.60 | $364.85 | $652.75 |
| UHC Consumer HSA Plan* | $219.09 | $415.60 | $364.85 | $652.75 |
| Kaiser HSA Plan – Northern California** | $185.53 | $408.15 | $371.05 | $556.56 |
| Kaiser HSA Plan – Southern California** | $143.29 | $315.24 | $286.57 | $429.85 |
| Kaiser HMO – Northern California | $183.69 | $404.13 | $367.40 | $551.09 |
| Kaiser HMO – Southern California | $143.22 | $315.09 | $286.44 | $429.66 |
| **DENTAL** | | | | |
| Delta Dental PPO | $21.23 | $42.05 | $46.72 | $68.39 |
| DeltaCare USA DHMO (California Only) | $ 9.04 | $15.95 | $15.96 | $23.30 |

* In addition to the Consumer HSA premium, HDS will contribute $1,250 Single and $2,500 Family into your Health Savings Account for 2015 (pro-rated over the course of the year).

**In addition to the Kaiser HSA premium, HDS will contribute $1,000 Single and $2,000 Family into your Health Savings Account for 2015 (pro-rated over the course of the year).

## Cost to Employee

| Plan | 2015 COSTS FOR BENEFITS COVERAGE PER PAY PERIOD — EMPLOYEE CONTRIBUTION: Employee Only | Employee + Spouse | Employee + Child(ren) | Employee + Family |
|---|---|---|---|---|
| **MEDICAL** | | | | |
| PPO Plan | $268.32 | $508.99 | $446.83 | $799.42 |
| UHC Consumer HSA Plan | $38.67 | $73.34 | $64.39 | $115.19 |
| Kaiser HSA Plan – Northern California | $ 32.74 | $ 72.03 | $ 65.48 | $ 98.23 |
| Kaiser HSA Plan – Southern California | $ 25.29 | $ 55.63 | $ 50.58 | $ 75.87 |
| Kaiser HMO – Northern California | $116.64 | $256.60 | $233.27 | $349.91 |
| Kaiser HMO – Southern California | $ 87.65 | $192.82 | $175.30 | $262.94 |
| **DENTAL** | | | | |
| Delta Dental PPO | $ 5.32 | $10.52 | $11.70 | $17.10 |
| DeltaCare USA DHMO (California Only) | $ 2.27 | $ 3.99 | $ 3.99 | $ 5.83 |

Note: Premium contributions are deducted from your paycheck on a pre-tax basis unless otherwise requested by you in writing. "Spouse" can also refer to Domestic Partner. The Value of Domestic Partner coverage will be taxable to you.

**You must enroll for medical coverage in order to receive vision care benefits through EyeMed, Vision Service Plan (VSP) or the HDS Vision Reimbursement Plan.**

**The above premiums are the amounts you will pay BEFORE the wellness credit is applied.**



Exhibit 4

# Medical Plan Choices

HDS offers California employees a choice of four medical plans — a choice between the HDS Consumer HSA and PPO or the Kaiser HMO and HSA Plans. Outside of California, you have a choice of medical coverage between the HDS Consumer HSA and PPO Plans. Understanding the key differences between these types of plans is the first step to choosing the medical coverage that's right for you and your family. Please refer to the comparison chart below for features to consider.

| PLAN FEATURES | HDS CONSUMER HSA | UHC PPO PLAN (Preferred Provider Organization) | KAISER HSA | KAISER HMO (Health Maintenance Organization) |
|---|---|---|---|---|
| **Availability** | Available to all employees | Available to all employees | Available to employees in California | Available to employees in California |
| **Network (the Consumer HSA, and PPO use the same network)** | UnitedHealthcare is both the TPA (they pay the claims) and the network of providers. You may use providers outside the UHC network, but you pay more out of pocket. When you use in-network providers, you receive a higher level of benefit coverage | UnitedHealthcare is both the TPA (they pay the claims) and the network of providers. You may use providers outside the UHC network, but you pay more out of pocket. When you use in-network providers, you receive a higher level of benefit coverage | You must use Kaiser providers | You must use Kaiser providers |
| **Deductible** | There is an annual deductible – see the benefit comparison on the next page for more information | There is an annual deductible – see the benefit comparison on the next page for more information | There is an annual deductible – see the benefit comparison on following pages for more information | There is no deductible |
| **Managing Care** | You decide each time you need medical care whether you want to use in-network providers or out-of-network providers | You decide each time you need medical care whether you want to use in-network providers or out-of-network providers | You have the option to choose a primary care physician who will play an important role in coordinating your health care needs | You have the option to choose a primary care physician who will play an important role in coordinating your health care needs |
| **Paying for Services** | You will pay a percentage of the cost (coinsurance) including office visits and prescription drugs after the deductible. You may choose to use your HSA to pay for qualified services, HSA balance permitting | You pay a flat fee (co-pay) for PPO provider office visits. For most other services, you will pay a percentage of the cost (coinsurance), including hospital stays, emergency care and out-of-network services after the deductible | You pay a flat fee (co-pay) for most services, including office visits, hospital stays and emergency care after the annual deductible | You pay a flat fee (co-pay) for most services, including office visits, hospital stays and emergency care |
| **Claim Forms** | You must file a claim form for reimbursement of medical expenses for services received from out-of-network providers and you will be subject to Usual, Customary and Reasonable (UCR) charges | You must file a claim form for reimbursement of medical expenses for services received from out-of-network providers and you will be subject to Usual, Customary and Reasonable (UCR) charges | No claim forms are required except for emergency claims at a non-Kaiser facility | No claim forms are required except for emergencies at a non-Kaiser facility |
| **Usual, Customary and Reasonable** | Applicable to non-PPO providers only. UHC pays based on what 80% of the providers in that zip code charge for a given service | Applicable to non-PPO providers only. UHC pays based on what 80% of the providers in that zip code charge for a given service | Not applicable | Not applicable |
| **Out-of-Area Coverage at an in-network rate** | You are covered for medical emergencies anywhere in the world | You are covered for medical emergencies anywhere in the world | You are covered for medical emergencies anywhere in the world | You are covered for medical emergencies anywhere in the world |



Exhibit 4

# Medical Plan Comparison

| PLAN FEATURES | HDS CONSUMER HSA (UnitedHealthcare) | | HDS MEDICAL PPO PLAN (UnitedHealthcare) | |
|---|---|---|---|---|
| | IN-NETWORK | OUT-OF-NETWORK | IN-NETWORK | OUT-OF-NETWORK |
| General Information | You may select any provider you wish for your health care. When you obtain services from providers in the PPO network, you will receive a higher level of coverage with lower out-of-pocket costs (1) (2) | | You may select any provider you wish for your health care. When you obtain services from providers in the PPO network, you will receive a higher level of coverage with lower out-of-pocket costs | |
| Annual Deductible | $2,500 per individual(1)(2)<br>$5,000 per family | $5,000 per individual<br>$10,000 per family | $250 per individual<br>$500 per family | $500 per individual<br>$1,000 per family |
| Annual Out-of-Pocket Maximum (includes deductible) | $3,500 per individual<br>$7,000 per family | $7,000 per individual<br>$14,000 per family | $2,250 per individual<br>$6,500 per family | $4,500 per individual<br>$13,000 per family |
| Lifetime Maximum Benefit | Unlimited | Unlimited | Unlimited | Unlimited |
| Physician Office Visits | 10% coinsurance after deductible | 30% coinsurance after deductible | $20 co-pay | 30% coinsurance after deductible |
| Annual Routine Physical Exam | No charge (screening and lab work included) | 30% coinsurance after deductible | No charge (screening and lab work included) | 30% coinsurance after deductible |
| Well Baby/Child Care | No charge (screening and lab work included) | 30% coinsurance after deductible | No charge (screening and lab work included) | 30% coinsurance after deductible |
| Diagnostic Lab and X-Ray | 10% coinsurance after deductible | 30% coinsurance after deductible | 10% coinsurance after deductible | 30% coinsurance after deductible |
| Outpatient Surgery Services | 10% coinsurance after deductible | 30% coinsurance after deductible | Office visit co-pay if procedure performed in a doctor's office. 10% coinsurance after deductible if procedure performed in a hospital or outpatient surgical facility | 30% coinsurance after deductible |
| Hospitalization (Room and Board) | 10% coinsurance after deductible | 30% coinsurance after deductible | 10% coinsurance after deductible | 30% coinsurance after deductible |
| Emergency Room Services (co-pay waived if admitted) | 10% coinsurance after deductible | | $100 co-pay, waived if admitted | |
| Chiropractic Care | 10% coinsurance after deductible; limited to 60 visits per calendar year (combined with short-term rehab; in- and out-of-network combined) | 30% coinsurance after deductible; limited to 60 visits per calendar year (combined with short-term rehab; in- and out-of-network combined) | $20 co-pay; limited to 60 visits per calendar year (combined with short-term rehab; in- and out-of-network combined) | 30% coinsurance after deductible; limited to 60 visits per calendar year (combined with short-term rehab; in- and out-of-network combined) |

(1) HDS will contribute 50% of the in-network deductible annually; $1,250 single; $2,500 employee plus dependents. To qualify for the contribution you must establish a Health Savings Account. See the Frequently Asked Questions section of this guide for more information. When covering one or more dependents, you must satisfy the entire family deductible before the plan begins to pay claims (with the exception of preventive care). That family deductible can be satisfied by one person or it can be accumulated by several family members. For example, the employee could satisfy $1,000 of the family deductible and his/her spouse could satisfy the other $4,000.

(2) You can cover your domestic partner under this plan but you cannot use your HSA funds to pay for your domestic partner's or your domestic partner's children's expenses unless they are your tax dependent.



Exhibit 4

# Medical Plan Comparison (continued)

| PLAN FEATURES | HDS CONSUMER HSA (UnitedHealthcare) | | HDS MEDICAL PPO (UnitedHealthcare) | |
|---|---|---|---|---|
| | IN-NETWORK | OUT-OF-NETWORK | IN-NETWORK | OUT-OF-NETWORK |
| **Acupuncture** | 10% coinsurance after deductible; limited to 40 visits per calendar year in- and out-of-network combined | 30% coinsurance after deductible; limited to 40 visits per calendar year in- and out-of-network combined | $20 co-pay; limited to 40 visits per calendar year in- and out-of-network combined | 30% coinsurance after deductible; limited to 40 visits per calendar year in- and out-of-network combined |
| **Prescription Drugs** | | | | |
| • Retail Pharmacies | Through Catamaran: 10% coinsurance after deductible. Once the out-of-pocket maximum is reached for the year, the plan pays 100% of costs for that year. | Covered in Network only | Through Catamaran: 30-day supply $0 for certain prescription (including over the counter medications and certain generics) (3) Generic- $10 co-pay Brand Formulary- $25 co-pay Non-Formulary Brand- $40 co-pay Specialty Drugs- 10% up to $100 | Covered in Network only |
| • Mail Order | 10% coinsurance after deductible | Covered in Network only | 90-day supply 2.5 times the retail co-pay | Covered in Network only |
| **Mental Health** | | | | |
| • Inpatient Services | 10% coinsurance after deductible | 30% coinsurance after deductible | 10% coinsurance after deductible | 30% coinsurance after deductible |
| • Outpatient Services | 10% coinsurance after deductible | 30% coinsurance after deductible | $20 co-pay | 30% coinsurance after deductible |
| **Substance Abuse** | | | | |
| • Inpatient Services | 10% coinsurance after deductible | 30% coinsurance after deductible | 10% coinsurance after deductible | 30% coinsurance after deductible |
| • Outpatient Services | 10% coinsurance after deductible | 30% coinsurance after deductible | $20 co-pay | 30% coinsurance after deductible |

(3) The drugs eligible for the $0 co-pay are Prilosec OTC, simvastatin (generic Zocor), lovastatin, pravastatin, Alavert OTC, Claritin OTC /Claritin-D OTC (all forms including generic loratadine OTC) and Zyrtec OTC / Zyrtec-D OTC (all forms including generic cetrizine OTC) and Minocycline. Preventive medications available for a $0 co-pay include aspirin, folic acid, iron supplements, vaccinations, contraceptives, bowel prep kits and breast cancer prevention drugs. You will need to get a prescription from your doctor and present it to your pharmacist with your ID card in order to receive these drugs for the $0 co-pay.

