**Liberty Mutual Insurance**

Liberty Mutual Benefits
Disability Claims
Tax Administration
P.O. Box 1525
Dover, NH 03821-1525
Phone: (888) 437-7611
November 28, 2017

Claimant: Gerald Morgan
Claim: 5485600
ATTN: Kristin Watson

Ms. Watson

The benefits are calculated by our Payment specialist team. First they reach out to the Employer and request the payment information prior to the Date of Disability based on the Basic Monthly Earnings definition within the Contract and any specifics we have worked out per customer. With this particular customer we request a screen shot from their system and use the Benefit Target Comp ($175,000.00). Since this claim pays monthly we take the $175,000.00 and divide by 12 months to create our Basic Monthly Earnings of $14,583.33 monthly. The Benefit Percentage for Mr. Morgan was 60% of his Basic Monthly Earning, or $8,750.00. At the beginning of the claim there was also a One Day overlap of Short Term Benefits payable to Mr. Morgan for which we had to offset for that one day. Mr. Morgan was entitled to a $100.00 Minimum Monthly Benefit, or $3.33 per day. Mr. Morgan's daily rate was $291.67. To ensure minimum benefit pays for that one day, we entered a Flat Offset in the amount of $288.33 for the one day.

We have since continued to issue payments at this regular rate. No other offsets have been added.

Please note that all other contract provisions will still apply.

Thank you for your anticipated cooperation, and if you have any questions contact the undersigned.

Thank you for your time,

**Connor Nebesky**
Payment specialist II
**Liberty Mutual Benefits - Operations Support Services**
Liberty Mutual Insurance
100 Liberty Way
Phone (888) 437-7611, ext 16588
Fax (603) 334-7687
Dover, NH 03820