Cloppert, Latanick, Sauter, & Washburn
ATTORNEYS AT LAW

225 EAST BROAD STREET
COLUMBUS, OHIO 43215

TELEPHONE: (614) 461-4455
FAX: (614) 621-6293
www.clopperttlaw.com

FREDERICK G. CLOPPERT, JR. (RETIRED)
DAVID G. LATANICK (RETIRED)
ROBERT W. SAUTER
ROBERT L. WASHBURN (OF COUNSEL)
SUSAN HAYEST KOZLOWSKI
WILLIAM J. STEELE
RONALD H. SNYDER
SUE A. SALAMIDO
KRISTIN SEIFERT WATSON
LORA A. MOLNAR
JOHN R. SAUTER

OF COUNSEL
MARK C. COLLINS
PHONE: (614) 443-3100
RYAN M. SCOTT
PHONE: (614) 463-1299
ROSEMARY EBNER POMEROY
PHONE: (614) 885-2101

December 15, 2017

**SENT VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Hitachi Data Systems Corporation
Human Resources
2845 Lafayette Street
Santa Clara, CA 95050-2627

***RE: Gerald Morgan/Long Term Disability***

To Whom It May Concern:

Please be advised that I represent Gerald Morgan (60977) with regard to the above-referenced matter. Pursuant to Mr. Morgan's rights to information under the Employee Retirement Income Security Act of 1974 (ERISA), please provide me with the following information within thirty (30) days from the date of this letter:

- The complete long term disability income benefit plan document applicable to Mr. Morgan, including every revision made from 2010 to present; and
- The complete summary plan description for the long term disability income benefit plan from 2010 to present, including all revisions thereto; and
- The Hitachi Data Systems Benefit Guides from 2010 to present; and
- All correspondence sent to Mr. Morgan from 2010 to present regarding the definitions applicable to the long term disability income benefit, including a description of how the information would have allegedly been transmitted to Mr. Morgan and any evidence of receipt; and
- Forms DOP3-DEF-0001-R (3) and DOP3-DEF-001-R (2) referenced in Amendment 2 to the January 1, 2014, Group Disability Income Policy; and
- The premium rate for the long term disability income policy applicable to Mr. Morgan for every year of his employment; and
- An explanation of how Mr. Morgan's long term disability income benefit was calculated.

Patio Printing, Inc. 47 614-785-9553

If you have any questions, please feel free to contact me. Thank you for your anticipated cooperation.

Sincerely,

Kristin Seifert Watson

cc: Gerald Morgan
Justin Morgan
Presidential Service Team Liberty Mutual Insurance Group (via certified mail)

KSW:dlf
S:\Clients\m\Morgan, Jay\Information Request to Hitachi Data Systems, 121117.docx

Exhibit 6