HITACHI
Inspire the Next

January 29, 2018

Kristin Seifert Watson
c/o Cloppert, Latanick, Sauter, & Washburn
225 East Broad Street
Columbus, Ohio 43215

Dear Ms. Watson:

I am writing on behalf of Hitachi Vantara Corporation (formerly Hitachi Data Systems Corporation) in connection with your December 15, 2017 letter requesting information, on behalf of Gerald Morgan, under the Employee Retirement Income Security Act of 1974 (ERISA).

In response to your request, I am enclosing the following documents:

- Long term disability income benefit plan documents for years 2014 to the present;
- Summary Annual Reports for years 2014 to the present;
- Form 5500 (with all schedules) for years 2014 to the present; and
- A letter outlining the premium rate for the long term disability income policy applicable to Mr. Morgan.

If you have questions or comments about any of this, please contact me.

Very truly yours,

Martha F. Wrangham
Legal Counsel
Hitachi Vantara Corporation

*Enclosure*