Cloppert, Latanick, Sauter, & Washburn
ATTORNEYS AT LAW

FREDERICK G. CLOPPERT, JR. (RETIRED)
DAVID G. LATANICK (RETIRED)
ROBERT W. SAUTER
ROBERT L. WASHBURN (OF COUNSEL)
SUSAN HAYEST KOZLOWSKI
WILLIAM J. STEELE
RONALD H. SNYDER
SUE A. SALAMIDO
KRISTIN SEIFERT WATSON
LORA A. MOLNAR
JOHN R. SAUTER

225 EAST BROAD STREET
COLUMBUS, OHIO 43215

TELEPHONE: (614) 461-4455
FAX: (614) 621-6293
www.cloppertlaw.com

OF COUNSEL
MARK C. COLLINS
PHONE: (614) 443-3100
RYAN M. SCOTT
PHONE: (614) 463-1299
ROSEMARY EBNER POMEROY
PHONE: (614) 885-2101

**SENT VIA CERTIFIED AND REGULAR MAIL**

February 9, 2018

Martha F. Wrangham
Legal Counsel
Hitachi Vantara Corporation
2845 Lafayette Street
Santa Clara, CA 95050

***RE: Gerald Morgan***

Dear Ms. Wrangham:

I am in receipt of your correspondence to me dated January 29, 2018. Thank you. However, your response did not include a great deal of the information requested. Mr. Morgan has reason to believe that the benefit amount under his long-term disability income benefit was calculated incorrectly. Accordingly, I need all of the requested information to evaluate this matter and to determine where Mr. Morgan stands with regard to the Plan in question.

The information I requested, but you did not provide, includes:

- the revisions made to the complete Plan Document from 2010 to 2014;

- the revisions made to the Summary Plan Description effective 2010 through 2014;

- the Hitachi Data Systems Benefit Guides from 2010 to present;

- all correspondence sent to Mr. Morgan from 2010 to present regarding the definitions applicable to the long-term disability income benefit, including a description of how the information would have allegedly been transmitted to Mr. Morgan and any evidence of receipt;

- Forms DOP3-DEF-001-R (3) and DOP3-DEF-001-R (2) referenced in Amendment No. 2 to the January 1, 2014, Group Disability Income Policy;

Patio Printing, Inc. 47 614-785-9553

Exhibit 8

- the premium rate for the long-term disability benefit applicable to Mr. Morgan from his hire date to January 1, 2014; and
- an explanation of how Mr. Morgan's long-term disability income benefit was calculated.

In addition, please provide me the total actual premium amount collected from Mr. Morgan for the long-term disability income benefit for each year of his employment.

With regard to the information not provided from my original request, please note that ERISA requires the information be provided within thirty (30) days from the date of request, which was December 15, 2017. Accordingly, please provide this information within the next twenty-one (21) days.

Please note that Liberty Mutual contacted me recently and indicated that it was the Plan Administrator for the Plan in question. However, the documentation you provided indicated that the company is. Please feel free to clarify.

Finally, I have enclosed an authorization for release of information from Mr. Morgan.

If you have any questions, please feel free to contact me. Thank you for your anticipated cooperation.

Sincerely,

Kristin Seifert Watson

Enclosures

cc: Gerald Morgan
Justin Morgan

KSW:dlf
S:\Clients\m\Morgan, Jay\Wrangham ltr. 020618.docx

Exhibit 8

# AUTHORIZATION FOR RELEASE OF INFORMATION

I, Gerald Morgan, hereby authorize Liberty Mutual Insurance and/or my former employer, Hitachi Data Systems Corporation, to release any and all information relating to my employment and my claim for long-term disability income benefits to my attorney, Kristin Watson, at the firm Cloppert, Latanick, Sauter & Washburn.

This information includes, but is not limited to, information related to my employment with Hitachi Data Systems Corporation and all information relevant to my claim for long-term disability benefits, Claim No. 5485600. This Authorization specifically covers all information requested by Attorney Watson in her December 15, 2017, request to Hitachi Data Systems Corporation.

This Authorization for Release of Information shall expire one year from the date of signature. I understand that this Release can be revoked by me at any time. The revocation must be written and signed by me. Upon revocation of authorization, further release of information shall cease immediately.

I have read this Authorization and fully understand its content.

SIGNATURE　　　　　　　　　　　　　　DATE

[signature]　　　　　　　　　　　　　1-19-2018

S:\Clients\m\Morgan, Jay\Authorization for Release of Information.docx