Cloppert, Latanick, Sauter, & Washburn
ATTORNEYS AT LAW

225 EAST BROAD STREET
COLUMBUS, OHIO 43215

TELEPHONE: (614) 461-4455
FAX: (614) 621-6293
www.cloppertlaw.com

FREDERICK G. CLOPPERT, JR. (RETIRED)
DAVID G. LATANICK (RETIRED)
ROBERT W. SAUTER
ROBERT L. WASHBURN (OF COUNSEL)
SUSAN HAYEST KOZLOWSKI
WILLIAM J. STEELE
RONALD H. SNYDER
SUE A. SALAMIDO
KRISTIN SEIFERT WATSON
LORA A. MOLNAR
JOHN R. SAUTER

OF COUNSEL
MARK C. COLLINS
PHONE: (614) 443-3100
RYAN M. SCOTT
PHONE: (614) 463-1299
ROSEMARY EBNER POMEROY
PHONE: (614) 885-2101

March 13, 2018

**SENT VIA CERTIFIED AND REGULAR MAIL**

Martha F. Wrangham
Legal Counsel
Hitachi Vantara Corporation
2845 Lafayette Street
Santa Clara, CA 95050

***RE: Gerald Morgan***

Dear Ms. Wrangham:

As you are aware, I made an information request to your company on or about December 15, 2017 (attached hereto). I indicated to you in my letter to you dated February 9, 2018, that I did not receive the vast majority of the requested information (attached hereto). I requested that you provide me the information within twenty-one (21) days, and I have not received the information. As I explained to you, Mr. Morgan disputes the amount of his long term disability benefits, and needs all requested information in order to evaluate this matter.

Please provide me all requested information from my December 15, 2017, and February 9, 2018, correspondence within fourteen (14) days of the date of this letter. If I do not receive the requested information which Hitachi Vantara Corporation, as plan administrator, is required to provide, I will institute an action in the United States District Court for the Southern District of Ohio under the Employee Retirement Income Security Act of 1974 (ERISA), and request the maximum daily penalties and attorney fees and costs.

If you have any questions, please feel free to contact me.

Sincerely,

Kristin S. Watson /lef

Kristin Seifert Watson

Enclosures
cc: Gerald Morgan
Justin Morgan

KSW:dlf
S:\Clients\m\Morgan, Jay\Wrangham ltr. 031318.docx

Patio Printing, Inc. 47 614-785-9553

Exhibit 9