HITACHI
Inspire the Next

March 15, 2018

Kristin Seifert Watson
c/o Cloppert, Latanick, Sauter, & Washburn
225 East Broad Street
Columbus, Ohio 43215

Dear Ms. Watson:

I am writing on behalf of Hitachi Vantara Corporation in connection with your February 9, 2018 letter requesting additional information, on behalf of Gerald Morgan, under the Employee Retirement Income Security Act of 1974 (ERISA).

In response to your request, I am enclosing the following documents:

- The Group Disability Income Policy effective January 1, 2014, which contains the "DOP-" forms you requested;
- Benefit Guides from 2010 to the present; and
- A letter from Liberty Mutual to you (dated November 28, 2017) containing an explanation of how Mr. Morgan's long-term disability income benefit was calculated.

Further, the premium rate for the long-term disability benefit applicable to Mr. Morgan from 2010-2013 was $0.154 for each of those years, and the premium rate for 2014 was $0.195.

You requested the total actual premium amount collected from Mr. Morgan for the long-term disability income benefit for each year of his employment. While we did not "collect from" Mr. Morgan any premium amounts, we can provide you with the imputed income amounts recorded for Mr. Morgan's long-term disability benefit. The annual totals of imputed income are as follows: $50.04 for 2010; $200.16 for 2011; $200.16 for 2012; $269.52 for 2013; and $341.28 for 2014.

You also requested all correspondence sent to Mr. Morgan from 2010 to the present regarding the definitions applicable to the long-term disability income benefit. We do not have records of correspondence with Mr. Morgan regarding his LTD income benefit. Our team has suggested that Liberty Mutual, as the Plan Administrator, may have corresponded with Mr. Morgan with regard to his LTD income benefit.

HITACHI
Inspire the Next

Finally, your letter also requested that we produce the following, which we are not providing to you due to their privileged nature:

- The revisions made to the complete Plan Document from 2010 to 2014; and
- The revisions made to the Summary Plan Description effective 2010 to 2014.

With regard to the Plan Administrator for the plan in question: Liberty Mutual administers the plan. Hitachi Vantara is the plan sponsor.

If you have questions or comments about any of this, please contact me at martha.wrangham@hitachivantara.com.

Sincerely,

Martha F. Wrangham

Martha F. Wrangham
Legal Counsel
Hitachi Vantara Corporation

*Enclosure*