*Cloppert, Latanick, Sauter, & Washburn*
ATTORNEYS AT LAW

FREDERICK G. CLOPPERT, JR. (RETIRED)
DAVID G. LATANICK (RETIRED)
ROBERT W. SAUTER
ROBERT L. WASHBURN (OF COUNSEL)
SUSAN HAYEST KOZLOWSKI
WILLIAM J. STEELE
RONALD H. SNYDER
SUE A. SALAMIDO
KRISTIN SEIFERT WATSON
LORA A. MOLNAR
JOHN R. SAUTER

225 EAST BROAD STREET
COLUMBUS, OHIO 43215
TELEPHONE: (614) 461-4455
FAX: (614) 621-6293
www.clopperlaw.com

OF COUNSEL
MARK C. COLLINS
PHONE: (614) 443-3100
RYAN M. SCOTT
PHONE: (614) 463-1299
ROSEMARY EBNER POMEROY
PHONE: (614) 885-2101

**SENT VIA CERTIFIED AND REGULAR MAIL**

April 17, 2018

Martha F. Wrangham
Legal Counsel
Hitachi Vantara Corporation
2845 Lafayette Street
Santa Clara, CA 95050

Life National Life Insurance Company
P.O. Box 2609
Omaha, NE 68175-0001

***RE: Gerald Morgan***
***Claim No. 5485600***

To Whom It May Concern:

I am in receipt of Ms. Wrangham's correspondence and information dated March 15, 2018. Thank you. Please consider this letter a claim for benefits under the Long Term Disability Income Plan in question. Mr. Morgan's long term disability income benefit has been miscalculated since it began on or about June 9, 2016.

The Plan impermissibly used $175,000.00 as the benefit target compensation amount, as explained in Liberty Mutual's correspondence to me, attached hereto as Exhibit 1. This amount was used without support in the Plan Document or the Summary Plan Description. The proper pre-disability income amount for the calculation was at least $230,000.00. Accordingly, Mr. Morgan is entitled to a higher monthly benefit than he is receiving.

Mr. Morgan's date of disability was in June 2015. Attached hereto as Exhibit 2 is Mr. Morgan's 2015 sales commission plan. This Plan specifically calculates Mr. Morgan's target compensation at $230,000.00. Further, his actual compensation was consistently higher than his target compensation. Thus, the pre-disability income amount for calculation of his monthly benefit should have been either $230,000.00 or his actual compensation amount.

Patio Printing, Inc. ® 47 614-785-9553

Exhibit 11

Mr. Morgan enrolled for his 2015 benefits pursuant to the 2015 Open Enrollment Benefits Guide, excerpts of which are attached hereto as Exhibit 3. This document states that "Long Term Disability coverage will replace 60% of your pre-disability monthly income as defined in the Summary Plan Description to a maximum benefit of $15,000 per month." Ex. 3, p. 31.[1]

The Hitachi Data Systems' Health and Welfare Benefits Adoption Agreement, Plan and Summary Plan Description states that "the Hitachi Data Systems' Health and Welfare Plan document, Appendices 1, 2 and 3 to the Hitachi Data Systems' Health and Welfare Plan document, this Adoption Agreement to the Hitachi Data Systems' Health and Welfare Plan document, along with the Evidences of Coverage or Benefit Booklets that apply to the Coverage(s) in which a Participant is enrolled, and any summaries of material modifications ("SMMs"), constitute a Participant's summary plan description." (Excerpts attached as Exhibit 4, p. 3).

There is no definition of "pre-disability monthly income," as referenced in the 2015 Open Enrollment Benefits Guide, in any of the documents constituting the Summary Plan Description. In the Group Disability Income Policy, there is a definition of "Pre-Disability Earnings," which references the definition of "Basic Monthly Earnings." (Excerpts of Group Disability Income Policy attached hereto as Exhibit 5, p. DOP3-DEF-0004):

> **'Basic Monthly Earnings'** or **'Pre-Disability Earnings'** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. Earnings will be defined as either, base pay and the short-term incentive (STI) target at 100%, or as a benefit target compensation amount. Earnings type to be defined by the Sponsor. Such earnings will not include other forms of compensation.

