Liberty Mutual Insurance

Liberty Mutual Benefits
Disability Claims
Financial Services
P.O. Box 1525
Dover, NH 03821-1525
Phone: (888) 437-7611
July 12, 2018

Claimant: Gerald Morgan
Claim: 548560
ATTN: Kristin Watson

Ms. Watson

Please be advised that Liberty Life Assurance Company of Boston now a Lincoln Financial Group Company is in receipt of your letter dated July 9th 2018. The $175,000.00 figure is not, "completely random", it is based on the Plan definitions that the Disability Benefit will be based on the Target Benefit Compensation amount, which is to be determined by the Employer.

You may request a review of this decision by writing to the Liberty representative signing this letter at the address listed below:

Liberty Life Assurance Company
Attn: Connor Nebesky
Liberty Mutual Benefits/Shared Services
Disability Claims
Refund/Recoveries
P.O. Box 1525
Dover, NH 03821-9901

The written request for review must be sent within 60 days of the receipt of this letter and state the reasons why you feel this claim decision is incorrect. If Liberty does not receive your written request within 60 days of your receipt of this notice, our claim decision will be final and no further review of this decision will be conducted. In your request for review, include any additional documentation that you feel will support your position. You may request to receive, free of charge, copies of all documents relevant to this claim.

Under normal circumstances, you will be notified of the final decision within 60 days of the date that your request is received. If there are special circumstances requiring delay, you will be notified of the final decision no later than 120 days after your request for review is received. Additional time for final decision may exceed 120 days to the extent that the timeframe is tolled while Liberty is awaiting receipt of requested documentation needed to fully evaluate your claim.

Nothing in this letter should be construed as a waiver of any of Liberty's rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved, whether or not they

are specifically mentioned herein.

Thank you for your anticipated cooperation, and if you have any questions contact the undersigned.

Thank you for your time,

**Connor Nebesky**
Payment specialist II
**Liberty Mutual Benefits - Operations Support Services**
Liberty Mutual Insurance
100 Liberty Way
Phone (888) 437-7611, ext 16588
Fax (603) 334-7687
Dover, NH 03820