Cloppert, Latanick, Sauter, & Washburn
ATTORNEYS AT LAW

FREDERICK G. CLOPPERT, JR. (RETIRED)
DAVID G. LATANICK (RETIRED)
ROBERT W. SAUTER
ROBERT L. WASHBURN (OF COUNSEL)
SUSAN HAYEST KOZLOWSKI
WILLIAM J. STEELE
RONALD H. SNYDER
SUE A. SALAMIDO
KRISTIN SEIFERT WATSON
LORA A. MOLNAR
JOHN R. SAUTER

225 EAST BROAD STREET
COLUMBUS, OHIO 43215

TELEPHONE: (614) 461-4455
FAX: (614) 621-6293
www.clopperlaw.com

OF COUNSEL
MARK C. COLLINS
PHONE: (614) 443-3100
RYAN M. SCOTT
PHONE: (614) 463-1299
ROSEMARY EBNER POMEROY
PHONE: (614) 885-2101

**SENT VIA REGULAR AND ELECTRONIC MAIL**

July 24, 2018

Liberty Life Assurance Company
Attn: Connor Nebesky
Liberty Mutual Benefits/Shared Services
Disability Claims
Refund/Recoveries
P.O. Box 1525
Dover, NH 03821-9901

***Re: Gerald Morgan***
***Claim No 5485600***

Dear Mr. Nebesky:

I am in receipt of your correspondence dated July 12, 2018. Please provide me copies of all documents relevant to the above-referenced clam. Please provide said copies within twenty-one (21) days from the date of this letter, to ensure that I have time to respond to the claim denial.

Thank you for your anticipated cooperation. If you have any questions, please feel free to contact me.

Sincerely,

Kristin Seifert Watson

cc: Jay Morgan
Justin Morgan

Exhibit 13