Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

October 17, 2018

Kristin S. Watson
Cloppert, Latanick, Sauter, & Washburn
225 EAST BROAD STREET
COLUMBUS, OH 43215

RE: Long Term Disability (LTD) Benefits
Hitachi Vantara
Claim #: 5485600
Claimant: Gerald Morgan

Dear Ms. Watson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under the Hitachi Data Systems Corporation Group Disability Income Policy ("the Policy"). We are writing in reference to Gerald Morgan's claim for LTD benefits under the Policy.

We reviewed Mr. Morgan's appeal request regarding his pre-disability earnings with respect to the calculation of his LTD benefits and have determined that the benefit amount is correct based on the Policy terms and provisions. The Policy states:

> ***Amount of Disability Monthly Benefit***
> *To figure the amount of Monthly Benefit:*
> 1. *Multiply the Covered Person's Basic Monthly Earnings by the Benefit Percentage shown in the Schedule of Benefits.*
> 2. *Take the lesser of:*
>    a. *the amount figured in step (1) above; or*
>    b. *the Maximum Monthly Benefit shown in the Schedule of Benefits; and then*
> 1. *Deduct Benefits from Other Income, (shown in the Benefits from Other Income provision of this coverage), from this amount.*
>
> *The Disability Benefit payable will never be less than the Minimum Monthly Benefit shown in the Schedule of Benefits.*
>
> ***Amount of Insurance Benefits:***
> ***Less Benefits from Other Income as outlined in Section 4***
> *Class 1: 60% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $15,000.*



Exhibit 15

*"**Basic Monthly Earnings**" or "**Pre-Disability Earnings**" means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. Earnings will be defined as either, base pay and the short term incentive (STI) target at 100%, or as a benefit target compensation amount. Earnings type to be defined by the Sponsor. Such earnings will not include other forms of compensation.*

*"**Monthly Benefit**" means the amount payable by Liberty to the Disabled or Partially Disabled Covered Person. Benefits for Long Term Disability coverage are determined on a monthly basis.*

***Employee's Certificate***
*Liberty will provide a Certificate to the Sponsor for delivery to each Covered Person. It will state:*

1. *the name of the insurance company and the policy number;*
2. *a description of the insurance provided;*
3. *the method used to determine the amount of benefits;*
4. *to whom benefits are payable;*
5. *limitations or reductions that may apply;*
6. *the circumstances under which insurance terminates; and*
7. *the rights of the Covered Person upon termination of this policy.*

*If the terms of a Certificate and this policy differ, this policy will govern.*

***Interpretation of the Policy***
*Liberty shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder. Liberty's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding.*

Mr. Morgan is receiving an LTD benefit of $8,750.00 per month, which is 60% of his benefit target compensation of $14,583.33 per month ($175,000 annual amount ÷ 12).

In your appeal letter dated September 7, 2018, you asserted that $175,000 was not Mr. Morgan's pre-disability earnings. You indicated that the documents and information provided to Mr. Morgan never informed him that $175,000, or any number less than his "actual pre-disability earnings," as evidenced by the agreement he made with Hitachi, would be used to calculate his LTD benefit. Mr. Morgan attested that, at the time of his hiring, he informed Hitachi that he would not take the position for an annual income of less than $200,000.00 and that he was guaranteed that amount as a minimum annual income. You claimed that Mr. Morgan's pre-disability earnings were $230,000.00, constituting his base pay and short term incentive target.

As outlined above, under the Policy, "Basic Monthly Earnings" or "Pre-Disability Earnings" will be defined as either base pay and the short term incentive (STI) target at 100%, or as a benefit target compensation amount, with the earnings type to be defined by the Sponsor. Such earnings will not include other forms of compensation.

The Plan Sponsor is Hitachi and they have validated on multiple occasions that, as a sales employee,

Mr. Morgan's earnings would be based on a benefit target compensation amount and that $175,000.00 was the correct benefit target compensation for Mr. Morgan.

For further clarification of the materials made available to him when he enrolled for LTD coverage, Mr. Morgan should contact his employer. However, we do note that the cover page of the Hitachi Data Systems' Health and Welfare Benefits Adoption Agreement, Plan and Summary Plan Description that you provided indicates that documents provided by the insurance carriers were available on HR Gateway.

Having carefully considered Mr. Morgan's LTD insurance coverage and documentation contained in his claim, our position remains that the benefit amount he is receiving is correct based on the Policy terms and provisions.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, Mr. Morgan was entitled to appeal the decision made by Liberty Life Assurance Company of Boston (Liberty), and to submit any additional information he wished to be considered as part of the appeal. Liberty has conducted a full and fair review of his appeal and accompanying materials, and has concluded that the determination regarding the calculation of benefits will be maintained.

At this time, Mr. Morgan's administrative right to review has been exhausted; no further review of this matter will be conducted by Liberty. He may request to receive, free of charge, copies of all documents relevant to his claim. He has the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The Hitachi Data Systems Corporation Group Disability Income Policy contains the below provision:

> ***Legal Proceedings***
> *A claimant or the claimant's authorized representative cannot start any legal action:*
> 1. *until 60 days after proof of claim has been given; nor*
> 2. *more than one year after the time proof of claim is required.*

For purposes of this claim, the time proof of claim is required is based on the date of the denial letter, July 12, 2018. The contractual statute of limitations period under the Legal Proceedings provision would begin on July 12, 2018 and will expire on July 12, 2019.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Liberty Life Assurance Company of Boston are based on the provisions outlined in Hitachi Data Systems Corporation' Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No

internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Liberty Life to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosiníłįį' dóó ná'ookąąh níínī'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodiilnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lindsay Mack
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 14698
Secure Fax No.: (603) 334-5711

*000393*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7213
LONDON, KY 40742-7213

KRISTIN WATSON
CLOPPERT, LATANICK, SAUTER, & WASHBURN
225 EAST BROAD STREET
COLUMBUS OH 43215

*400000100030000010003933393*