THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GERALD MORGAN

v.

HITACHI VANTARA CORP, ET AL

Case No. 2:19cv02982-EAS-
Judge: Edmund A. Sargus, Jr.
Corporate Disclosure Statement

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant Liberty Life Assurance Company of Boston.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

✓ YES ___ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
Liberty Life Assurance Co. of Boston is a wholly owned subsidiary of The Lincoln National Life Ins. Co., which is a wholly-owned subsidiary of Lincoln National Corp.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

✓ YES ___ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.
Lincoln National Corporation is a publicly traded (NYSE), ticker symbol "LNC."

s/ David A. Riepenhoff
Signature of Counsel

September 9, 2019
Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## CERTIFICATE OF SERVICE

I certify that on September 9, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kristin Seifert Watson, Esq.
Email: kwatson@cloppertlaw.com

And the same was sent by regular U.S. mail to the following Defendants:

Hitachi Vantara Corporation
c/o Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH 43215

Hitachi Data Systems' Health and Welfare Benefits Plan
c/o Hitachi Vantara Corporation
c/o Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH 43215

/s/ David A. Riepenhoff
David A. Riepenhoff