IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI VANTARA CORPORATION, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, AND HITACHI DATA SYSTEMS' HEALTH AND WELFARE BENEFITS PLAN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:19cv02982-EAS-CMV<br><br>Chief District Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Chelsey M. Vascura |

## MOTION FOR ADMISSION *PRO HAC VICE*

Now comes Defendant Liberty Life Assurance Company of Boston ("Liberty Life"), through the undersigned Trial Attorney, purusant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), and moves this Court to allow **Iwana Rademaekers (Texas Bar No. 16452560)** to appear as counsel *pro hac vice* for Liberty Life in this matter.

Ms. Rademaekers is a member of the bar of the following courts in good standing: State of Texas, all U.S. District Courts in Texas, Arkansas & Colorado, U.S. District Court for the Western District of Oklahoma, and the U.S. Court of Appeals for the Fourth, Fifth, Eighth, Ninth, Tenth and Eleventh Circuits. Attached is a List of Courts Admitted, and a certificate of good standing from the Supreme Court of Texas. Ms. Rademaekers is not eligible to become a member of the permanent bar of this Court. She is not currently suspended from the practice of law in any jurisdiction, nor has she resigned from the practice of law with discipline pending in any jurisdiction. Her office address is:

Iwana Rademaekers (Texas Id. No. 16452560)
**Law Offices of Iwana Rademaekers, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (214) 564-9542
iwana@rademaekerslaw.com

Ms. Rademaekers understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon granting of this Motion. Pursuant to Local Rule 83.3 and 83.4, in this case Ms. Rademaekers will be associated with the undersigned permanement member of the bar of this Court in good standing. This Motion is accompanied by the required $200.00 filing fee.

Respectfully submitted,

*/s/* David A. Riepenhoff
David A. Riepenhoff (0075089)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF, LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
Telephone: (614) 221-1216
Facsimile: (614) 221-8769
Email: driepenhoff@fisheldowney.com

TRIAL ATTORNEY FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**CERTIFICATE OF SERVICE**

I certify that on September 6, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kristin Seifert Watson, Esq.
Email: kwatson@cloppertlaw.com
Counsel for Plaintiff

And the same was sent by regular U.S. mail to the following Defendants:

Hitachi Vantara Corporation
c/o Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH, 43215

Hitachi Data Systems' Health and Welfare Benefits Plan
c/o Hitachi Vantara Corporation
c/o Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH, 43215

/s/ David A. Riepenhoff
David A. Riepenhoff