# **IWANA RADEMAEKERS' LIST OF COURTS ADMITTED**

| COURT | ADDRESS | ADMISSION DATE/ REG. NO. |
|---|---|---|
| STATE BAR OF TEXAS | | 05/06/1988 |
| U.S.D.C., Northern District of Texas | Earle Cabell Federal Building<br>1100 Commerce St., Room 14A20<br>Dallas, TX 75242 | 11/07/88 |
| U.S.D.C., Eastern District of Texas | Marshall Division<br>100 East Houston<br>Marshall, TX 75670 | 05/21/98 |
| U.S.D.C., Western District of Texas | U.S. Courthouse<br>200 West Eighth St., Room 130<br>Austin, TX 78701 | 09/02/98 |
| U.S.D.C., Southern District of Texas | U.S. Courthouse<br>515 Rusk Street, 1st Fl., Room 1217<br>Houston, TX 77002 | 09/11/98<br>**22781** |
| U.S.D.C., Eastern/Western District of Arkansas | 600 West Capitol Avenue, Suite 402<br>Little Rock, AR 72201-3325 | 05/22/98 |
| U.S.D.C. District of Colorado | 901 19th Street<br>Denver, Colorado 80294-3589 | 01/14/02 |
| U.S.D.C., Western District of Oklahoma | U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | 08/13/2013<br>**13-130** |
| U.S. Court of Appeals for the Fourth Circuit | 1100 E. Main St., Suite 501<br>Richmond, VA 23219-3517 | 09/28/98 |
| U.S. Court of Appeals for the Fifth Circuit | U.S. Courthouse<br>600 Camp Street, Room 102<br>New Orleans, LA 70130 | 08/19/02 |
| U.S. Court of Appeals for the Eighth Circuit | 111 S. 10th St.<br>St. Louis, MO 63102 | 01/25/00 |
| U.S. Court of Appeals for the Ninth Circuit | U.S. Courts for the Ninth Circuit<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 | 08/27/14 |
| U.S. Court of Appeals for the Tenth Circuit | Byron White U.S. Courthouse<br>1823 Stout Street<br>Denver, CO 80257 | 07/29/02 |
| U.S. Court of Appeals for the Eleventh Circuit | 56 Forsyth Street, N.W.<br>Atlanta, GA 30303 | 02/06/12 |