**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:19-cv-02982-EAS-CMV |
| | : | |
| v. | : | Chief Judge Edmund A. Sargus |
| | : | |
| **HITACHI VANTARA CORPORATION, *et al*.,** | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT HITACHI DATA SYSTEMS' HEATH AND WELFARE BENEFIT PLAN'S CORPORATE DISCLOSURE STATEMENT**

Defendant Hitachi Data Systems' Health and Welfare Benefits Plan (the "Plan") provides this corporate disclosure statement as required by Federal Rule of Civil Procedure 7.1 and S.D. Ohio Civ. R. 7.1.1.

The Plan is an employee benefit plan. It has no parent corporation and no publicly held corporation owns 10% or more of its stock. Defendant Hitachi Vantara Corporation is wholly owned by Hitachi Global Digital Holdings Corporation, and Hitachi Global Digital Holdings Corporation is wholly owned by Hitachi, Ltd. Hitachi, Ltd is publicly traded on the Japanese stock exchange. No other publically held corporations or their affiliates that are not parties to the case have substantial financial interests in the outcome of the litigation by reason of insurance, a franchise agreement, or an indemnity agreement.

Respectfully submitted,

*s/ Angel P. Newcomb*

Angel P. Newcomb (#0068094)
LITTLER MENDELSON, P.C.
21 East State Street, 16th Floor
Columbus, OH 43215
Telephone: 614.463.4246
Facsimile: 614.599.6673
E-mail: anewcomb@littler.com

*Attorney for Defendants Hitachi Data Systems Corporation and the Hitachi Data Systems' Health and Welfare Benefits Plan*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of September, 2019, the foregoing *Defendant Hitachi Data Systems' Health and Welfare Benefits Plan's Corporate Disclosure Statement* has been filed via the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the Court's electronic filing system.

*s/ Angel P. Newcomb*
Angel P. Newcomb, Esq.

4835-8527-3764.1 083423.1021