**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| | : | **Case No. 2:19-cv-2982** |
| **Plaintiff,** | : | |
| | : | **Judge Sargus** |
| **v.** | : | |
| | : | **Magistrate Judge Vascura** |
| **HITACHI VANTARA CORPORATION et al.,** | : | |
| | : | |
| **Defendants.** | : | |

---

**PLAINTIFF GERALD MORGAN'S ANSWER TO DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S COUNTERCLAIM**

---

Now comes Plaintiff, Gerald Morgan, via undersigned counsel, and for his Answer to Defendant Liberty Life Assurance Company of Boston's ("Liberty Life's") Counterclaim, states as follows.

1. Plaintiff has received some funds from the United States Social Security Administration for his disability claim.
2. Plaintiff, via his Social Security benefits counsel, who is not the undersigned counsel, received a letter dated July 11, 2019, from Defendant Liberty Life demanding repayment based on the contractual obligation to reimburse Defendant Liberty Life from the Disability Insurance benefits received.
3. The July 11, 2019, letter did not include the exhibit explaining the calculation of the balance that was identified in the letter.
4. Subsequent to the filing of the Counterclaim, the undersigned counsel requested the exhibit explaining the calculation from counsel for Defendant Liberty Life.

5. Counsel for Defendant Liberty Life provided the exhibit to the Plaintiff, via the undersigned counsel, on or about September 10, 2019.
6. Plaintiff has questions regarding the calculations and has requested additional information from the United States Social Security Administration. Plaintiff has not yet received the requested information.
7. Plaintiff intends to and will reimburse Liberty Life pursuant to the terms of the Plan once he has completed his review of the pertinent information to verify the accuracy of the balance requested.

Respectfully submitted,

/s/ Kristin Seifert Watson
Kristin Seifert Watson (0078032)
Cloppert, Latanick, Sauter & Washburn
225 East Broad Street, 4th Floor
Columbus, Ohio 43215-3709
Telephone: (614) 461-4455
Facsimile: (614) 621-6293
E-mail kwatson@cloppertlaw.com

*Trial Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

/s/ Kristin Seifert Watson
Kristin Seifert Watson (0078032)