**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:19-cv-02982-EAS-CMV |
| | : | |
| v. | : | Chief Judge Edmund A. Sargus |
| | : | |
| **HITACHI VANTARA CORPORATION, *et al*.,** | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Under Local Rules 83.3(e) and 83.4(a), Angelique Paul Newcomb, a member in good standing of the Bar of this Court and currently Trial Attorney in this case for Defendants Hitachi Vantara Corporation and Hitachi Data Systems' Health and Welfare Benefits Plan (together, "Hitachi Defendants"), respectfully moves this Court to admit attorney Thomas W. Carroll *pro hac vice* so he may appear for the Hitachi Defendants in this case.

Movant represents that Mr. Carroll is a member in good standing of the highest court of Colorado, as confirmed by the original certificate from that court attached hereto, and that Mr. Carroll is not currently eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Mr. Carroll understands that he must register for electronic filing with this Court promptly upon the granting of this Motion. In further support of this Motion, Movant states:

1. Mr. Carroll's business contact information is as follows:

1900 Sixteenth Street, Suite 800
Denver, CO  80202
tcarroll@littler.com
303.362.2838 (telephone)
303.484.4406 (fax)

2. Mr. Carroll is a member in good standing of the bar of the state of Colorado, and he is admitted to practice before the state courts and federal courts of Colorado, as well as the United States Court of Appeals for the Fifth, Ninth, Tenth, and Eleventh Circuits, and the U.S. District Court for the Northern District of Indiana. He remains a member in good standing with these courts and there are no disciplinary proceedings pending against him in any jurisdiction.

3. Mr. Carroll understands and will comply with all requirements under Local Rules 83.3(f).

WHEREFORE, Movant respectfully moves that the Court grant this motion and allow Thomas W. Carroll to appear *pro hac vice* in this case.

Respectfully submitted,

*s/ Angelique Paul Newcomb*

Angelique Paul Newcomb (#0068094)
LITTLER MENDELSON, P.C.
21 East State Street, 16th Floor
Columbus, OH 43215
Telephone: 614.463.4246
Facsimile: 614.599.6673
E-mail: anewcomb@littler.com

*Trial Attorney for Defendants Hitachi Vantara Corporation and the Hitachi Data Systems' Health and Welfare Benefits Plan*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of October, 2019, the foregoing *Motion for Leave to Appear Pro Hac Vice* has been filed via the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the Court's electronic filing system.

*s/ Angelique Paul Newcomb*
Angelique Paul Newcomb

4839-1065-5400.1 083423.1021