# SUPREME COURT




## State of Colorado,

STATE OF COLORADO, ss:

*I,* **Cheryl Stevens** *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

**Thomas W. Carroll**

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* **26th** *day of* **October** *A. D.* **2009** *and that at the date hereof the said* **Thomas W. Carroll** *is in good standing at this Bar.*

IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* **26th** *day of* **September** *A. D.* **2019**

**Cheryl Stevens**

*Clerk*

*By* ______________________

*Deputy Clerk*