**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| Plaintiff, | : | Case No. 2:19-cv-02982-EAS-CMV |
| v. | : | Chief Judge Edmund A. Sargus |
| **HITACHI VANTARA CORPORATION, *et al*.,** | : | Magistrate Judge Chelsey M. Vascura |
| Defendants. | : | |

**MOTION FOR LEAVE TO APPEAR AS TRIAL ATTORNEY *PRO HAC VICE***

Under Local Rules 83.3(e) and 83.4(a), Angelique Paul Newcomb, a member in good standing of the Bar of this Court and currently Trial Attorney in this case for Defendants Hitachi Vantara Corporation and Hitachi Data Systems' Health and Welfare Benefits Plan (together, "Hitachi Defendants"), respectfully moves this Court to admit attorney Danielle K. Herring *pro hac vice* to appear and participate as Trial Attorney for the Hitachi Defendants in this case.

Movant represents that Ms. Herring is a member in good standing of the highest court of Texas, as confirmed by the original certificate from that court attached hereto, and that Ms. Herring is not currently eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Ms. Herring understands that she must register for electronic filing with this Court promptly upon the granting of this Motion. In further support of this Motion, Movant states:

1. Ms. Herring's business contact information is as follows:

1301 McKinney Street, Suite 1900
Houston, TX 77010
dherring@littler.com
713.652.4735 (telephone)
713.951.9212 (fax)

2. Ms. Herring is a member in good standing of the bar of the state of Texas, and she is admitted to practice before the state courts and federal courts of Texas, as well as the United States Court of Appeals for the Fifth, Sixth, and Ninth Circuits. She remains a member in good standing with these courts and there are no disciplinary proceedings pending against her in any jurisdiction.

3. There is good cause to permit Ms. Herring to act as Trial Attorney in this case. Ms. Herring is lead counsel for the Hitachi Defendants and a Shareholder in the same law firm as Movant. She understands and will comply with all requirements under Local Rules 83.3(f) and 83.4.

WHEREFORE, Movant respectfully moves that the Court grant this motion and allow Danielle K. Herring to appear and participate as Trial Attorney, *pro hac vice*, in this case.

Respectfully submitted,

*s/ Angelique Paul Newcomb*

Angelique Paul Newcomb (#0068094)
LITTLER MENDELSON, P.C.
21 East State Street, 16th Floor
Columbus, OH 43215
Telephone: 614.463.4246
Facsimile: 614.599.6673
E-mail: anewcomb@littler.com

*Trial Attorney for Defendants Hitachi Vantara Corporation and the Hitachi Data Systems' Health and Welfare Benefits Plan*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of October, 2019, the foregoing *Motion for Leave to Appear as Trial Attorney Pro Hac Vice* has been filed via the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the Court's electronic filing system.

*s/ Angelique Paul Newcomb*
Angelique Paul Newcomb

4849-6542-8646.1 083423.1021