**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION**

**GERALD MORGAN,**

**Plaintiff,**

**v.**

**Civil Action 2 :19-cv-2982**
**Judge Sargus**
**Magistrate Judge Vascura**

**HITACHI VANTARA CORPORATION et al,**

**Defendants.**

## RULE 26(f) REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on September 30, 2019 and was attended by:

Kristin Seifert Watson ____________________, counsel for plaintiff(s) Gerald Morgan,

Thomas W. Carroll ____________________, counsel for defendant(s)Hitachi Vantara Corporation and the Plan,

Danielle K. Herring[1] ____________________, counsel for defendant(s)Hitachi Vantara Corporation and the Plan,

Iwana Rademaekers ____________________, counsel for defendant(s)Liberty Life Assurance,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1. CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

_____Yes X____No

2. INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

[1] Ms. Herring's and Mr. Carroll's motions for admission *pro hac* vice are pending.

X____Yes _____No _____The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by November 1, 2019.

3. VENUE AND JURISDICTION

Are there any contested issues related to venue or jurisdiction?

_____Yes X____No

If yes, describe the issue: N/A

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by N/A______.

4. PARTIES AND PLEADINGS

a. Any motion or stipulation to amend the pleadings or to join additional parties shall be filed by:

Plaintiff proposes: February 1, 2020.
Hitachi and the Plan propose: December 1, 2019.
Liberty proposes: December 1, 2019.

b. If the case is a class action, the parties agree that the motion for class certification shall be filed by N/A.

5. MOTIONS

a. Are there any pending motion(s)?

_____Yes X____No

If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number: N/A

b. Are the parties requesting expedited briefing on the pending motion(s)?

_____Yes X____No

If yes, identify the proposed expedited schedule: N/A

Opposition to be filed by__________; Reply brief to be filed by__________.

6. ISSUES

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

ERISA action to recover benefits under long-term disability plan, to enforce rights under the terms of the Plan, and for equitable relief against Employer on the basis of promissory estoppel. Counterclaim for reimbursement of Social Security benefits.

7. DISCOVERY PROCEDURES

a. The parties agree that all discovery shall be completed by May 1, 2020. The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

b. Do the parties anticipate the production of ESI? _X_ Yes ____ No

If yes, describe the protocol for such production: The parties agree that electronically stored information may be produced in PDF (each document produced as a separate PDF document) or TIFFformat, unless there is a reasonable basis to request it in native. format.

c. Do the parties intend to seek a protective order or clawback agreement? Yes.

If yes, such order or agreement shall be produced to the Court by November 15, 2019.

8. DISPOSITIVE MOTIONS

a. Any dispositive motions shall be filed by July 10, 2020.

b. Are the parties requesting expedited briefing on dispositive motions?

_____ Yes  _X___ No

If yes, identify the proposed expedited schedule: N/A

Opposition to be filed by July 31, 2020; Reply brief to be filed by August 14, 2020.

9. EXPERT TESTIMONY

a. Primary expert reports must be produced by N/A______.

b. Rebuttal expert reports must be produced by N/A______.

10. SETTLEMENT

Plaintiff(s) will a make a settlement demand by December 15, 2019. Defendant will respond by January 15, 2020. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year: May 2020.

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11. RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

_X___ Yes, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place ____ in chambers X____by telephone

_____ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12. OTHER MATTERS

Indicate any other matters for the Court's consideration:

The claim for benefits portion of the case (First Claim for Relief) and Liberty's counterclaim will not be subject to initial disclosures or discovery and will be briefed according to the administrative record.

Signatures:

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
| --- | --- |
| */s/ Kristin Seifert Watson* | *s/ Angelique Paul Newcomb* |
| Counsel for Gerald Morgan | Counsel for Hitachi and the Plan |
| Bar # 0078032 | Bar # 0068094 |
| | */s/ Iwana Rademaekers* |
| Counsel for ________ | Counsel for Liberty |
| Bar # | Bar # TX 1645260 |

| | |
|---|---|
| ______________________________ | */s/ David A. Riepenhoff* |
| Counsel for __________________ | Counsel for Liberty |
| Bar # | Bar # 0075089 |

Date: October 1, 2019