**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GERALD MORGAN,**

**Plaintiff,**

**v.**

**Civil Action 2:19-cv-2982**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**HITACHI VANTARA CORPORATION,**
***et al*.,**

**Defendants.**

# PRELIMINARY PRETRIAL ORDER

The parties submitted their Rule 26(f) Report on October 1, 2019. The Court conducted a telephonic preliminary pretrial conference on October 8, 2019. All parties were represented by counsel.

## Rule 26(a)(1) Initial Disclosures

The parties have agreed to make initial disclosures by **November 1, 2019**. Defendant Liberty Life Assurance Company will serve the administrative record on all parties **by October 31, 2019**, and will file the administrative record with the Court by **May 1, 2020.** Defendant Liberty Life Assurance Company is **GRANTED** leave to file the administrative record **UNDER SEAL**.

The parties agree that the claim for benefits portion of the case (First Claim for Relief) and Liberty's counterclaim will not be subject to initial disclosures or discovery and will be briefed according to the administrative record.

**Jurisdiction and Venue**

There are no contested issues related to venue or jurisdiction.

**Amendments to Pleadings and/or Joinder of Parties**

Motions or stipulations addressing the parties or pleadings, if any, must be filed no later than **December 1, 2019**.

**Motions**

There are no pending motions.

**Allegations in the Pleadings and Jury Demand**

Plaintiff brings this ERISA action to recover benefits under long-term disability plan, to enforce rights under the terms of the Plan, and for equitable relief against Employer on the basis of promissory estoppel. There is a counterclaim for reimbursement of Social Security benefits.

There is no jury demand.

**Expert Disclosures**

The parties do not anticipate expert testimony.

**Discovery Deadline and Limitations**

The parties may, without further leave of Court, agree to exceed the limitations on discovery established by the Federal Rules of Civil Procedure or the Local Rules of this Court. If the parties are unable to reach an agreement on any matter related to discovery, prior to filing a motion, they are directed to arrange an informal conference with the Court.

All discovery shall be completed by **May 1, 2020**. For purposes of complying with this Order, the parties must schedule their discovery in such a way as to require all responses to be served prior to the deadline and must also file any motions relating to discovery within the discovery period.

The parties anticipate the production of ESI. The parties agree that ESI may be produced in PDF (each document produced as a separate PDF document) or TIFF format, unless there is a reasonable basis to request it in native format.

The parties intend to seek entry of a protective order or clawback agreement.

**Dispositive Motions**

Case dispositive motions must be filed by **July 10, 2020**.

**Settlement**

Plaintiff will make a settlement demand by **December 15, 2019**. Defendant will respond by **January 15, 2020**. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference in **May 2020**. In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

Referral to court-facilitated mediation has no effect on the case schedule. All deadlines established in this Order will remain in place unless the parties move for and are granted a continuance or stay. In the event the parties schedule a private mediation, they may notify the Court and request to be excused from participation in court-facilitated mediation.

**Other Matters**

If any date set in this Order falls on a Saturday, Sunday, or legal holiday, the date of the next business day will control.

Any party intending to seek attorney fees and costs as a prevailing party shall make quarterly reports to the other party disclosing the to-date accrued attorney's fees and costs.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE