**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

2:15-cv-2812
2:17-cv-463
2:18-cv-371
2:18-cv-500
2:19-cv-076
2:19-cv-527
2:19-cv-549
2:19-cv-605
2:19-cv-715
2:19-cv-815
2:19-cv-912
2:19-cv-1225
2:19-cv-1276
2:19-cv-1688
2:19-cv-1871
2:19-cv-1969
2:19-cv-2185
2:19-cv-2243
2:19-cv-2272
2:19-cv-2280
2:19-cv-2366
2:19-cv-2436
2:19-cv-2703
2:19-cv-2935
2:19-cv-2982
2:19-cv-3121
2:19-cv-3302
2:19-cv-3308
2:19-cv-3554
2:19-cv-3608
2:19-cv-3637
2:19-cv-4333
2:19-cv-4417
2:19-cv-4453
2:19-cv-4694
2:19-cv-5086
2:19-cv-5329
2:19-cv-5530
2:20-cv-456

## NOTICE

**In light of the COVID-19 pandemic, the Court's procedures have changed. All in-person mediations are postponed; however, the parties and mediators are DIRECTED to attempt mediation via telephone or videoconference.**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **May 2020**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **April 2, 2020** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio