**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Gerald Morgan

**Plaintiff(s),**

**vs.**

Hitachi Vantara Corporation, et al.

**Defendant(s).**

**Case No.** 2:19-cv-02982-EAS-CMV

**Judge:** Edmund A. Sargus
**Magistrate Judge:** Chelsey M. Vascura

## NOTICE SETTING MEDIATION

[ X ] **TAKE NOTICE** that a proceeding in this case has been set for a Settlement Conference for the place, date, and time set forth below:

Place: Via video conference

Date: 05/27/2020

Unless otherwise **ORDERED** either by the Court, on its own motion or at the request of the parties, the rules for mediation are:

1. **Each party** and the **trial attorney** must **attend**.
2. Plaintiff will tender to defendants and the mediator a fully documented settlement demand by 05/20/2020.
3. Defendants will tender to plaintiff and to the mediator a fully documented response by 05/20/2020.
4. All settlement discussions shall be subject to Federal Evidence Rule 408.

Date: 05/04/2020

Ronald G. Linville
Mediator