**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| | : | **Case No. 2:19-cv-02982** |
| **Plaintiff,** | : | |
| | : | **Judge Sargus** |
| **v.** | : | |
| | : | **Magistrate Judge Vascura** |
| **HITACHI VANTARA CORPORATION et al,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

---

## UNOPPOSED MOTION TO AMEND PRELIMINARY PRETRIAL ORDER

---

Now comes Plaintiff, by and through counsel, and hereby moves to amend the Court's Preliminary Pretrial Order dated October 8, 2019. (DKT # 18). Plaintiff requests that the discovery deadline be moved from May 1, 2020, to July 31, 2020, for the sole purpose of conducting the deposition of Gilbert Villegas, and that the dispositive motion deadline be moved from July 10, 2020, to October 8, 2020. The Defendants have informed Plaintiff's counsel that they do not oppose this Motion. This is the first request to amend the Preliminary Pretrial Order.

The grounds for this Motion are set forth in the attached Memorandum in Support.

Respectfully submitted,

/s/ Kristin Seifert Watson
Kristin Seifert Watson (0078032)
Cloppert, Latanick, Sauter & Washburn
225 East Broad Street, 4th Floor
Columbus, Ohio 43215-3709
Telephone: (614) 461-4455
Facsimile: (614) 621-6293
E-mail: kwatson@cloppertlaw.com

*Trial Attorney for Plaintiff Gerald Morgan*

**MEMORANDUM IN SUPPORT**

On or about April 30, 2020, the Hitachi Defendants served supplemental Rule 26(a)(1) disclosures that include a potential witness in this matter named Gilbert Villegas, a former Hitachi employee who also appears in the Hitachi Defendants' document productions. On or about May 5, 2020, the Hitachi Defendants produced a Declaration of Mr. Villegas. Plaintiff promptly requested to depose Mr. Villegas. The parties attempted to reach an agreement to schedule the deposition with sufficient time in advance of the current July 10, 2020, dispositive motion deadline, but were unsuccessful after the need to subpoena Mr. Villegas arose. Therefore, Plaintiff requests an approximate ninety (90) day extension of the two remaining deadlines in this matter to permit sufficient time to subpoena Mr. Villegas for a deposition. This is the first request to amend the Preliminary Pretrial Order in this matter, and it is not opposed by the Defendants.

Plaintiff requests that the discovery deadline be moved from May 1, 2020, to July 31, 2020, solely for the purpose of deposing Mr. Villegas and that the dispositive motion deadline be moved from July 10, 2020, to October 8, 2020.

Respectfully submitted,

/s/ Kristin Seifert Watson
Kristin Seifert Watson (0078032)
Cloppert, Latanick, Sauter & Washburn
225 East Broad Street, 4th Floor
Columbus, Ohio 43215-3709
Telephone: (614) 461-4455
Facsimile: (614) 621-6293
E-mail: kwatson@cloppertlaw.com

*Trial Attorney for Plaintiff Gerald Morgan*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

/s/ Kristin Seifert Watson
Kristin Seifert Watson (0078032)