**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| | : | Case No. 2:19-cv-02982-EAS-CMV |
| Plaintiff, | : | |
| | : | Chief Judge Edmund A. Sargus |
| v. | : | |
| A | : | Magistrate Judge Chelsey M. Vascura |
| **HITACHI VANTARA CORPORATION,** | : | |
| ***et al*.,** | : | |
| | : | |
| Defendants. | : | |

**STIPULATION TO DISMISS DEFENDANT HITACHI VANTARA CORPORATION'S COUNTERCLAIM WITH PREJUDICE**

Plaintiff Gerald Morgan and Defendant Hitachi Vantara Corporation ("Hitachi") in accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), jointly stipulate to dismissal of only Hitachi's counterclaim, with prejudice, and state as follows:

1. Hitachi and Plaintiff have settled their dispute as to Hitachi's counterclaim only and entered into a confidential settlement agreement, and they jointly wish to dismiss Hitachi's counterclaim with prejudice.

2. This stipulation for dismissal is signed by attorneys for both Plaintiff and Hitachi.

WHEREFORE, Plaintiff and Hitachi respectfully request this Court to dismiss only Hitachi's counterclaim, with prejudice.

Respectfully submitted this 28th day of August, 2020.

*s/ Thomas W. Carroll*

Thomas W. Carroll
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: (303) 629-6200
Facsimile: (303) 629-0200
Email: tcarroll@littler.com

*Admitted pro hac vice*

Danielle K. Herring
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 652-4735
Facsimile: (713) 951-9212
Email: dherring@littler.com
*Trial attorney, admitted pro hac vice*

Angelique Paul Newcomb
LITTLER MENDELSON, P.C.
21 East State Street, 16th Floor
Columbus, OH 43215
Telephone: (614) 463-4246
Facsimile: (614) 559-6673
Email: anewcomb@littler.com

*Attorneys for Defendants Hitachi Vantara Corporation and the Hitachi Data Systems' Health and Welfare Benefits Plan*

*s/ Kristin Seifert Watson*
Kristin Seifert Watson
Cloppert, Latanick, Sauter & Washburn
225 East Broad Street, 4th Floor
Columbus, OH 43215
Telephone: (614) 461-4455
Facsimile: (614) 621-6293
Email: kwatson@cloppertlaw.com

*Trial Attorney for Plaintiff Gerald Morgan*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 28th day of August, 2020, the foregoing **STIPULATION TO DISMISS DEFENDANT HITACHI VANTARA CORPORATION'S COUNTERCLAIM WITH PREJUDICE** has been filed via the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the Court's electronic filing system.

*s/ Thomas W. Carroll*
Thomas W. Carroll

4835-2441-0824.3 083423.1021