**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GERALD MORGAN,**

**Plaintiff,**

**v.**

**Civil Action 2:19-cv-2982**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**HITACHI VANTARA CORPORATION,**
***et al.*****,**

**Defendants.**

## ORDER

The parties' Joint Stipulation of Dismissal of Defendant Hitachi Vantara Corporation's Counterclaim with Prejudice is **GRANTED**. (ECF No. 36.) Plaintiff and Defendant Hitachi Vantara Corporation represent that they have settled this dispute and entered into a settlement agreement. Accordingly, Defendant Hitachi Vantara Corporation's Counterclaim is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE