**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| **Plaintiff,** | : | **Case No. 2:19cv02982** |
| **v.** | : | **Judge Sargus** |
| **HITACHI VANTARA CORPORATION et al.,** | : | **Magistrate Judge Vascura** |
| **Defendants.** | : | |

---

## NOTICE OF SUBPOENA

---

Pursuant to Fed. R. Civ. P. 45, notice is hereby given that Plaintiff will, on or after September 1, 2020, serve a subpoena upon Gilbert Villegas to appear at California Deposition Reporters, 120 E. 12th St., Tracy, California 95376, on September 24, 2020, at 10:00 am PDT to testify by deposition in the above-referenced action.

Respectfully submitted,

/s/ Kristin Seifert Watson

Kristin Seifert Watson (0070832)
Cloppert, Latanick, Sauter & Washburn
225 East Broad Street, 4th Floor
Columbus, Ohio 43215-3709
Telephone: (614) 461-4455
Facsimile: (614) 621-6293
E-mail: kwatson@cloppertlaw.com
Trial Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically on September 1, 2020, using the Court's CM/ECF system. All parties may access this filing utilizing the Court's ECF system.

/s/ Kristin Seifert Watson
Kristin Seifert Watson (0078032)