**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| **Plaintiff,** | : | **Case No. 2:19cv02982** |
| **v.** | : | **Judge Sargus** |
| **HITACHI VANTARA CORPORATION et al.,** | : | **Magistrate Judge Vascura** |
| **Defendants.** | : | |

## NOTICE OF SUBPOENA

Pursuant to Fed. R. Civ. P. 45, notice is hereby given that Plaintiff will, on or after October 6, 2020, serve a subpoena upon Gilbert Villegas to appear for a deposition and produce documents in the above-referenced action. A true and accurate copy of the subpoena is attached hereto.

Respectfully submitted,

/s/ Kristin Seifert Watson

Kristin Seifert Watson (0070832)
Cloppert, Latanick, Sauter & Washburn
225 East Broad Street, 4th Floor
Columbus, Ohio 43215-3709
Telephone: (614) 461-4455
Facsimile: (614) 621-6293
E-mail: kwatson@cloppertlaw.com
Trial Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically on October 5, 2020, using the Court's CM/ECF system. All parties may access this filing utilizing the Court's ECF system.

/s/ Kristin Seifert Watson
Kristin Seifert Watson (0078032)