**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| | : | **Case No. 2:19-cv-02982** |
| **Plaintiff,** | : | |
| | : | **Judge Sargus** |
| **v.** | : | |
| | : | **Magistrate Judge Vascura** |
| **HITACHI VANTARA CORPORATION et al,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

---

**THIRD UNOPPOSED MOTION TO AMEND PRELIMINARY PRETRIAL ORDER**

---

Now comes Plaintiff, by and through counsel, and hereby moves to amend the Court's Preliminary Pretrial Order dated October 8, 2019 (DKT # 18), as previously amended by the Court in its Notation Orders of June 19, 2020 and July 29, 2020, and its September 25, 2020, Order (DKT # 40). Plaintiff requests that the discovery deadline be moved from October 29, 2020, to November 2, 2020, for the sole purpose of conducting the deposition of Gilbert Villegas. The Defendants have informed Plaintiff's counsel that they do not oppose this Motion. This is the third request to amend the Preliminary Pretrial Order.

The grounds for this Motion are set forth in the attached Memorandum in Support.

Respectfully submitted,

/s/ Kristin Seifert Watson
Kristin Seifert Watson (0078032)
Cloppert, Latanick, Sauter & Washburn
225 East Broad Street, 4th Floor
Columbus, Ohio 43215-3709
Telephone: (614) 461-4455
Facsimile: (614) 621-6293
E-mail: kwatson@cloppertlaw.com
*Trial Attorney for Plaintiff Gerald Morgan*

## MEMORANDUM IN SUPPORT

On September 22, 2020, the parties conferred with the Court regarding Plaintiff's difficulties serving a witness, Gilbert Villegas, for a deposition within the timeframe of previous discovery extensions that the Court had granted. The Court extended the discovery deadline to October 29, 2020, to permit the parties time to work to serve a deposition subpoena upon Mr. Villegas.

The Parties worked together and Plaintiff obtained successful service upon Mr. Villegas for a deposition for October 30, 2020. The Parties agreed to that date to accommodate Mr. Villegas' schedule. Accordingly, Plaintiff seeks an extension of the discovery deadline, until Monday, November 2, 2020, so that the deposition will occur within the discovery period.

Respectfully submitted,

/s/ Kristin Seifert Watson

Kristin Seifert Watson (0078032)
Cloppert, Latanick, Sauter & Washburn
225 East Broad Street, 4th Floor
Columbus, Ohio 43215-3709
Telephone: (614) 461-4455
Facsimile: (614) 621-6293
E-mail: kwatson@cloppertlaw.com

*Trial Attorney for Plaintiff Gerald Morgan*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

/s/ Kristin Seifert Watson
Kristin Seifert Watson (0078032)