IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD MORGAN, | § | |
| | § | |
| Plaintiff, | § | Case No. 2:19cv02982-EAS-CMV |
| | § | |
| v. | § | |
| | § | Chief District Judge Edmund A. Sargus, Jr. |
| HITACHI VANTARA CORPORATION, | § | |
| LIBERTY LIFE ASSURANCE COMPANY | § | |
| OF BOSTON, AND HITACHI DATA | § | Magistrate Judge Chelsey M. Vascura |
| SYSTEMS' HEALTH AND WELFARE | § | |
| BENEFITS PLAN, | § | |
| | § | |
| Defendants. | § | |

**STIPULATION TO DISMISS LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S COUNTERCLAIM WITH PREJUDICE**

Plaintiff Gerald Morgan ("Plaintiff") and Liberty Life Assurance Company of Boston ("Liberty Life"), by and through their respective counsel, and in accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 42(c), jointly stipulate to the dismissal of Liberty Life's counterclaim, with prejudice, and state as follows:

Plaintiff and Liberty Life have settled their dispute as to Liberty Life's counterclaim only and jointly wish to dismiss Liberty Life's counterclaim with prejudice.

WHEREFORE, Plaintiff and Liberty Life respectfully request this Court to dismiss only Liberty Life's counterclaim, with prejudice.

Dated this 17th day of November 2020.

Respectfully submitted,

*s/ Kristin Seifert Watson*
Kristin Seifert Watson
Cloppert, Latanick, Sauter & Washburn
225 East Broad Street, 4th Floor

Columbus, OH 43215
Telephone: (614) 461-4455
Facsimile: (614) 621-6293
Email: kwatson@cloppertlaw.com

TRIAL ATTORNEY FOR PLAINTIFF GERALD MORGAN

**AND**

*/s/* Iwana Rademaekers

Iwana Rademaekers (Texas Id. No. 16452560)
(Admitted Pro Hac Vice)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (214) 564-9542
Email: iwana@rademaekerslaw.com

TRIAL ATTORNEY FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

- And -

David A. Riepenhoff (0075089)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF, LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
Telephone: (614) 221-1216
Facsimile: (614) 221-8769
Email: driepenhoff@fisheldowney.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of November 2020, the foregoing **STIPULATION TO DISMISS DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S COUNTERCLAIM WITH PREJUDICE** has been filed via the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the Court's electronic filing system.

/s/ Iwana Rademaekers
Iwana Rademaekers