**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| Plaintiff, | : | Case No. 2:19-cv-02982-EAS-CMV |
| v. | : | Chief Judge Edmund A. Sargus |
| **HITACHI VANTARA CORPORATION, *et al*.,** | : | Magistrate Judge Chelsey M. Vascura |
| Defendants. | : | |

**DECLARATION OF THOMAS W. CARROLL**

I, Thomas W. Carroll, state upon my personal knowledge as follows:

1. I am an attorney at Littler Mendelson, P.C. and am counsel of record for Defendants Hitachi Vantara Corporation and the Hitachi Data Systems' Health and Welfare Benefits Plan (together, the "Hitachi Defendants") in this case.

2. I make this declaration in support of the Hitachi Defendants' motion for summary judgment ("Motion").

3. Attached as **Exhibit 1** is a true and correct copy of the document Bates labeled HITACHI 812-13 produced in this case.

4. Attached as **Exhibit 2** is a true and correct copy of the document Bates labeled HITACHI 174-76 produced in this case.

5. Attached as **Exhibit 3** is a true and correct copy of deposition exhibit 7 in this case, Bates labeled HITACHI 170-71.

6. Attached as **Exhibit 4** is a true and correct copy of deposition exhibit 9 in this case, Bates labeled HITACHI 816-17.

**EXHIBIT A**

7. Attached as **Exhibit 5** are true and correct excerpts of the deposition of Gilbert Villegas in this case, as cited in the Motion.

8. Attached as **Exhibit 6** is a true and correct copy of the document Bates labeled HITACHI 172-73 produced in this case.

9. Attached as **Exhibit 7** is a true and correct copy of the document Bates labeled Morgan 47-49 produced in this case.

According to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2020.

*s/ Thomas W. Carroll*__________
Thomas W. Carroll

4833-7504-2003.1 083423.1021