**From:** Juan Sans <Juan.Sans@hds.com>
**Sent:** Saturday, October 20, 2012 7:04 AM
**To:** Susan Ramirez
**Cc:** Gilbert Villegas; Susan Ramirez; Nancy Long
**Subject:** Re: APPROVAL NEEDED: U.S. BENEFIT TARGET COMP - TAKE 2

---

Susan

I approve on behalf of Nancy and myself.

Thanks,

Juan Sans
VP HR

-----Original message-----

**From:** Susan Ramirez <Susan.Ramirez@hds.com>
**To:** Juan Sans <Juan.Sans@hds.com>
**Cc:** Gilbert Villegas <Gilbert.Villegas@hds.com>, Susan Ramirez <Susan.Ramirez@hds.com>
**Sent:** Sat, Oct 20, 2012 00:16:30 GMT+00:00
**Subject:** FW: APPROVAL NEEDED: U.S. BENEFIT TARGET COMP - TAKE 2

Hi Juan:

I confirmed with Finance (Lei Ker who handles the accruals) today that the $60k increase can be assumed in the benefits accrual for 2013. This was the last piece of information we were waiting for, so please provide your approval or let me know if you have further questions.

Thanks,
Susan

---

**From:** Susan Ramirez
**Sent:** Friday, October 12, 2012 3:01 PM
**To:** Juan Sans
**Cc:** Gilbert Villegas; Susan Ramirez
**Subject:** APPROVAL NEEDED: U.S. BENEFIT TARGET COMP - TAKE 2

Hi Juan,

We have completed the US Benefit Target Comp (BTC) review and the below represents the revised assessment and our recommendations using 80% as the BTC average for both Individual Contributor and Sales Manager roles.

Individual Contributor (IC) roles on a Sales Commission Plan, Strategic Partner Manager Bonus Plan or GFS Regional Leasing Manager Bonus plan:

- Prior to this review, HDS had 2 BTC amounts. $130K for Sales Reps and $150K for Regional Leasing Managers

- Proposal is to have 1 BTC @ $175K

- The average TTC for the 267 incumbents is $220K. BTC is approx. 80% of the average TTC.

    - 211 of the 267 incumbents will receive a $45K increase in BTC; these incumbents are currently @ $130K BTC

    - 6 of the 267 incumbents will receive a $25K increase in BTC; these incumbents are the Regional Leasing Managers currently @ $150K BTC

    - 50 of the 267 incumbents will change to having a BTC of $175K; as we have added new job codes, the BTC amounts were not attached to the new job code

- In comparison to IC roles on GIP and Field Services and Sales Support Bonus Plans, the average TTC is approx. $160K.

Sales Manager (SM) roles on a Sales Manager Bonus Plan (includes PS and GFS Manager Bonus Plans):

- Prior to this review, HDS had 2 BTC amounts. $200K for Sales Managers and $250K for Regional Sales Managers

- Proposal is to have 1 BTC @ $250K

- The average TTC for the 40 incumbents is $308K. BTC is approx. 80% of the average TTC.

    - 20 of the 40 incumbents will receive a $50K increase in BTC

    - 7 of the 40 incumbents will have no change as the BTC is currently $250K; these incumbents are the Regional Sales Managers

    - 13 of the 40 incumbents will change to having a BTC of $250K; as we have added new job codes, the BTC amounts were not attached to the new job code

<span style="font-



CONFIDENTIAL HITACHI 000813