## Confirmation

**Gerald Morgan**
**Employee ID 20505**

**Congratulations!** You have completed your 2013 benefits enrollment.

Print a copy of this confirmation for your records by clicking your web browser print icon.

**If you wish to make changes to the elections below, you will need to log out of the system by clicking on Log Off and log back into HDS Benefits Direct.**

Remember to log off when exiting the system to protect your information.

| Benefit | 2013 Plan Option and Coverage Level | 2013 Employee Per Pay Period Cost | | |
|---|---|---|---|---|
| | | Pre Tax | Post Tax | Imputed Income |
| Wellness Credit | No Coverage | $0.00 | $0.00 | |
| Medical | HDS Consumer HSA Plan<br>Employee + Child(ren) | $64.40 | $0.00 | |
| Vision | EyeMed<br>Employee + Child(ren) | $0.00 | $0.00 | |
| Dental | Delta Dental PPO<br>Employee + Child(ren) | $11.26 | $0.00 | |
| Short Term Disability[1] | HDS Short Term Disability Plan | $0.00 | $43.33 | |
| Long Term Disability | LTD Coverage - 60% of Target Compensation or Benefit Target Compensation | $0.00 | $0.00 | $8.34 |
| Basic Life and AD&D | 2x Annual Base Salary or Benefit Target Compensation<br>$260,000 | $0.00 | $0.00 | |
| Optional Life and AD&D | No Coverage<br>$0 | $0.00 | $0.00 | |
| Spouse Dependent Life | No Coverage | $0.00 | $0.00 | |
| Child Dependent Life | No Coverage | $0.00 | $0.00 | |
| Business Travel Accident | 3x Annual Base Salary or Benefit Target Compensation<br>$390,000 | $0.00 | $0.00 | |
| Health Care Flexible Spending Account | Not Participating | $0.00 | $0.00 | |
| Dependent Care Flexible Spending Account | Not Participating | $0.00 | $0.00 | |
| Legal Assistance | Coverage | $0.00 | $7.50 | |
| Fraud/Identity Theft | Automatically Available | $0.00 | $0.00 | |
| Commuter Benefit Program | Automatically Available | $0.00 | $0.00 | |
| Health Savings Account | $3,950 | $164.58 | $0.00 | |
| Accident Insurance | Waive | $0.00 | $0.00 | |
| Critical Illness | WAIVE | $0.00 | $0.00 | |
| Critical Illness Spouse | WAIVE | $0.00 | $0.00 | |


Confidential – Subject to Protective Order HITACHI 00174

**EXHIBIT 2**

| | | | |
|---|---|---|---|
| Total Cost Per Pay Period | $240.24 | $50.83 | $8.34 |

©2012 Workscape, Inc.

[1]Your Short Term Disability per pay period cost displayed is an estimate since the pay period cost is based on your actual earnings or benefit target compensation up to the appropriate maximum. You will be able to view your actual pay period cost in 2013 via the Payroll Self-Service Center.

You have elected to participate in the Consumer HSA Plan for 2013. You ***must*** submit the required HSA application by December 7, 2012. The Health Savings Account must be established before any contributions can be posted on your behalf. Failure to establish your HSA before the effective date will result in NO contributions (from either HDS or your payroll deductions) being added to this account. Contributions cannot be retro-active and you will not be able to use the account for any expenses incurred before your HSA is established.

## Dependents

Below is the list of your dependents and their coverage.

| Name | SSN | Date of Birth | Relationship | Gender | Disabled | Med & Vis | Den |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | Child | [redacted] | | | |
| [redacted] | [redacted] | [redacted] | Child | | | | |

## Beneficiaries

Below is your Beneficiary Summary.

**Basic Life and AD&D (2X Annual Base Salary or Benefit Target Compensation)**

| Beneficiary Name | Relationship | Primary % | Secondary % |
|---|---|---|---|
| [redacted] | Child | [redacted] | |
| [redacted] | Child | | |
| [redacted] | Child | | |
| [redacted] | Child | | |
| [redacted] | Child | | |

**Optional Life and AD&D**

| Beneficiary Name | Relationship | Primary % | Secondary % |
|---|---|---|---|
| [redacted] | Child | [redacted] | |
| [redacted] | Child | | |
| [redacted] | Child | | |
| [redacted] | Child | | |
| [redacted] | Child | | |

**Business Travel Accident (3X Base Salary or Benefit Target Compensation)**

| Beneficiary Name | Relationship | Primary % | Secondary % |
|---|---|---|---|
| [redacted] | Child | [redacted] | |
| [redacted] | Child | | |
| [redacted] | Child | | |


Confidential – Subject to Protective Order

| | | | |
|---|---|---|---|
| [redacted] | Child | [redacted] | |
| [redacted] | Child | | |
| [redacted] | Child | | |

401(k)

| Beneficiary Name | Relationship | Primary % | Secondary % |
|---|---|---|---|
| [redacted] | Child | [redacted] | |
| [redacted] | Child | | |
| [redacted] | Child | | |
| [redacted] | Child | | |
| [redacted] | Child | | |