**Co-pays** are the amount you pay for an office visit, hospital stay, or prescription drug.

**Deductibles** are the amount you pay before the insurance plan begins paying the benefits.

**Coinsurance** is the percentage amount you pay for the cost of a procedure. The insurance plan pays the difference.

**Annual Out-of-Pocket Maximum** means the maximum you will have to pay in eligible expenses in a calendar year. It includes deductibles and co-pays.



Exhibit 4

# Medical Plan Comparison (continued)

**Kaiser is available to California employees who live within the service area**

| PLAN FEATURES | KAISER HSA | KAISER HMO |
|---|---|---|
| General Information | You must seek services through a Kaiser provider. Services obtained from non-authorized providers will not be covered by Kaiser (1) | You must seek services through a Kaiser provider. Services obtained from non-authorized providers will not be covered by Kaiser (1) |
| Annual Deductible | $2,000 per individual<br>$4,000 per family (2)(3) | None |
| Annual Out-of-Pocket Maximum | $3,000 per person<br>$6,000 per family | $1,500 per individual<br>$3,000 per family |
| Lifetime Maximum Benefit | Unlimited | Unlimited |
| Physician Office Visits | $30 co-pay, after deductible | $20 co-pay |
| Annual Routine Physical Exam | No charge | No charge |
| Well Baby/Child Care | No charge | No charge |
| Diagnostic Lab and X-Ray | $10 co-pay, after deductible | No charge |
| Outpatient Surgery Services | $150 co-pay per procedure, after deductible | $20 co-pay per procedure |
| Hospitalization (Room and Board) | $250 co-pay per admission, after deductible | No charge |
| Emergency Room Services (co-pay waived if admitted) | $100 co-pay, waived if admitted, after deductible | $50 co-pay, waived if admitted |
| Chiropractic Care | $15 co-pay after deductible; limited to 20 visits per calendar year | $15 co-pay; limited to 30 visits per calendar year |
| Acupuncture | Not covered unless prescribed by Kaiser for pain management | Not covered unless prescribed by Kaiser for pain management |
| **Prescription Drugs** | | |
| • Retail Pharmacies | 30-day supply<br>After the deductible,<br>Generic- $10 co-pay<br>Brand- $30 co-pay | 30-day supply<br>Generic- $10 co-pay<br>Brand- $25 co-pay |
| • Mail Order | 100-day supply<br>After the deductible,<br>Generic- $20 co-pay<br>Brand- $60 co-pay | 100-day supply<br>Generic- $20 co-pay<br>Brand- $50 co-pay |
| **Mental Health** | | |
| • Inpatient Services | $250 per admission, after deductible | No charge |
| • Outpatient Services | $30 co-pay ($15 co-pay for group therapy), after deductible | $20 co-pay ($10 co-pay for group therapy) |
| **Substance Abuse** | | |
| • Inpatient Services | $250 per admission, after deductible | No charge |
| • Outpatient Services | $30 co-pay ($5 co-pay for group therapy), after deductible | $20 co-pay ($5 co-pay for group therapy) |

(1) Except for emergency services or referral by Kaiser.

(2) HDS will contribute 50% of the deductible annually: $1,000 single; $2,000 for employee plus dependents. To qualify for the contribution you must establish a Health Savings Account. See the Frequently Asked Questions section of this guide for more information. When covering one or more dependents, you must satisfy the entire family deductible before the plan begins to pay claims (with the exception of preventive care). That family deductible can be satisfied by one person or it can be accumulated by several family members. For example, the employee can satisfy $500 of the family deductible and his/her spouse can satisfy the other $3,500.

(3) You can cover your domestic partner under this plan but you cannot use your HSA funds to pay for your domestic partner's or your domestic partner's children's expenses unless they are your tax dependent.

**Co-pays** are the amount you pay for an office visit, hospital stay, or prescription drug.

**Annual Out-of-Pocket Maximum** means the maximum you will have to pay in eligible expenses in a calendar year. It includes deductibles and co-pays.



Exhibit 4

Case: 2:19-cv-02982-EAS-CMV Doc #: 1-4 Filed: 07/10/19 Page: 21 of 52 PAGEID #: 120

# Medical Carrier Websites and Provider Searches

## UnitedHealthcare

UnitedHealthcare has created a pre-member site you can visit before you make your 2015 elections.

**Log onto: www.welcometouhc.com/hds**

On the site, you will find information on:

- Benefits
- Preventive Care
- Transition of Care (if you are currently using a doctor or medical facility that is not contracted with UHC)
- Provider Searches
- Videos and links to interactive sites to help you learn more about your medical plan options
- Health and Education Resources

## Kaiser – California Only

Kaiser's website provides you with information about providers you can select. Follow the instructions below to find a participating provider located near you.

**Log onto: www.kp.org**

**Click on:** Find a Doctor

- Select Northern or Southern California Region
- Click on link to "Search all doctors" or "Search doctors accepting new patients"
- This will take you to the online "Clinical Staff Directory"



Exhibit 4

# Prescription Drug Coverage

When you enroll in a medical plan, you (and your eligible dependents) automatically receive prescription drug coverage. Your medical ID card is also your prescription drug card.

## HDS Consumer HSA and PPO Plans (provided by Catamaran)

- Retail Pharmacies – You can receive up to a 30-day supply of a covered medication. To locate a participating retail pharmacy near you, call the phone number on your medical ID card or check online at **www.mycatamaranrx.com**. You can also ask your pharmacist if his/her pharmacy is a participating pharmacy.
- Mail Order – For maintenance prescription drugs, you can receive up to a 90-day supply for two and a half copays for the PPO Plan. For the UHC Consumer HSA Plan you can use mail order but the deductible and coinsurance will continue to apply. Maintenance medications are drugs you take regularly for ongoing conditions, such as diabetes, high blood pressure and asthma.

Follow the steps below to receive maintenance medications via mail order:

1. Obtain a written prescription: If you are currently taking a medication to treat an ongoing health condition, ask your physician to write two prescriptions, one for a sufficient supply of medication to be filled at a local pharmacy to cover your immediate needs and one for a 90-day supply with refills (up to one year, if appropriate) to send to the mail order pharmacy.
2. Enroll: In order to start using the mail order services, use the Catamaran mail order drug enrollment form. That form can be found on the HR Gateway or downloaded from the Catamaran website at **www.mycatamaranrx.com.** Once you have enrolled, refills can be ordered online or by phone. The phone number will be on your medical card.
3. Send in your prescriptions: Mail your written prescription(s) and completed Registration and Prescription Order Form to Catamaran at the following address:

   Catamaran Home Delivery
   P.O. Box 99
   Avon Lake, OH 44012-9403

## Kaiser HMO and HSA Plans

- Kaiser Pharmacies – You can receive up to a 30-day supply of a covered medication.
- Mail Order – For maintenance prescription drugs, you can receive up to a 100-day supply for two co-pays.
- Kaiser HSA – You must satisfy the Annual Deductible before you begin paying co-pays.

## Prior Authorization

Some prescription drugs require prior approval before they can be dispensed. When the pharmacist enters your prescription information at the pharmacy, the pharmacist will receive an alert and give a phone number for your physician to call. Your physician will have to call the number provided in order to get an approval. This process may take approximately two business days for standard prior authorization and approximately one business day for an urgent request. If authorization is granted, your prescription will be filled. If authorization is not granted, you have two choices: pay the entire cost of the drug yourself, or: you may ask your doctor to prescribe an alternative drug covered by your benefit, if available.

## Prescription Drug Coverage for the UHC PPO Plan

The UHC PPO plan provides coverage through Catamaran for prescription drugs at five different levels, as follows:

- **$0 Co-pay Drugs** are Simvastatin, Lovastatin, Pravastatin (high cholesterol), Prilosec OTC, Prevacid 24HR and Zegerid (frequent heartburn/GERD), Claritin, Zyrtec OTC and Alvert (allergies), and Minocycline. Preventive medications available for a $0 co-pay include aspirin, folic acid, iron supplements, vaccinations, contraceptives, bowel prep kits and breast cancer prevention drugs. You must get a prescription from your doctor and present it to your pharmacist in order to buy these drugs for the $0 co-pay.
- **$10 Co-pay Generic Drugs** contain the same active chemical ingredient(s) and therapeutic effect as their brand-name equivalents. Though they may vary in color and shape, the Food and Drug Administration (FDA) requires that they meet the same quality standards. These drugs are tried, tested and have been proven to be effective and have the lowest co-pay. When receiving prescriptions from your doctor or having them filled at your pharmacy, you should always check to see



Exhibit 4

# Prescription Drug Coverage (continued)

if the medication prescribed is a formulary brand name drug and ask if a generic alternative is available. Doing so will help you get the most value from your pharmacy benefit.

- **$25 Co-pay Formulary Brand Name Drugs** are brand name drugs that are included on Catamaran's recommended drug list. The drug list (formulary) is developed by a Pharmacy and Therapeutics Committee which consists of an independent group of physicians and pharmacists who carefully review the latest clinical information and are based on the medication's clinical effectiveness to safely treat the specified medical condition in the highest quality and most cost-effective manner. You will be responsible for the brand name co-pay.
- **$40 Co-pay Non-Formulary Brand Name Drugs** are not on the recommended drug list. You will be responsible for the non-formulary brand name co-pay.
- **Specialty Medications** are often injectables and used to treat complex, chronic health conditions and often require special monitoring and careful coordination of therapies. Due to these requirements, enhanced member services are provided to assist with these unique prescription products. You will be responsible for 10% of the cost to a maximum of $100 for a 30 day supply. You may contact BriovaRx at 855-4BRIOVA (855-427-4682) for additional information 24 hours a day, 7 days a week to answer your questions regarding your Specialty medication therapy.