(*Id.* at DOP3-DEF-0001). This definition does not support utilization of $175,000.00 as a benefit target compensation amount. No definition of benefit target compensation amount appears in the materials constituting the summary plan description, and Mr. Morgan never received any information defining that term. The figure $175,000.00 has no relationship to Mr. Morgan's target or actual income. Exhibit 2 demonstrates that Mr. Morgan's target compensation amount was $230,000.00 for the year 2015. Further, Mr. Morgan's actual rate of pay was significantly higher than even the $230,000.00 amount.

Nothing in any of the documents which constitute the Summary Plan Description or the 2015 Open Enrollment Benefits Guide reference a $175,000.00 figure. Accordingly, that figure is invalid, Mr. Morgan's long-term disability monthly benefit must be recalculated with the correct

---

[1] Mr. Morgan's benefit, properly calculated, would not exceed the maximum benefit of $15,000 per month.



® 47

number, and he must be provided back pay for the difference between the correct amount of his long term disability benefit and what he has received since June 9, 2016.

If you have any questions, please feel free to contact me. Thank you for your anticipated cooperation.

Sincerely,

Kristin Seifert Watson

Enclosures

cc: Gerald Morgan
Justin Morgan
Liberty Life Assurance Company of Boston (via certified and regular mail)

KSW:dlf
S:\Clients\m\Morgan. Jay\Wrangham ltr. 020618.docx

Liberty Mutual INSURANCE

Liberty Mutual Insurance

Liberty Mutual Benefits
Disability Claims
Tax Administration
P.O. Box 1525
Dover, NH 03821-1525
Phone: (888) 437-7611
November 28, 2017

Claimant: Gerald Morgan
Claim: 5485600
ATTN: Kristin Watson

Ms. Watson

The benefits are calculated by our Payment specialist team. First they reach out to the Employer and request the payment information prior to the Date of Disability based on the Basic Monthly Earnings definition within the Contract and any specifics we have worked out per customer. With this particular customer we request a screen shot from their system and use the Benefit Target Comp ($175,000.00). Since this claim pays monthly we take the $175,000.00 and divide by 12 months to create our Basic Monthly Earnings of $14,583.33 monthly. The Benefit Percentage for Mr. Morgan was 60% of his Basic Monthly Earning, or $8,750.00. At the beginning of the claim there was also a One Day overlap of Short Term Benefits payable to Mr. Morgan for which we had to offset for that one day. Mr. Morgan was entitled to a $100.00 Minimum Monthly Benefit, or $3.33 per day. Mr. Morgan's daily rate was $291.67. To ensure minimum benefit pays for that one day, we entered a Flat Offset in the amount of $288.33 for the one day.

We have since continued to issue payments at this regular rate. No other offsets have been added.

Please note that all other contract provisions will still apply.

Thank you for your anticipated cooperation, and if you have any questions contact the undersigned.

Thank you for your time,

**Connor Nebesky**
Payment specialist II
**Liberty Mutual Benefits - Operations Support Services**
Liberty Mutual Insurance
100 Liberty Way
Phone (888) 437-7611, ext 16588
Fax (603) 334-7687
Dover, NH 03820

EXHIBIT
tabbies
1
Exhibit 11

# Sales Commission Plan

Hitachi Data Systems

## Plan Summary

Gerald Morgan (60977)

**Employee Number:** 20505

**1st Level Manager:** John Carselle (101027)

**Employing Region:** Americas

**Employing Country:** US

**Geo:** Americas

**Region:** East Division

**District:** Ohio River Valley

**Sub District:**

**PAF Start Date:** 01 Apr 2015

**PAF End Date:** 31 Mar 2016

**Job Title:** Specialist Sales Account Representative

**Sales Incentive Plan Name:** Sales Commission

**Annual IB:** 115,000.00 USD

**Commission IB:** 115,000.00 USD

**MBO IB:** 0.00 USD

**PCF:** 1.84 %

## Plan Quotas

| Quota | QTR-1-2015 | QTR-2-2015 | QTR-3-2015 | QTR-4-2015 | YEAR-2015 |
|---|---|---|---|---|---|
| Total Commissionable Revenue (USD) | 1,468,777.57 | 1,491,380.77 | 1,699,192.78 | 1,590,648.88 | 6,250,000.00 |

## PAF Terms and Conditions

By clicking the Acknowledge button you are acknowledging that:

You have received, read and agree to the terms and conditions of the Global Sales Incentive Plan. You have received, read and agree to your Personal Acknowledgment Form (PAF). Your PAF applies to sales compensation calculations within the effective start and end dates reflected and supersedes any written or verbal discussions about your incentive plan, variable pay target, quota or measurements. No changes will be made to your incentive plan, variable pay target, quota or measurements until you acknowledge, in writing, an updated PAF.