## Prescription Drug Coverage for the HDS UHC Consumer HSA Plan

For employees who enroll in the UHC Consumer HSA Plan, you will still present your ID card to the pharmacist but your prescriptions will be covered subject to your deductible and coinsurance. You can use your HSA debit card to pay for the charges if you have a sufficient balance in your HSA. Remember, you cannot use your debit card for OTC drugs unless you have a prescription. As a reminder, if you use your HSA funds for non-qualified expenses, you will be subject to a 20% penalty tax.

## Prescription Drug Coverage for the Kaiser HSA Plan

For employees who enroll in the Kaiser HSA Plan, you will present your ID card to the Kaiser pharmacy but your prescriptions will be subject to the deductible before the co-pays apply. You can use your HSA debit card to pay for the charges if you have a sufficient balance in your HSA.

# Dental Plan Choices

The Delta Dental PPO plan is available to all employees. Employees who live in California have a second option through the DeltaCare USA DHMO.

## Delta Dental PPO – All Employees

Under the Delta Dental PPO, you may see any dentist. You are not required to choose a PPO network dentist, but when you do, you will have lower out-of-pocket costs because Delta Dental negotiates lower fees with network dentists and passes the savings along to you. When you use a non-network dentist, Delta Dental will pay according to usual, customary and reasonable fees for the area where your dentist is located and you will be responsible for the balance beyond what Delta Dental pays the dentist.

## DeltaCare USA DHMO – California Employees Only

Under the DeltaCare USA DHMO plan, you must choose a DeltaCare USA dentist when you enroll. That dentist will be responsible for all of your care, including referrals to specialists. Much like a medical HMO, benefits are covered at 100% after co-pays. The co-pays will vary depending on the type of service the patient receives. There is no deductible and the annual maximum benefit is unlimited.

Please consult the chart below for a comparison of your dental plan options:

| PLAN FEATURES | DELTA DENTAL PPO | DELTACARE USA DHMO (1) (2) |
|---|---|---|
| **Annual Maximum Benefit** | $1,500 | None |
| **Annual Deductible** | $25 per individual<br>$75 per family | None |
| **Diagnostic and Preventive Services** | No charge (includes 3 cleanings per year – 4 for pregnant women); deductible waived | No charge for general practitioner; $12 co-pay for specialists (includes 1 cleaning per 6 month period); deductible waived |
| **Basic Services**<br>**(Fillings, extractions, etc.)** | 20% coinsurance after deductible | No charge for fillings; $6 co-pay for simple extraction; $40-$80 co-pay for impacted tooth, depending on complexity |
| **Major Services**<br>**(Implants, Crowns, Bridges, Dentures, etc.)** | 50% coinsurance after deductible | $195 co-pay for crowns; $225-$300 co-pay for dentures;$75-$180 co-pay for root canal |
| **Orthodontia Services** | 50% coinsurance for adults and children to a lifetime maximum of $1,500 per person | $1,950 co-pay for children; $2,150 co-pay for adults |

(1) The DeltaCare USA DHMO plan is available to employees and dependents who reside within the service areas in California.

(2) Co-pays vary by procedure. Co-pays for common procedures are shown for illustrative purposes. Please refer to the Delta Dental/Delta Care plan descriptions posted on the HR Gateway for a complete list of co-payments by procedure.

**Co-pays** are the amount you pay for a dental procedure. Co-pays only apply to the DeltaCare USA DHMO Plan.

**Deductibles** are the amount you pay before the insurance plan begins paying the benefits. Deductibles only apply to the Delta Dental PPO plan.

**Coinsurance** is the percentage amount you pay for the cost of a procedure. The insurance plan pays the difference.

**Annual Maximum Benefit** means the maximum Delta Dental will pay in benefits in a calendar year per person.



Exhibit 4

# Dental Plan Provider Search Instructions

## Delta Dental Plan

**Locating a Delta Dental PPO Dentist**

You can visit Delta Dental's national online directory to find a Delta Dental PPO dentist near you. Simply click on the Dentist Search area to find a Delta Dental PPO dentist anywhere nationwide. Then follow these steps:

**Log onto: www.deltadentalins.com**

- Select "Delta Dental PPO"
- Enter your zip code or city and state
- Select the dentist's specialty (or you can search by the dentist's last name)

You can also call Delta Dental at 1-800-765-6003 to speak with customer service, Monday through Friday, 5:00am to 5:00pm PST.

## Locating a DeltaCare USA Dentist (California only)

You can visit DeltaCare's online directory to find a DeltaCare USA dentist near you. Simply click on the Dentist Search area to find a DeltaCare USA DHMO dentist. Then follow these steps:

**Log onto: www.deltadentalins.com**

- Select "DeltaCare USA"
- Enter your zip code or city and state
- Select the dentist's specialty (or you can search by the dentist's last name)

Once you are enrolled, you can also call DeltaCare at 1-800-422-4234 to speak with customer service, Monday through Friday, 5:00am to 6:00pm PST.



Exhibit 4

# Vision Plan Choices

HDS offers you vision care coverage through EyeMed and Vision Service Plan (VSP). With either carrier you can receive vision care services from any provider you choose. However, you will receive the highest level of coverage when you use in-network providers. Vision care accessed from out-of-network providers is covered at lower levels with greater out-of-pocket costs.

You must enroll in one of the HDS medical plans to be entitled to coverage under one of our vision plans at no additional cost. If you choose not to participate in either EyeMed or VSP, you can elect to enroll in the HDS Vision Reimbursement Plan which provides reimbursement of up to $250 annually per covered individual for eligible expenses.

| | EYEMED VISION CARE | | VISION SERVICE PLAN | |
|---|---|---|---|---|
| **PLAN FEATURES** | **IN-NETWORK** | **OUT-OF-NETWORK** | **IN-NETWORK** | **OUT-OF-NETWORK** |
| **Eye Examination** | $10 co-pay | Up to $45 | $10 co-pay | Up to $50 |
| **Frequency** | Once every 12 months | | Once every calendar year | |
| **Lenses** | | | | |
| • Single Vision | $20 co-pay | Up to $45 | $20 co-pay | Up to $50 |
| • Bifocal | $20 co-pay | Up to $65 | $20 co-pay | Up to $75 |
| • Trifocal | $20 co-pay | Up to $85 | $20 co-pay | Up to $100 |
| **Options** | | | | |
| • UV Coating | $15 co-pay | Not covered | Avg. 35-40% savings | Not covered |
| • Tint | No charge | Up to $5 | Avg. 35-40% savings | Not covered |
| • Standard Scratch Resistance | $15 co-pay | Not covered | Avg. 35-40% savings | Not covered |
| • Standard Polycarbonate | No charge | Not covered | Covered at no charge for children; avg. 35-40% savings for adults | Not covered |
| • Anti-Reflective Coating | $45 co-pay | Not covered | Avg. 35-40% savings | Not covered |
| • Standard Progressive | $85 co-pay | Not covered | $50 co-pay | Not covered |
| **Frequency** | Once every 12 months | | Once every calendar year | |
| **Frames** | Covered up to $150 allowance, plus 20% off any out-of-pocket costs | Up to $47 | Covered up to $150 allowance, plus 20% off any out-of-pocket costs | Up to $70 |
| **Contact Lenses** | | | | |
| • Conventional | Covered up to $200 allowance, 15% off any out-of-pocket costs | Up to $105 | Covered up to $200 allowance | Up to $105 |
| • Disposable | Covered up to $200 allowance | Up to $105 | Covered up to $200 allowance | Up to $105 |
| • Medical Necessary | Covered at no charge | Up to $200 | Covered at no charge | Up to $210 |
| • Contact Lens Exam and Fitting | Covered at no charge for standard fitting and with a 10% discount up to $55 for premium fitting | Up to $40 | Up to $60 co-pay | Up to $45 |
| **Frequency** | Once every 12 months (Contact lenses are in lieu of lenses and frames) | | Once every calendar year (Contact lenses are in lieu of lenses and frames) | |
| **Laser Vision Correction** | 15% off the regular price at contracted laser centers or 5% off the center's promotional price | Not covered | 15% off the regular price at contracted laser centers of 5% off the center's promotional price | Not covered |

**Co-pays** are the amount you pay for eyecare exam or eyewear.

**If you enroll in either EyeMed or Vision Service Plan and use out-of-network providers, the dollar amounts shown are the maximums you will be reimbursed by the carrier.**



Exhibit 4

# Vision Plan Provider Search Instructions

## EyeMed Vision Care

Locating an EyeMed Provider before you are enrolled:

**Log onto: www.enrollwitheyemed.com**

Select "Locate a Provider"

Select "Access" from the list of provider networks and enter your zip code

Enter the zip code in the box and hit "Submit" and you will be given a list of participating providers in your area

You can also call EyeMed at 1-866-723-0596 to speak with customer service, Monday through Saturday, 8 am – 8 pm PST and Sunday, 8 am – 5 pm PST.

After you are enrolled, you can locate an EyeMed Provider:

**Register at: www.eyemedvisioncare.com**

Follow the above instructions or you can call EyeMed at 1-866-723-0513.

## Vision Reimbursement Plan

You can choose any vision care provider you wish and submit your expenses to HDS for reimbursement.

## Vision Service Plan

Locating a VSP Provider:

**Log onto: www.vsp.com**

Select "Find the right doctor for you" under "Members"

Select "Find a VSP Doctor"

If you are a member, log in or follow the instructions to register. If you are not, select "Not a Member"

Enter your address and select the "VSP Signature" Network and hit "Search"

You can also call VSP at 1-800-877-7195 to speak with customer service, Monday through Friday, 5 am – 8 pm PST, Saturday, 7 am – 8 pm PST, and Sunday 7am- 7pm PST.



Exhibit 4

# Flexible Spending Accounts (FSA)

A flexible spending account (FSA) allows you to set aside a portion of your income, tax-free, to help pay for eligible health care, child care and elder care expenses incurred in the plan year (January 1st to December 31st). You save money because you don't pay taxes on the money you set aside in these accounts.

The FSA consists of two accounts:

- Health Care FSA. Use to pay your out-of-pocket health care expenses for you and your eligible dependents.
- Dependent Care FSA. Use to pay eligible expenses for children or dependent elders.

During each annual enrollment period, you decide whether to participate in one or both accounts for the upcoming plan year; FSA elections do not roll over from one plan year to the next.

**Please note** – According to IRS rules, your domestic partner or domestic partner's children are not considered eligible dependents for this plan unless they are also your qualified IRS dependent.

## Health Care FSA

You can elect to deduct up to $2,500 per plan year on a pre-tax basis for deposit into your health care spending account. This is the maximum the IRS allows in 2015. This account may be used to pay for eligible health care expenses incurred by yourself or your eligible dependents that are not covered by your medical, dental, or vision plans. Some examples include deductibles, co-insurance, co-payments, and orthodontia.

**Please note** – If you enroll in the Consumer HSA or the Kaiser HSA, you cannot participate in the Health Care FSA.

## Dependent Care FSA

You can elect to deduct up to $5,000 per plan year on a pre-tax basis for deposit into your dependent care FSA. This account may be used to pay for the care of your child under age 13 or a disabled spouse or parent while you (or you and your spouse) work. If your spouse also participates in a dependent care FSA, the combined annual pre-tax deduction cannot exceed $5,000.