## Signature

WorkFlow Status Information

John Carselle Accepted on 26 May 2015 07:57:23 PM GMT

Gerald Morgan Accepted on 26 May 2015 08:16:37 PM GMT

EXHIBIT
tabbies
2

Exhibit 11

Hitachi Data Systems

HITACHI
Inspire the Next



# 2015 Open Enrollment Benefits Guide

In this guide, you'll find:

- Information about your benefit plans
- How to enroll or make changes to your benefits
- Contact information for questions

EXHIBIT
3
Exhibit 11
tabbies

# Disability Insurance

## Short Term Disability (STD)

This valuable benefit will provide you with a source of continuing income if you are unable to work because of an illness or injury. This program plays an important role in protecting your financial security by bridging the gap between taking paid time off for an illness or injury and before Long Term Disability benefits (if applicable) are paid. Coverage under the Short Term Disability plan is paid for completely by participating employees so participation is voluntary unless you live in California, New Jersey, New York, Rhode Island or the Commonwealth of Puerto Rico.

## California

The state of California mandates that all employees have short-term disability insurance. This benefit is paid for by employees through payroll contributions. The contribution rate is 0.8%.

## New Jersey, New York, Rhode Island and the Commonwealth of Puerto Rico

Employees who live in these states are enrolled automatically in the state-mandated short-term disability program. The cost of this coverage is paid through after-tax payroll deductions.

Because HDS' Short Term Disability plan offers greater coverage than the New Jersey, New York, Rhode Island or Puerto Rico state plans, employees in those states may also choose to participate in the HDS Short Term Disability plan. Benefits under the HDS Short Term Disability plan will be reduced by any benefits paid under any state Short Term Disability program.

## Benefits

For all employees, benefits begin on the 8th day of a disabling illness or injury (benefits begin on the 1st day if you are confined to a hospital) and continue until your 365th day of disability. The plan pays 80% of your weekly base salary or benefit target compensation (for select sales positions) up to a maximum weekly benefit of $3,100. If you have been employed by HDS for less than 90 days on the date of your disability, the HDS Short Term Disability plan pays 55% of weekly earnings up to a maximum equal to California's State Disability Insurance Maximum. Claims made under the Short Term Disability plan are administered by TRISTAR Benefit Administrators.

## Long Term Disability (LTD)

The HDS Long Term Disability plan is underwritten by Liberty Mutual.

When illness or injury makes it impossible for you to work for an extended period of time, the Long Term Disability coverage will replace 60% of your pre-disability monthly income as defined in the Summary Plan Description to a maximum benefit of $15,000 per month. This benefit is payable after one year of disability, and if you remain disabled, would be payable up to your social security normal retirement age (depending on the age you are when you become disabled). If you are eligible for other sources of income such as Social Security and/or Workers' Compensation, LTD benefits will be adjusted so that the maximum monthly benefit you receive from all sources will not be more than the benefit percentage in the contract.

This plan is paid for by HDS. All eligible employees are enrolled automatically. The cost of the coverage will be shown as additional income on your paycheck. You will be responsible for paying applicable taxes on this income but, if you become disabled, your benefit will not be taxed.



Exhibit 11

# HITACHI DATA SYSTEMS' HEALTH AND WELFARE BENEFITS

# ADOPTION AGREEMENT,

# PLAN AND SUMMARY PLAN DESCRIPTION

**This document, together with the documents provided by the insurance carriers listed on pages 1 and 2 and available on the HR Gateway, constitutes the Summary Plan Description required by ERISA §102.**

EXHIBIT
tabbies
4
Exhibit 11

## HITACHI DATA SYSTEMS' HEALTH AND WELFARE PLAN

## ADOPTION AGREEMENT

**Premium Payment Coverage and Flexible Spending Accounts**

The Flexible Spending Account and Premium Payment Coverage allow Participants to use pre-tax dollars to pay their share of the premiums and to establish flexible spending accounts to reimburse qualifying expenses incurred while a Participant during the applicable Plan Year.