**The example below shows how an FSA can save you money.**

| PLAN FEATURES | IF YOU DO PARTICIPATE | IF YOU DON'T PARTICIPATE |
|---|---|---|
| Annual Salary | $100,000 | $100,000 |
| Health Care FSA Contribution | - 2,000 | - 0 |
| Dependent Care FSA Contribution | - 3,000 | - 0 |
| Taxable Income | $ 95,000 | $100,000 |
| Income Taxes and Social Security - Approx. 30% (assumes 15% federal tax rate, 8% state and 7% FICA) | - 28,500 | - 30,000 |
| Take Home Pay | $ 66,500 | $ 70,000 |
| Health Care Expenses* | - 0 | - 2,000 |
| Dependent Care Expenses* | - 0 | - 3,000 |
| Spendable Income | $ 66,500 | $ 65,000 |
| Tax savings | $ 1,500 | $ 0 |

* You are reimbursed for eligible expenses from your health care or dependent care FSA.



Exhibit 4

Case: 2:19-cv-02982-EAS-CMV Doc #: 1-4 Filed: 07/10/19 Page: 29 of 52 PAGEID #: 128

# Flexible Spending Accounts (FSA) (continued)

## Submitting Claims

Once enrolled, a Welcome Packet and debit card will be sent to your home address by WageWorks, HDS' FSA Administrator. If you participated in the FSA in 2014, you will receive a new debit card only when your existing card expires. For health care expenses, you can use a debit card to pay your share of eligible costs directly from your account. The debit card may only be used with merchants and service providers that have merchant category codes related to health care, such as physicians, pharmacies, dentists, hospitals and vision care offices. Alternatively, online or downloadable forms are available on the WageWorks website at **www.wageworks.com/forms/hcpaymeback.pdf** and **www.wageworks.com/forms/dcpaymeback.pdf.**

**IMPORTANT:** Please keep all receipts as substantiation of claims as they may be requested by WageWorks at a later date.

## Use It or Lose It

Plan carefully—the IRS requires you to forfeit any money remaining in your account(s) at the end of the plan year. You have until March 31 of the following calendar year to submit claims for eligible expenses incurred during the previous year. Unless you have a qualified life event, you cannot change your allocation amounts during the year.

## 2014 Claims

Any claims incurred in 2014 must be submitted to WageWorks by March 31, 2015. Claims received past that date will not be eligible for reimbursement and will be considered forfeit.

## Over-the-Counter Drugs and Medications

As part of health care reform, OTC drugs and medications are not eligible expenses through your FSA unless you have a doctor's prescription.



Exhibit 4

# Credit Monitoring/Fraud Resolution

This service through Experian Consumer Direct provides you with free credit monitoring and fraud resolution services. This benefit is available at no charge to you.

Features of Credit Monitoring and Fraud Resolution

- A credit report containing information from three national credit bureaus available for the first 30 days after enrolling
- Daily monitoring of three national credit bureaus
- Email alerts triggered when key changes in credit are detected on any of the three national credit bureaus
- $1 million identity theft insurance from a third party
- Access to fraud resolution representatives to address fraudulent activity
- Toll-free customer service 7 days a week
- Lost Wallet Protection

If you are enrolled in this benefit, no further action is required. If you would like to enroll, please contact HDS Benefits Direct at 1-800-463-2092 and you will be provided with login information and a unique activation code.

When you log onto www.consumerinfo.com, you must enter your activation code. **ConsumerInfo.com** will ask you to provide your name and Social Security Number. HDS will not have access to any of your personal data, including your credit reports.



Exhibit 4

# Disability Insurance

## Short Term Disability (STD)

This valuable benefit will provide you with a source of continuing income if you are unable to work because of an illness or injury. This program plays an important role in protecting your financial security by bridging the gap between taking paid time off for an illness or injury and before Long Term Disability benefits (if applicable) are paid. Coverage under the Short Term Disability plan is paid for completely by participating employees so participation is voluntary unless you live in California, New Jersey, New York, Rhode Island or the Commonwealth of Puerto Rico.

### California

The state of California mandates that all employees have short-term disability insurance. This benefit is paid for by employees through payroll contributions. The contribution rate is 0.8%.

### New Jersey, New York, Rhode Island and the Commonwealth of Puerto Rico

Employees who live in these states are enrolled automatically in the state-mandated short-term disability program. The cost of this coverage is paid through after-tax payroll deductions.

Because HDS' Short Term Disability plan offers greater coverage than the New Jersey, New York, Rhode Island or Puerto Rico state plans, employees in those states may also choose to participate in the HDS Short Term Disability plan. Benefits under the HDS Short Term Disability plan will be reduced by any benefits paid under any state Short Term Disability program.

### Benefits

For all employees, benefits begin on the 8th day of a disabling illness or injury (benefits begin on the 1st day if you are confined to a hospital) and continue until your 365th day of disability. The plan pays 80% of your weekly base salary or benefit target compensation (for select sales positions) up to a maximum weekly benefit of $3,100. If you have been employed by HDS for less than 90 days on the date of your disability, the HDS Short Term Disability plan pays 55% of weekly earnings up to a maximum equal to California's State Disability Insurance Maximum. Claims made under the Short Term Disability plan are administered by TRISTAR Benefit Administrators.

## Long Term Disability (LTD)

The HDS Long Term Disability plan is underwritten by Liberty Mutual.

When illness or injury makes it impossible for you to work for an extended period of time, the Long Term Disability coverage will replace 60% of your pre-disability monthly income as defined in the Summary Plan Description to a maximum benefit of $15,000 per month. This benefit is payable after one year of disability, and if you remain disabled, would be payable up to your social security normal retirement age (depending on the age you are when you become disabled). If you are eligible for other sources of income such as Social Security and/or Workers' Compensation, LTD benefits will be adjusted so that the maximum monthly benefit you receive from all sources will not be more than the benefit percentage in the contract.

This plan is paid for by HDS. All eligible employees are enrolled automatically. The cost of the coverage will be shown as additional income on your paycheck. You will be responsible for paying applicable taxes on this income but, if you become disabled, your benefit will not be taxed.



Exhibit 4

# Basic Life and AD&D Insurance

The HDS Life/AD&D plan is underwritten by Liberty Mutual Insurance Company. HDS provides Basic Life and AD&D insurance for all eligible employees. These plans protect you and your family against financial hardship in the event of your death or injury.

| ACTIVE FULL-TIME EMPLOYEES |
|---|
| Two times your annual base salary or benefit target compensation up to $1,000,000 |

You are defined as a full-time employee if you are scheduled to work 30 or more hours per week.

Life insurance will pay a benefit to your beneficiary upon your death. Additionally, if you should die in an accident or become dismembered and therefore unable to work, your Accidental Death and Dismemberment (AD&D) policy will pay a benefit to your beneficiary.

# Optional Life and AD&D Insurance

The HDS Optional Life and AD&D insurance is provided by Liberty Mutual Insurance Company. If you wish to increase your life and AD&D insurance coverage, you can purchase additional coverage at group rates by enrolling in the HDS Optional Life and AD&D plans. There are four Optional Employee Life insurance choices. The maximum amount of Optional Employee Life insurance coverage you may purchase is $750,000.

| EMPLOYEE | |
|---|---|
| **Option I** | One times your annual base salary or benefit target compensation rounded to the next higher $1,000 increment |
| **Option II** | Two times your annual base salary or benefit target compensation rounded to the next higher $1,000 increment |
| **Option III** | Three times your annual base salary or benefit target compensation rounded to the next higher $1,000 increment |
| **Option IV** | Four times your annual base salary or benefit target compensation rounded to the next higher $1,000 increment. |
| **Guarantee Issue** | If you apply within 31 days of when you are first eligible, you are guaranteed up to three times your annual base salary or benefit target compensation for select sales employees, if you are under age 70, regardless of your health status. If you are age 70 to 75, your guarantee issue amount is $20,000. There is no guarantee issue amount for employees age 75 and older.<br>If you do not apply when initially eligible or if you are covered but elect to increase your benefit, you may be required to provide Evidence of Insurability (EOI) before you can be approved. |



Exhibit 4

# Optional Life and AD&D Insurance (continued)

## Cost of Optional Life and AD&D Insurance

Optional Life insurance premiums are based on your age and the amount of coverage you select. You pay the full cost of coverage through after-tax payroll deductions.

| RATE PER $1,000 OF COVERAGE PER PAY PERIOD | | | | | |
|---|---|---|---|---|---|
| AGE | LIFE & AD&D | AGE | LIFE & AD&D | AGE | LIFE & AD&D |
| Under 30 | $0.0395 | 45- 49 | $0.0845 | 65- 69 | $0.6445 |
| 30- 34 | $0.0495 | 50- 54 | $0.1445 | 70- 74 | $1.0395 |
| 35- 39 | $0.0545 | 55- 59 | $0.2545 | 75- 99 | $1.0395 |
| 40- 44 | $0.0595 | 60- 64 | $0.3895 | | |

When you enroll in Optional Life Insurance, you automatically receive an equal amount of Optional AD&D coverage.

## Evidence of Insurability

Basic Life Insurance coverage up to the $1,000,000 maximum does not require evidence of insurability. You will be required to provide EOI to enroll in the Optional Life and AD&D plan if you are a late entrant (you are enrolling more than 31 days after you are first eligible). If you are currently enrolled in the Optional Life and AD&D plan, you may elect to increase your coverage by one level (example: Increasing from Option I to Option II) without having to provide EOI unless your new benefit exceeds the guarantee issue amount. You cannot increase from Option III to IV without providing evidence of insurability.

## Dependent Life Insurance

Dependent Life Insurance coverage is designed to help you pay the expenses associated with the death of a spouse or child. Participation is voluntary. If you elect to participate, you will pay the full cost of this coverage via after-tax payroll deductions. You must elect Optional Life and AD&D for yourself if you wish to cover your dependents.

There are two Dependent Life Insurance choices for spouses (or domestic partners) and two for children. Your spouse's Dependent Life plan election can be different from your child's Dependent Life plan election (example: Plan A for spouse and Plan B for child or vice versa):

| SPOUSE OR DOMESTIC PARTNER | PLAN A | PLAN B |
|---|---|---|
| Spouse Coverage Amount | $100,000 | $50,000 |
| Cost per Pay Period | $7.50 | $3.00 |
| Spouse Guarantee Issue | $50,000 | $50,000 |

No Guarantee Issue if employee is age 60 and older

| CHILD OR CHILDREN | PLAN A | PLAN B |
|---|---|---|
| Child or Children | $20,000 | $10,000 |
| Cost per Pay Period | $1.20 | $0.45 |
| Child Guarantee Issue | None required | None required |

Children are eligible once they are 1 day old and can remain covered up to age 26.

## Beneficiary Designation

It is important to periodically review your beneficiary designations to make certain they are up to date. Please visit HDS Benefits Direct to review your beneficiary designations and update them if needed.