Premium Payment Coverage contributions and Flexible Spending Account Coverage becomes effective on the first day of the pay period after the election to reduce salary takes effect. Other Coverages will become effective as described in the applicable Benefit Booklet or Evidence of Coverage.

The Plan provides the following Premium Payment and Flexible Spending Account (FSA) Coverages:

| Benefit Type | Minimum and Maximum Benefits and Run-Out-Period | Contact Information | Claims Administrator |
|---|---|---|---|
| **Premium Payment Coverage** | n/a | | |
| **Health Care FSA** | $120 - $2,500; none | 877-924-3967 | WageWorks Claims Administrator P.O. Box 14053 Lexington, KY 40512 |
| **Dependent Care FSA** | $120 - $5,000; none | | |

**2) The Plan Document**

The official "Plan Document" is a combination of the Policies and other formal plan documents listed and incorporated by reference in 1 above, the Hitachi Data Systems' Health and Welfare Plan document, Appendix 4 of the Hitachi Data Systems' Health and Welfare Plan document, and this Adoption Agreement. These documents contain important information about the provisions of the Plan and the benefits a Participant or beneficiary will receive under the Plan. If the terms of the SPD conflict with the terms of the official "Plan Document," the Plan will be interpreted to give effect to the official "Plan Document", except as required by law.

**3) The Summary Plan Description**

The insurance carriers and third party administrators have prepared booklets to describe the benefits available under the Insured Coverages. The Plan Sponsor has provided similar materials to describe Employer Coverages and Flexible Spending Account Coverages. Those booklets, referred to throughout the Hitachi Data Systems' Health and Welfare Plan document and this Adoption Agreement as "Evidences of Coverage" or "Benefit Booklets," contain important information about the Coverages; however, they may not contain all of the information required by a federal law, the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), to appear in a summary plan description ("SPD"). Therefore, the Hitachi Data Systems' Health and Welfare Plan document, Appendices 1, 2 and 3 to the Hitachi Data Systems' Health and Welfare Plan document, this Adoption Agreement to the Hitachi Data Systems' Health and Welfare Plan document, along with the Evidences of Coverage or Benefit Booklets that apply to the Coverage(s) in which a Participant is enrolled, and any summaries of material modifications ("SMMs"), constitute a Participant's summary plan description (as that term is defined by ERISA) for the Plan. Participants should read and keep these documents together.

# GROUP DISABILITY INCOME POLICY

**Sponsor:** **Hitachi Data Systems Corporation**

**Policy Number:** **GF-060-066533-01**

**Effective Date:** **January 1, 2014**

**Governing Jurisdiction** is **California** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each January 1st beginning in 2015.

Liberty Life Assurance Company of Boston (hereinafter referred to as Liberty) agrees to pay the benefits provided by this policy in accordance with its provisions. This policy provides group Long Term Disability coverage.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent. Under no circumstances will the Sponsor be deemed the agent of Liberty.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

Signed at Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts, 02117.

NON-PARTICIPATING



EXHIBIT
tabbies
Exhibit 5

## SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1. on a full-time basis and paid regular earnings;

2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

   a. at the Sponsor's usual place of business; or
   b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled days of work);
2. holidays (except when such holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA 02493.

**"Application"** is the document designated Section 9, it is attached to and is made a part of this policy.

**"Basic Monthly Earnings"** or **"Pre-Disability Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. Earnings will be defined as either, base pay and the short term incentive (STI) target at 100%, or as a benefit target compensation amount. Earnings type to be defined by the Sponsor. Such earnings will not include other forms of compensation.

**"Covered Person"** means an Employee insured under this policy.

## SECTION 2 - DEFINITIONS
(Continued)

**"Physician"** means a person who:

1. is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
2. is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the State where the policy is delivered and practicing within the terms of his license.

"Physician" does not mean the Covered Person or his spouse, daughter, son, father, mother, sister or brother.

**"Pre-Disability Earnings"** - See definition of Basic Monthly Earnings.

**"Retirement Benefit"**, when used with the term Retirement Plan, means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
2. does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and
3. is payable upon:
    a. early or normal retirement; or
    b. Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

**"Retirement Plan"** means a plan which provides Retirement Benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include: a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligible Classes, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom the policy is issued.