Exhibit 4

# Commuter Program

Whether you commute to work by train, bus, subway or vanpool, you can save money by participating in the commuter program, administered by WageWorks. Through this program you can pay your eligible commuting costs through automatic, pre-tax payroll deductions. The program works for any transit system, anywhere, plus any parking provider or vanpool operator nationwide.
Use it for:

- Bus, light rail, regional rail, streetcar, trailer, subway or ferry
- Vanpool
- Parking at or near work
- Parking at or near public transportation

There is no annual open enrollment period so you can sign up or make changes whenever you choose- online or by phone. And because you can also cancel at any time before the monthly cut-off, you don't need to worry about spending your account by the end of the year. Just visit **www.wageworks.com** or call 1-877-924-3967 Monday through Friday, from 5 am to 5 pm PST.

The maximum you can set aside pre-tax is $130 each month for transit and $250 for parking. These maximums are set by the IRS and by Congress. If you spend more than the limit each month, you can still use the program. Any amounts you have deducted from your paycheck which exceed the maximum allowed will be deducted post-tax.

# Child Care/Elder Care Back Up

HDS partners with Bright Horizons to provide child and elder care back up. This program is designed for any type of emergency situation when your normal child care or adult/elder care arrangements are unavailable and you would have to miss work to provide care for your loved one. Bright Horizons will give you access to a national network of quality, licensed child care centers across the country, and trained, licensed home health care professionals to provide in-home well and mildly ill back-up child care and back-up adult/elder care 24 hours a day, 7 days a week. Quality care is available for the following situations:

- Emergencies – When your regularly scheduled child care is suddenly unavailable;
- Sick Child Care – When your child is mildly ill and unable to attend school;
- School holidays – When school is closed due to holiday or teacher conferences;
- Maternity transition – When new mothers and fathers are finalizing permanent care arrangements while transitioning back to work;
- Changes in work schedules – When employees are needed on days they normally work from home;
- Employee relocation – Temporary child care during transition to a new area

You can use Bright Horizons' 24-hour call center by either calling 1-877-242-2737 or visiting their website (**www.brighthorizons.com/advantage**, User Name: HDSBackup, Password: Hitachi) to discuss your situation with a back-up care consultant. The care consultant will help you identify the back-up care option that will best meet your family's needs.

HDS employees can use back-up care 7 times per dependent per calendar year and have a small co-payment of $15 for one child per visit for center based care ($25 maximum per family per visit) and $6 per hour for in-home care. Once you are registered you can begin making reservations for care. Reservations are available 30 days in advance up until the day care is needed. For your convenience the call center is open 24 hours a day, 7 days a week.

# CareCounsel

CareCounsel is an employee benefits advocate program available to help you during open enrollment, when you are initially hired and throughout the year. Care Counselors are available to assist all HDS employees covered by our health plans in becoming better health care consumers. Some of the areas in which they can help are:

- Understanding your health benefits
- Serving as a liaison with your health plan or healthcare provider when you need help
- Assisting with claims payment and billing problems or service denials
- Helping you make smart decisions when choosing a primary care physician, specialist, hospital or long-term care provider
- Providing tools to make the most of your doctor visits
- Understanding drug formularies and getting the most from your healthcare dollars
- Locating community resources and support groups
- Educating yourself when you or a family member has a disease or condition, so you can form an effective partnership with your doctors
- Resolving questions and concerns regarding your health insurance program

CareCounsel is not affiliated with any of our health plans. They do not provide medical advice or treatment, but serve as advocates to help you meet your needs. They provide independent and confidential assistance. For more information, you can contact CareCounsel at 1-888-227-3334 or email them at staff@carecounsel.com. After hours (Monday – Friday, 7:30 am- 5 pm PST), you can leave a message and a Care Counselor will call you the next business day.

# Employee Assistance Program (EAP)

The Employee Assistance Program (EAP) is a service designed to assist you and your dependents in resolving personal issues and concerns through confidential counseling.

Eligible employees and family members who live with them are covered under the EAP regardless of whether they are enrolled in the health care plans. HDS pays the full cost of participation in this program.

The EAP provides you and your family members with up to eight sessions, per incident, with a counselor at no cost to you.

If additional counseling is required, you may be able to obtain coverage under your medical plan.

To access services of the EAP, call Magellan Employee Services at 1-800-888-2273. Counseling services are staffed 24 hours a day, seven days a week.

# Auto and Home Insurance

HDS gives employees the option of enrolling in a convenient and cost-effective Auto and Home insurance program through MetLife.

Program options include insurance for your auto, home and boat, plus renter's insurance and personal excess liability insurance. There are several premium payment options, including the ability to pay via payroll deductions.

To enroll or learn more about this program, call the MetLife benefits line at 1-800-438-6388. You can also visit the MetLife website at **http://www.metlife.com**.

# Legal Services Plan

HDS employees have the option of participating in MetLaw Legal Plan.

The plan provides you, your spouse and eligible dependents access to legal services through MetLaw Legal Plan's network of over 13,000 attorneys nationwide. You can also receive discounts from attorneys outside of the MetLaw network. However, when you use a participating plan attorney for covered services you will avoid co-payments and you won't have to file claim forms.

Participation in the MetLaw plan costs $15 per month. Contributions will be deducted from your pay on an after-tax basis.



Exhibit 4

# Referral Services

All HDS employees have access to the following programs offered through Leverage Life, an ACI Specialty Benefits Company. Child Care and Elder Care Referral Services include:

## Counseling

Leverage Life will answer questions about child care and elder care, help you clarify your dependent care needs and explain various alternatives.

## Referrals

Leverage Life will conduct a personalized search of care providers who meet your needs.

## Education

Counselors will supply educational materials on many child care and elder care topics, including how to select an appropriate care provider.

The program also provides:

- Adoption Assistance
- School & College Assistance
- Pet Care Referral Service

**Further information about Leverage Life can be found by calling Leverage Life, an ACI Specialty Benefits Company, at 1-888-249-3083. The counselor will ask for your name and HDS employee number. You can also visit the Leverage Life website at http://hds.leverage-life.com.**



Exhibit 4

# Retirement

## 401(k) Plan

Employees may elect to participate in the HDS 401(k) Retirement Savings Plan at any time. The Plan, administered by Fidelity, offers you a wide range of investment options to assist you in planning your personal retirement fund.

- In 2015, you can contribute up to $18,000 of annual earnings on a pre-tax basis.
- If you are 50 years of age or older or will turn 50 in 2015, you can make an additional "catch-up" contribution of $6,000.
- HDS helps your retirement savings grow by matching 100% of each pre-tax dollar you contribute on the first 6% of pay that you defer to the Plan.
- You have the flexibility to select from investment options that range from conservative to more aggressive so that you can develop a well-diversified investment portfolio.
- To enroll or make changes, log onto Fidelity NetBenefits at **www.401k.com** or call the Fidelity Retirement Benefits line at 1-800-835-5098.

## Roth 401(k)

HDS's 401(k) plan also includes a Roth 401(k) feature. By offering both a traditional 401(k) and a Roth 401(k), HDS is providing you with important tools to plan your retirement.

Here are the key features of the Roth 401(k):

- Employees may elect to treat all or a portion of your deferrals as designated Roth contributions.
- Qualified distributions from a Roth 401(k) account will be completely tax free as long as you hold your contributions in the plan for at least five years and are at least age 59-1/2 at the time of distribution. If you withdraw before you are 59-1/2, you will pay an early withdrawal penalty.
- Roth contributions are made on an after-tax basis. Unlike traditional pre-tax 401(k) contributions, Roth 401(k) contributions are designed to give you an opportunity for tax-free income in retirement with contributions made using after-tax dollars now.
- You can roll over your pre-tax contributions to a traditional Individual Retirement Account (IRA), another employer's plan, or a Roth IRA (if you pay taxes on your distribution first). Roth 401(k) contributions can only be rolled over to a Roth IRA or another employer's plan if it accepts Roth 401(k) rollovers.
- To enroll, change your contributions or switch to Roth 401(k) contributions, visit **www.401k.com** or call 1-800-835-5098.

## Pension Plan

For employees hired prior to January 1, 2007, you can view your pension balances through HDS Pension Direct at **https://hdspensiondirect.ehr.com/default.ashx.**



Exhibit 4

# Time Off

## Paid Vacation

Employees accrue vacation time based on your years of service with HDS:

- From your date of hire to your eighth anniversary, you accrue 120 hours vacation per year
- After your eighth anniversary, you accrue 160 vacation per year

Vacation accrues on a per-pay-period basis throughout the year. When you have reached your annual maximum vacation accrual, you will not accrue additional vacation hours until you have taken time off and your vacation balance drops below the maximum. Your maximum accrual is one times your annual vacation days.

## Sick Leave

On January 1 of each year (or your hire date), you will be granted 80 hours of sick time annually. You may take this time to care for yourself or for an ill family members (spouse, domestic partner, child or parent). You may also take up to 40 hours of sick time per calendar year to bond with your newborn or to care for a child who is placed in your home through adoption or foster care. Unused sick leave does not carry over from year to year.

## Paid Holidays

HDS observes nine paid holidays each year. All full-time employees will be paid for these holidays plus two floating holidays per year: one for your birthday and one for diversity day.

## Bereavement Leave

You may take up to 40 hours paid leave in the event of a death in your immediate family. If you need additional time, you may use accrued vacation or unpaid personal leave, upon your manager's approval. For the purpose of bereavement leave, your immediate family includes:

- Spouse, parent, child, sibling, grandchild or grandparent
- Your spouse's parent, child or sibling
- Your child's spouse

## Other Types of Leave

You are also eligible for other types of leave such as:

- Civic Duty Leave (Jury Duty)
- Voting
- Military Leave
- Medical, Family and Personal Leaves of Absence

## Volunteer Time Off

All full-time and part-time employees will receive paid Volunteer Time Off (VTO) to perform volunteer activities at schools, HDS sponsored community events or non-profit charitable organizations with IRS 501(c)(3) status.

- Full-time employees will receive 8 hours of VTO for the calendar year
- Par-time employees will receive 4 hours of VTO for the calendar year
- The VTO program is for local volunteer opportunities
- The use of VTO hours is subject to your manager's approval

Requests for VTO time-off should be submitted directly through E-TIME.



Exhibit 4

# Education

## Educational Assistance

HDS encourages employees to become life-long learners to allow you to grow as an individual, to improve the way you work, and to allow you to more effectively compete for jobs in pursuit of your career aspirations.

HDS will reimburse tuition expenses up to a maximum amount of $6,000 per calendar year for employees attending an eligible college or university. The Educational Assistance program is designed to support employees in pursuit of a formal degree. The degree must be relevant to performing a job within HDS. Individual courses within the degree program must be job-related and must assist you in the performance of your job or facilitate promotion or transfer to another position within HDS. You must attend the class and obtain a passing grade in order to be reimbursed. Prior to course enrollment, you must complete an application form and have it approved or the course will not be eligible for reimbursement.

## Scholarship Program

HDS sponsors an annual Scholarship Program for college-age children of HDS employees. Scholarships are awarded to students in college/university baccalaureate-degree programs. The amounts awarded range from $500 up to $5,000 per year for up to four years.

The exact amount of each scholarship is determined by the college/university's tuition and fees, and include the cost of books. Scholarship funds are issued directly to the institution.

To apply, students should complete an online application and mail it directly to the College Sponsorship Service. No HDS employees are involved in the review or selection process. Applications must be submitted by January 15th to be considered for scholarship for the Fall of the following school year.

Details will be sent in November via Signal Weekly outlining the application process.



Exhibit 4

# AFLAC – Group Supplemental Insurance

## Group Accident 24 Hour Coverage

**Aflac - Underwritten by Continental American Life Insurance Company**

Most families have Medical Insurance that will cover a majority of the expenses. But, what about the out-of-pocket medical expenses, such as lost wages an employee or spouse loses when out of work or staying home to care for an injured family member? You hope that an accident never happens, but at some point you will probably take a trip to your local emergency room. If that time comes, wouldn't it be nice to have an insurance plan that pays you a benefit regardless of any other insurance you have? Accident insurance does just that, providing a cash benefit to cover the costs associated with unexpected trips.

**Plan Features**

- No limit on the number of claims
- Supplements and pays regardless of any other insurance programs
- Benefits available for spouse and/or dependent children
- Provides 24-hour protection
- Benefits for both inpatient and outpatient treatment of covered accidents
- Guaranteed Issue- No underwriting required to qualify for coverage
- Over 50 Benefits for Accidental Injuries: Fractures and Dislocations, Hospital Intensive Care, Med Fees, Hospital Admission & Confinement, Ambulance, Emergency Room, Accidental Death Benefit. (Please see your certificate for complete list of benefits.)

## Group Critical Illness Coverage

**Aflac – Underwritten by Continental American Life Insurance Company**

**Plan Description**

The Critical illness product provides a lump sum benefit upon the diagnosis of not only one covered illness, but for each covered illness*.

- Lump-sum benefits paid directly to the insured following the diagnosis of each covered critical illness (unless otherwise assigned)
- Guaranteed Issue- available for employee and spouse coverage
- Spouse coverage available
- Each dependent child is covered at 25 percent of the primary insured amount at no additional charge
- Benefit amounts available for $10,000 and $20,000 for employees and $5,000 and $10,000 for spouse
- Annual health screening benefits included
- The plan is portable, with certain stipulations
- Level premium rates based upon the applicant's age as of the time of application. Rates can not be individually increased on a particular insured due to a change in age, health or individual claim.

**IMMEDIATE EFFECTIVE DATE – Guarantee Issue coverage will be effective the date the employee signs the application.**

**The following categories are covered under the Critical Illness Benefit Plan**:**

| | |
|---|---|
| Heart Attack | 100% of Benefit Amount |
| Stroke | 100% of Benefit Amount |
| Major Organ Transplant | 100% of Benefit Amount |
| Kidney Failure (End Stage) | 100% of Benefit Amount |
| Coronary Artery Bypass Surgery*** | 25% of Benefit Amount |
| Cancer (internal/invasive) | 100% of Benefit Amount |
| Carcinoma in Situ*** | 25% of Benefit Amount |
| Skin Cancer | 10% of Benefit Amount |



Exhibit 4

# AFLAC (continued)

## Heart Benefits**:

**Category 1 .......................................... 100% of Benefit Amount**

Coronary artery bypass surgery, Mitral valve replacement or repair, Aortic valve replacement or repair, Surgical Treatment of Abdominal aortic aneurysm

**Category 2 ............................................ 10% of Benefit Amount**

AngioJet Clot Busting, Balloon Angioplasty (or Balloon valvuloplasty ), Laser Angioplasty, Atherectomy, Stent implantation, Cardiac catheterization, Automatic Implantable (or Internal) Cardioverter Defibrillator (AICD), Pacemakers

Mammography Benefit and Health Screening Benefits are included in this plan.

* Must be separated by 6 months for additional occurrences and 12 months or for cancer 12 months treatment free for re-occurrences

** At age 70 Benefits are reduced by 50%

***A partial benefit (25%) is payable for carcinoma in situ and coronary artery bypass surgery. Payment of the partial benefit for carcinoma in situ will reduce the benefit for cancer



Exhibit 4

# Frequently Asked Questions

## What is Open Enrollment?

Open Enrollment is the period during which changes can be made to your health insurance elections and to re-enroll in the flexible spending plan for 2015. Your health plan enrollments remain in place for the entire calendar year unless you experience a qualifying event mid-year (e.g., change in marital status, birth/adoption, change in employment status, etc.) that enables you to make a change to your elections. Any changes you make to your health benefit elections during open enrollment will be effective January 1, 2015.

## Who Can Participate in the HDSfit Wellness Program?

All HDS employees may participate. If you are enrolled in an HDS medical plan (UHC PPO, Consumer HSA, Kaiser HSA or Kaiser HMO), you will receive a $375 credit toward your premium, prorated by pay check in 2016 if you elect to participate and complete all required activities.

## Can I Still Get The Premium Incentive If I have a Routine Physical Through My Own Doctor?

Yes. You have the option of visiting your physician to have the tests done by selecting that option during registration. You can download a form you must bring to your doctor who can then conduct the tests and submit the results to UHC. The testing must be done by November 15, 2015.

## What is the Online Health Assessment?

The Online Health Assessment is a questionnaire you complete on myuhc.com. It takes 15 minutes to complete and immediately gives you a "wellness score" and confidential results that will help you take the steps you need to improve your overall health.

In order to earn points towards your premium incentive, you must complete the online Health Assessment. You have until November 15, 2015 to complete the Health Assessment but NO points will be credited until you complete this first step. However, the points you would have earned by participating in the annual health evaluation event (as an example) will be retroactively awarded once you take your online health assessment.

## What is UnitedHealthcare (UHC)?

UHC is the medical plan administrator for HDS PPO and UHC Consumer HSA Plans. They will pay medical claims and provide customer service for those plans.

## What is a PPO Plan?

"PPO" stands for "Preferred Provider Organization." A PPO allows you to use both in-network and out-of-network providers but you will receive a higher level of coverage with lower out-of-pocket costs if you use an in-network provider.

## Do I Have to Make an Election During Open Enrollment in Order to Continue My Benefits for 2015?

We strongly encourage all employees to visit HDS Benefits Direct to review your current elections and make any changes you would like for 2015. You should also update your emergency contacts and beneficiary designations.
You will receive an email announcement from HDS Benefits Direct when annual Open Enrollment begins. Once you receive this email announcement, login to HDS Benefit Direct at **https://hdsbenefitsdirect.employee.com** and follow the instructions on the Welcome page.

## Will I Get New ID Cards for 2015?

**You will receive new ID cards in 2015 for the following:**

- **UHC Consumer HSA or PPO Plans** – If you are enrolling in the HDS Consumer HSA or PPO Plans for the first time, you will receive new ID cards If you are currently enrolled, you will NOT receive new ID cards.
- **Kaiser HMO and HSA Plans (California employees only)** – If you are enrolling in Kaiser for the first time, you will receive new ID cards. If you are currently enrolled, you will NOT receive new ID cards. If you move from the Kaiser HMO to HSA Plan, you will NOT receive a new ID card.
- **Delta Dental** – If you are enrolling in Delta Dental PPO Plan or DeltaCare USA DHMO Plan for the first time, you will receive new ID cards. If you are changing from the PPO plan to the DHMO plan or vice versa, you will receive new ID cards identifying your new plan. If you are currently enrolled, you will NOT receive new ID cards.
- **EyeMed Vision** – If you are enrolling in EyeMed Vision Plan for the first time, you will receive new ID cards. If you are currently enrolled in the EyeMed Vision plan and choose to remain covered by this plan, you will NOT receive new ID cards.



Exhibit 4

# Frequently Asked Questions (continued)

- **Vision Service Plan** – There are no ID cards for this plan. Simply notify your eye care provider that you are a VSP member when you access the benefit.
- **HDS Vision Reimbursement Plan** – There are no ID cards for this plan.

## Will My Enrollment in Health and/or Dependent Flexible Spending Account be Continued in 2015?

No. If you would like to enroll in a Flexible Spending Account for 2015, you must log on to HDS Benefits Direct and make an election. IRS regulations prohibit allowing you to roll over elections from year to year. The maximum amount you can set aside for the Health Care Spending Account is $2,500. The maximum for Dependent Care Spending Account is $5,000, depending on your marital and income tax filing status. If you enroll in the UHC Consumer HSA Plan, you are ineligible for the Health Care FSA.

## When Do I Need to Submit My Flexible Spending Account Reimbursements for 2014?

You must submit your claim for reimbursement to WageWorks by March 31, 2015. You may obtain a claim form via the WageWorks website at **www.wageworks.com.**

## What Happens If I Have Money Left in My Flexible Spending Account As of December 31, 2014 and I Have No More Reimbursable Expenses?

Under IRS regulations, the money in your account will be forfeited. This is known as the "use it or lose it" feature of a Section 125 plan. For this reason, you should be conservative when estimating your reimbursable expenses prior to each plan year. As expense is "incurred" when the participant is provided with the medical or dependent care that results in the expense and not when the participant is formally billed, charged or pays for the medical or dependent care.

## What is a "Health Savings Account (HSA)"?

An HSA is a tax-advantaged medical savings account available to taxpayers in the United States who are enrolled in a High Deductible Health Plan (HDHP) such as the UHC Consumer HSA Plan or the Kaiser HSA Plan. The funds contributed to the account are not subject to federal income tax at the time of deposit. Unlike a Flexible Spending Account (FSA), funds roll over and accumulate year over year if not spent. HSAs are owned by the individual. Funds may be used to pay for qualified medical, dental and vision expenses at any time without federal tax liability. Withdrawals for non-medical expenses are treated very similarly to those in an IRA in that they may provide tax advantages if taken after retirement age, and they incur penalties if taken earlier. These accounts are a component of consumer driven health care.

## Who is Eligible for an HSA?

In order to be eligible for an HSA, you must be covered by the UHC Consumer HSA Plan or the Kaiser HSA Plan and you must **not** be covered by other health insurance or a general purpose FSA or HRA through HDS or your spouse's employer. (This restriction does not apply to insurance for dental care, vision care, or long-term care). In addition, you can not be enrolled in Medicare nor can you be claimed as a dependent on someone else's tax return. You are ineligible if you are also covered (whether as an individual, spouse or dependent) under a health plan that is not a qualified Health Plan.

Your dependent can have non-HDHP coverage and that will not disqualify you from being HSA eligible (unless you are also enrolled in that plan).

## What is the "UHC Consumer HSA Plan" and the "Kaiser HSA Plan"?

The UHC Consumer HSA Plan and the Kaiser HSA Plan are plans that satisfy the minimum annual deductible (determined yearly by the Treasury Department) required in order to qualify as a high deductible health plan. The Consumer HSA and the Kaiser HSA Plans meet the statutory requirements for annual deductibles and out-of-pocket expenses and can be offered with a Health Savings Account.



Exhibit 4

# Frequently Asked Questions (continued)

### If I Enroll in the UHC Consumer HSA Plan or Kaiser HSA Plan and Cover My Family, Do I Have to Meet the Individual Deductible or the Family Deductible?

When covering a dependent (spouse or domestic partner, child or children or spouse or domestic partner and child or children), you must satisfy the entire family deductible before the plan begins to pay claims (with the exception of preventive care). That family deductible can be satisfied by one person or it can be accumulated by several family members. For example, the employee could satisfy $1,000 of the family deductible and his or her spouse and/ or children could satisfy the remainder.

### Who May Contribute to an HSA?

Contributions to HSAs can be made by an eligible individual, the individual's employer, the individual's family members, and any other person. Contributions made by the individual are deductible from the individual's adjusted gross income. Contributions made by the individual's employer are excluded from the individual's income are not taxable to the individual based on state of residence. Contributions from all sources are aggregated for purposes of applying the maximum annual contribution limit. You must set up your HSA during open enrollment in order to be eligible for this contribution.

### How Much Can You Contribute to an HSA?

The maximum contribution for 2015 is $3,350 for an individual or $6,650 for a family. These annual contribution limits apply regardless of whether the contributions are made by an individual, the individual's employer, the individual's family members or any other person. For the UHC Consumer HSA Plan, HDS will contribute $1,250 for employee only, and $2,500 for employees and dependents. For the Kaiser HSA Plan, HDS will contribute $1,000 for employee only and $2,000 for employees and dependents, for employees who enroll effective January 1, 2015. If you are enrolling in the HSA for the first time, you must set up your Health Savings Account with Optum (Consumer HSA) or WageWorks (Kaiser).

### Is There a HSA Catch-Up Contribution?

Individuals between the ages of 55 and 64 may make catch-up contributions of up to $1,000 in 2015. If your spouse is also ages 55 to 64 and wishes to make a catch-up contribution, they can but they must set up their own HSA. For UHC members, your spouse can set up his/her HSA catch up account online with Optum Bank directly at **https://www.optumhealthbank.com.**

### How Do I Set Up My HSA Account?

If you are enrolling in the Consumer HSA for the first time in 2015, you will need to establish your HSA online at **https://enrollhsa.optumbank.com/hsaAppWeb/WelcomeAction.do?is_partner_post=Y&group_num=752142**. No user name or password is required. Kaiser members can set up their HSA with BNY Mellon by accepting the terms and conditions on HDS Benefits Direct during Open Enrollment. The process is automatic. If you do not open your HSA during Open Enrollment, HDS will be unable to make a contribution to your account and you will be unable to use the account to fund claims incurred before the HSA is active.

### When Can You Receive Distributions From Your HSA?

You are permitted to receive distributions from your HSA at any time (assuming you have money in your account).

### How Are Distributions From An HSA Taxed?

Distributions from an HSA used exclusively to pay for the qualified medical expenses of you or your spouse or eligible dependents are generally excludable from gross income. The amount of your distribution not used exclusively for such qualified medical expenses is includable in your gross income and may be subject to an additional 20% premature distribution penalty tax on the amount includable. (This 20% penalty tax does not apply to distributions made after your death, disability or attainment of age 65.) In addition, distributions made for expenses that are reimbursed by another health plan are includable in your gross income, whether or not the other health plan is a qualified Health Plan.



Exhibit 4

# Frequently Asked Questions (continued)

### Who Determines Whether HSA Distributions Are For Qualified Medical Expenses?

You are responsible to make that determination. You are also solely responsible for maintaining adequate records for tax purposes and for paying any taxes and penalties which may result from any distribution.

### What Medical Expenses Are Eligible For Tax-Free Distributions From Your HSA?

Please see IRS Publication 502: Medical and Dental Expenses (Section 213(d)) by visiting **www.irs.gov/publications/p502.**

### What Is Preventive Cere?

Preventive care includes routine physical exams, well-child visits, scheduled prenatal care, hearing tests, immunizations, routine well-woman visits, diabetes screenings, prostate cancer screenings, cholesterol screenings and colonoscopy screenings. Some screenings qualify as preventive based on age or gender criteria. For a complete list of preventive care services, contact UHC or Kaiser.

### Can HSA Funds Be Used For A Domestic Partner?

No. The only way for a domestic partner to be recognized for Federal tax purposes is if the partner qualifies to be your legal tax dependent. They can be covered under your UHC or Kaiser HSA Plan but you cannot use your HSA funds for your domestic partner's expenses without being taxed and penalized.

**For More FAQs on the Consumer HSA and the HSA administered through Kaiser Plans, go to the HR Gateway.**



Exhibit 4

# Required Notices

## Domestic Partner Information

HDS extends coverage to same gender and opposite gender Domestic Partners (DPs) and their dependents who meet the requirement of the policies for:

- Medical
- Dental
- Vision
- Dependent Life
- EAP

**Important points to note in most cases when signing up a DP for coverage:**

- The Federal government does not recognize Domestic Partnerships and therefore your DP will be treated differently in regard to certain Federal taxes and benefit protections.
- The amount of premiums paid by HDS for your DP will be included in the total wages reported on your Form W-2 for Federal income tax purposes, unless you certify to HDS that your DP meets the Internal Revenue Service ("IRS") definition of a Qualifying Relative.
- If your DP meets the IRS definition of a Qualifying Relative, notify HR. If your DP meets the IRS definition of a Qualifying Relative, the amount of premiums paid by HDS for your DP will not be included on your Form W-2.
- In general, you may not pay for your DP's insurance premiums with pre-tax dollars, unless your DP meets the IRS definition of a Qualifying Relative.
- Unless your DP meets the IRS definition of a Qualifying Relative, you may not receive reimbursement under the Health Care Flexible Spending Account for your DP's expenses.

Certain states do not tax certain DP benefits. If your DP relationship is recognized by state law, please notify HDS so that the appropriate state tax treatment is applied to your DP coverage.

## Women's Health & Cancer Rights Act

Federal law requires annual notification to employees about the Women's Health and Cancer Rights Act, as follows:

The Women's Health and Cancer Rights Act of 1998 provides benefits for mastectomy-related services, including reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy (including lymphademas).

Coverage for reconstructive breast surgery may not be denied or reduced on the grounds that it is cosmetic in nature or that it otherwise does not meet the coverage definition of "medically necessary." Benefits will be provided on the same basis as for any other illness or injury under your plan.

## Newborns & Mothers Health Protection Act

Effective for ERISA plan years beginning on or after January 1, 1998, insurers or group health plans generally may not, under Federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a caesarean section, or require that a provider obtain authorization from the plan or insurer for prescribing a length of stay equal to or less than the above hours.

## Tax Consequences of Same-Sex Spouse Coverage

The federal government recognizes same-sex marriages, regardless of residence. However, not all states recognize same-sex marriages. If a legally married same-sex couple resides in a state that does not recognize same-sex marriage, the employee would be subject to state imputed income taxation, if that state charges income tax. The states that recognize same-sex marriage are:

California, Connecticut, Delaware, District of Columbia, Iowa, Maryland, Maine, Massachusetts, Minnesota, New Hampshire, New Jersey, New York, Rhode Island, Vermont and Washington.



Exhibit 4

# Required Notices (continued)

## Tax Consequences of Domestic Partner Coverage

Under federal tax law, if your domestic partner does not qualify as your tax dependent for health coverage purposes (as defined below), then you will be unable to pay for that coverage on a pre-tax basis under the cafeteria plan. The value of the coverage provided to your same-sex spouse or domestic partner, less the amount you pay for the coverage on an after-tax basis, will be included in your gross income, subject to federal income tax withholding and employment taxes, and will be reported on your Form W-2 . This includes any portion of the premiums that HDS pays for the applicable health coverage. (The value of coverage varies, depending on the medical and dental coverage options you elect; see HDS for more information.)

If your domestic partner qualifies as your tax dependent for health coverage purposes (as defined below), then you will be able to pay for the applicable coverage on a pre-tax basis under the cafeteria plan and no portion of the premiums paid by HDS will be included in your income or be subject to federal withholding or employment taxes. Note that if your domestic partner fails to qualify as your tax dependent for health coverage purposes for the entire year because of a change in his or her tax status during the year, the value of the applicable coverage for the portion of the year prior to the change will be included in your gross income and related income tax and employment tax withholding will be charged to your pay as rapidly as possible. The catch-up on withholding will reduce your take-home pay for some periods.

You should also note that state tax treatment may differ. For example, some states exclude domestic partner coverage from gross income for state income tax purposes, even if the domestic partner is not a tax dependent for health coverage purposes under federal law. See your CPA, attorney, or other tax advisor for more information about state tax treatment.

## Tax Consequences of Coverage for Children

Under federal tax law, if your child or the child of your spouse or domestic partner qualifies as your tax dependent for health coverage purposes (as defined below), then you will be able to pay for the child's coverage on a pre-tax basis under the cafeteria plan and no portion of the premiums paid by HDS will be included in your income or be subject to federal withholding or employment taxes.

Under federal tax law, if your child or the child of your spouse or domestic partner does not qualify as your tax dependent for health coverage purposes (as defined below), then you will be unable to pay for that coverage on a pre-tax basis under the cafeteria plan. The value of the coverage provided, less the amount you pay for the coverage on an after-tax basis, will be included in your gross income, subject to federal income tax withholding and employment taxes, and will be reported on your Form W-2. This includes any portion of the premiums that HDS pays for the applicable health coverage. (The value of coverage varies, depending on the medical and dental coverage options you elect; see HDS for more information.) Note that if your child or the child of your spouse or domestic partner fails to qualify as your tax dependent for health coverage purposes for the entire year because of a change in his or her tax status during the year, the value of the applicable coverage for the portion of the year prior to the change will be included in your gross income and related income tax and employment tax withholding will be charged to your pay as rapidly as possible. The catch-up on withholding will reduce your take-home pay for some periods.

## Who Is a Tax Dependent for Health Coverage Purposes?

The following conditions must be met in order for your domestic partner to qualify as your tax dependent for health coverage purposes under federal tax law:

- You and your domestic partner have the same principal place of abode for the entire calendar year;
- Your domestic partner is a member of your household for the entire calendar year (the relationship must not violate local law);
- During the calendar year you provide more than half of the total support for your domestic partner;
- Your domestic partner is not your (or anyone else's) "qualifying child" under Code §152(c) ; and
- Your domestic partner is a U.S. citizen, a U.S. national, or a resident of the U.S., Canada, or Mexico.

Your domestic partner could be your federal tax dependent for health coverage purposes even if you do not claim an exemption



Exhibit 4

# Required Notices (continued)

for him or her on your Form 1040. If your tax year is a year other than the calendar year, use the other year instead. HDS will also consider your opposite-sex domestic partner to be your federal tax dependent for health coverage purposes if he or she meets the above requirements for the first portion of the year, then you marry, and he or she remains your legal spouse for the remainder of the year.

To determine whether you provide more than half of the total support for your domestic partner, you must compare the amount of support you provide with the amount of support your domestic partner receives from all sources, including Social Security, welfare payments, the support you provide, and the support your domestic partner provides from his or her own funds. Support includes food, shelter, clothing, medical and dental care, education, and the like. If you believe you might provide more than half of the support for your same-sex spouse or domestic partner, you should use the support worksheet in IRS Publication 501 (Exemptions, Standard Deduction, and Filing Information) before you complete the Tax Certification described below.

Your child or a child of your spouse may qualify as your tax dependent for health coverage purposes under federal tax law by satisfying the above test or by satisfying the "qualifying child" test for health coverage purposes. A child of your domestic partner may also qualify as your tax dependent for health coverage purposes under federal tax law by satisfying one of these tests. It can be more difficult for the child of your domestic partner (who is not also your child) to satisfy these tests and qualify as your tax dependent for health coverage purposes. You must consult your CPA, attorney, or other tax advisor for the information needed to make this determination.

## You Must File a Certification of Federal Tax Dependent Status to Avoid Taxation

To avoid taxation as explained above, you must complete and return a Certification of Federal Tax Dependent Status (Tax Certification), indicating that an enrolled child or domestic partner qualifies as your federal tax dependent for health coverage purposes. (A separate Tax Certification is required for children and for domestic partners.) You will be asked to complete a Tax Certification each year at open enrollment. For any year in which HDS does not receive a Tax Certification from you, HDS will assume that an enrolled child or domestic partner does not qualify as your federal tax dependent for health coverage purposes for that year.

## HIPAA Notice of Special Enrollment Portability Rights

If you are declining enrollment for yourself or your dependents (including your spouse or domestic partner because of other health insurance or group health plan coverage, you may be able to enroll yourself and your dependents in this plan if you or your dependents lose eligibility for that other coverage (or if the employer stops contributing toward you or your dependents' other coverage). However, you must request enrollment within 30 days after your or your dependents' other coverage ends (or after the employer stops contributing toward the other coverage).

In addition, if you have a new dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to enroll yourself and your dependents. However, you must request enrollment within 30 days after the marriage, birth, adoption, or placement for adoption.

Also, you may be entitled to special enrollment rights pursuant to the Children's Health Insurance Program Reauthorization Act of 2009 (the Act) if you or your dependents:

1. Lose coverage under a Medicaid or State Plan (such as California's Medi-Cal); or
2. Become eligible for group health premium assistance under a Medicaid plan or State Plan.

If a special enrollment right is provided pursuant to the Act, you may change your election consistent with such special enrollment right within 60 days as long as the election is made consistent with the special enrollment.

To request special enrollment or obtain more information, contact Human Resources.

## Children's Health Insurance Program Reauthorization Act of 2009 (CHIPRA)

**Offer Free Or Low-Cost Health Coverage To Children And Families**

If you are eligible for health coverage from your employer, but are unable to afford the premiums, some States have premium assistance programs that can help pay for coverage. These States use funds from their Medicaid or CHIP programs to help people who are eligible for employer-sponsored health coverage, but need assistance in paying their health premiums.



Exhibit 4

# Required Notices (continued)

If you or your dependents are already enrolled in Medicaid or CHIP and you live in a State listed below, you can contact your State Medicaid or CHIP office to find out if premium assistance is available.

If you or your dependents are NOT currently enrolled in Medicaid or CHIP, and you think you or any of your dependents might be eligible for either of these programs, you can contact your State Medicaid or CHIP office or dial 1-877-KIDS NOW or **www.insurekidsnow.gov** to find out how to apply. If you qualify, you can ask the State if it has a program that might help you pay the premiums for an employer-sponsored plan.

Once it is determined that you or your dependents are eligible for premium assistance under Medicaid or CHIP, your employer's health plan is required to permit you and your dependents to enroll in the plan – as long as you and your dependents are eligible, but not already enrolled in the employer's plan. This is called a "special enrollment" opportunity, and you must request coverage within 60 days of being determined eligible for premium assistance.

## HIPAA Notice of Availability of Privacy Practices

The HDS Plan maintains a Notice of Privacy Practices that provides information to individuals whose protected health information (PHI) will be used or maintained by the Plan. If you would like a copy of the Plan's Notice of Privacy Practices, please contact Human Resources. This Notice describes the legal obligations of HDS' group health plans and your legal rights regarding PHI held by the Plan under HIPAA. Among other things, the Notice describes how your PHI may be used or disclosed to carry out treatment, payment, or healthcare operations, or for any other purposes that are permitted or required by law.

## Medicare Part D

**Important Notice from Hitachi Data Systems about your Prescription Drug Coverage and Medicare**

Please read this notice carefully and keep it where you can find it.

This notice has information about your current prescription drug coverage with Hitachi Data Systems and about your options under Medicare's prescription drug coverage. It also explains the options you have under Medicare prescription drug coverage and can help you decide whether or not you want to enroll. At the end of this notice is information about where you can get help to make decisions about your prescription drug coverage.

1. Medicare prescription drug coverage became available in 2006 to everyone with Medicare through Medicare prescription drug plans and Medicare Advantage Plans (like an HMO or PPO) that offer prescription drug coverage. All Medicare prescription drug plans provide at least a standard level of coverage set by Medicare. Some plans may also offer more coverage for a higher monthly premium.

2. Hitachi Data Systems has determined that the prescription drug coverage currently offered by Catamaran and Kaiser of California, is on average for all plan participants, expected to pay out as much as the standard Medicare prescription drug coverage will pay and is considered Creditable Coverage.

**Because your existing coverage is on average at least as good as standard Medicare prescription drug coverage, you can keep this coverage and not pay a higher premium if you later decide to join a Medicare drug plan.**

You can join a Medicare drug plan when you first become eligible for Medicare and each year from October 15th through December 7th. However, if you lose creditable prescription drug coverage through no fault of your own (termination of employment, for example), you will be eligible for a 60-day Special Enrollment Period. You should compare your current coverage, including which drugs are covered at what cost, with the coverage and costs of the plans offering Medicare prescription drug coverage in your area.

*If you do decide to enroll in a Medicare prescription drug plan and drop your Hitachi Data Systems prescription drug coverage, be aware that you and your dependents may be able to get this coverage back.*

*Please contact us for more information about what happens to your coverage if you enroll in a Medicare prescription drug plan.*



Exhibit 4

Case: 2:19-cv-02982-EAS-CMV Doc #: 1-4 Filed: 07/10/19 Page: 51 of 52 PAGEID #: 150

# Required Notices (continued)

**Information about the Hitachi Data Systems prescription coverage can be found on the HR Gateway:**

You should also know that if you drop or lose your coverage with Hitachi Data Systems and don't enroll in Medicare prescription drug coverage after your current coverage ends, you may pay more (a penalty) to enroll in Medicare prescription drug coverage later.

If you go 63 days or longer without prescription drug coverage that's at least as good as Medicare's prescription drug coverage, your monthly premium will go up at least 1% per month for every month that you did not have that coverage. For example, if you go 19 months without coverage, your premium will always be at least 19% higher than the base beneficiary premium. You'll have to pay this higher premium as long as you have Medicare prescription drug coverage. In addition, you may have to wait until the following November to enroll.

**For more information about this notice or your current prescription drug coverage:**

Contact Hitachi Data Systems, Human Resources at 1-408-970-1000.

**NOTE:** You will receive this notice annually and at other times in the future, such as before the next period you can enroll in Medicare prescription drug coverage, and if this coverage through Hitachi Data Systems changes. You also may request a copy.

**For more information about your options under Medicare prescription drug coverage:**

More detailed information about Medicare plans that offer prescription drug coverage is in the "Medicare & You" handbook. You'll get a copy of the handbook in the mail every year from Medicare. You may also be contacted directly by Medicare prescription drug plans. For more information about Medicare prescription drug plans:

- Visit **www.medicare.gov**
- Call your State Health Insurance Assistance Program (see your copy of the Medicare & You handbook for their telephone number) for personalized help
- Call 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048

For people with limited income and resources, extra help paying for Medicare prescription drug coverage is available. Information about this extra help is available from the Social Security Administration (SSA) online at: **www.socialsecurity.gov**, or you may call them at 1-800-772-1213 (TTY 1-800-325-0778).

**REMEMBER**

Keep this notice. If you enroll in one of the new plans approved by Medicare which offer prescription drug coverage, you may be required to provide a copy of this notice when you join to show that you are not required to pay a higher premium.

| | |
|---|---|
| Date: | October 15, 2014 |
| **Name of Entity/Sender:** | **Hitachi Data Systems Corporation** |
| Contact Position/Office: | Human Resources |
| Address: | 2845 Lafayette Street<br>Santa Clara, CA 95050-2627 |
| Phone Number: | (408) 970-1000 |



Exhibit 4

# Contact Information

**HDS Benefits Direct**
1-800-463-2092
**https://hdsbenefitsdirect.employee.com**

**UnitedHealthcare**
**– Consumer HSA and PPO**
HDS group number: 752142
1-888-296-0110
**http://www.myuhc.com**

**Optum Bank**
**HSA Administration**
1-800-791-9361
**http://www.myuhc.com or**
**http://www.optumbank.com**

**Catamaran**
1-888-869-4600
1-866-814-7105 (mail order)
**http://www.mycatamaranrx.com**

**Kaiser**
**- Northern California HMO/HSA**
HDS group number: 897
1-800-464-4000
**http://www.kp.org**

**Kaiser**
**- Southern California HMO/HSA**
HDS group number: 107185
1-800-464-4000
**http://www.kp.org**

**Vision Service Plan (VSP)**
HDS group number: 30010267
1-800-877-7195
**http://www.vsp.com**

**EyeMed**
HDS group number: 9704958
1-866-839-3633
**http://www.enrollwitheyemed.com/access (pre-enroll)**
**http://www.eyemedvisioncare.com (post-enrollment)**

**Delta Dental of California PPO Dental**
HDS group number: 3005
1-800-765-6003 or 1-888-335-8227
**http://www.deltadentalins.com**

**DeltaCare USA DHMO Dental**
HDS group number: 06054
1-800-422-4234
**http://www.deltadentalins.com**

**WageWorks (Flexible Spending Accounts, Commuter Program and Kaiser HSA)**
1-877-924-3967
**http://www.wageworks.com**

**CareCounsel**
**1-888-227-3334**
**http://www.carecounsel.com**

**Liberty Mutual Insurance Company**
**– Basic Life/AD&D, Optional and Dependent Life**
HDS group number: Life/AD&D: 1-0120084;
Optional Life: 40-0001000-10583

**Liberty Mutual**
**- Long Term Disability**
HDS group number:
GF 060-066533-01
1-800-291-0112
**http://www.mylibertyconnection.com**

**TRISTAR**
**– Short Term Disability**
1-877-944-8224

**Magellan Employee Assistance Program (EAP)**
1-800-523-5668
**http://www.magellanassist.com**

**ACI Specialty Benefits (formerly Leverage Life)**
1-888-249-3083
**http://hds.leverage-life.com**

**MetLaw Legal Plans**
1-800-821-6400
**http://info.legalplans.com**
**Access Code: GetLaw**

**MetLife Home and Auto Insurance**
1-800-438-6388
**http://www.metlife.com**

**Experian Consumer Direct**
(Identity/fraud protection)
1-866-252-0121
**http://www.consumerinfo.com**

**Bright Horizons**
1-877-242-2737
**http://www.brighthorizons.com/advantage**
User Name: HDS Backup
Password: Hitachi

**Fidelity (401(k) Plan)**
1-800-835-5098
**http://www.401k.com**

**AFLAC**
1-800-433-3036
**www.caicworksite.com**



Exhibit 4