**From:** HR – Global Total Rewards
**Bcc:** Susan Ramirez; Mackenzie Davenport; Catherine Mann; Dave Sheperd; JD Edmonds; Kevin Dineen; Michael Walker; Ravi Asrani; Erin Peterson; Jay Ryan; Joe Mercer; Jordan Bass; Martin Young; Teri Cunniff; Artie Verdini; Craig Bradley; Eric Snyder; Al Ballerini; Andreas Beebe; Adam George; Alex Dziemianowski; Alan Fancher; Ali Kavianpour; Alicia Kreshock; Alex Webb; Bob Baughman; Bill Bourque; Brian Freydl; Brian Heagney; Bill Henry; Brian Jenson; Brian Lanfear; Bill Mau; Brittany Memoli; Billy Metting; Brian Norris; Bryan Ormsbee; Bob Paul; Brian Prendergast; Brian Bird; Brett Campbell; Brett Smith; Brian Wright; Curtis Blodgett; Chris Chiasson; Christopher Chu; Casey Duffy; Chad Firestone; Craig Graulich; Chris Hitchcock; Colin MacLean; Craig Mannherz; Charles Michaux; Chad Mraz; Chad Natichioni; Clay Poese; Chris Scott; David Haberland; Daniel Andejeski; Daniel Brayton; Daniel Carson; Don Custardo; Duane Davenport; Dominic Decaro; Dominick De Ranieri; Dave Fischetti; Doug Harvey; David Klukowski; David Navratil; David Overland; Doug Squire; Dean Weinmeister; Denise Youngberg; Eric Bauccio; Elizabeth Heiston; Ed Massa; Ernie Mentesana; Eric Ray; Edward Schulman; Frank Gaudio; Gabriel Benavides; Glen Guthrie; Gary Patterson; Gregory Smestad; Heidi Sanders; Han Saydam; Harvey Worthington; James Hare; James Lawrence; Jennifer Antenucci; James Ash; Jay Morgan; Jack Bavaro; John Begley; Jon Bertram; Joe Brahney; James Bryan; John Buchanan; JB Webb; Jeffrey Chu; John Creighton; Jim Curts; Jonathan David; John Deets; Jeff Duffy; Jose Felipe; Jim Gennis; Joe Giuffre; Jef Inman; John Kerr; Joe Lilledahl; Jason Linthicum; Joe Mastrocola; Kerry Menegay; Jeff Merck; Jim Nesselroad; John Walsh; John Price; Jim Reboulet; Jeff Ridenour; John Ristaino; John Romuk; Joe Roper; June-June Shih; Judy Pearlman; John Williams; Keith Phillips; Kevin Fink; Kyle Graham; Kyle Heisner; Kent Lindquist; Kelly Malaret; Kerry Parent; Lori Baker; Lisa Halligan; Lindsey Butler; Larry Raynes; Lindsey Sheperd; Mark Hill; Matthew Robinson; Matt Bell; Michael Broderick; Miles Chumley; Michael Clay; Mark Crews; Marty Crimmins; Melinda Muller; Mike Galloway; Meric Guvenel; Melinda Hackstaff; Matt Hayslip; Mark Hendricks; Michael Heller; Michelle Robinson; Michael Knouse; Matt Mannherz; Mike McDonough; Matt Olson; Mike P Smith; Mark Sekerak; Mike Siemann; Michael Welton; Mike Winkelman; Nikki Ferruccio; Nagesh Razdan; Neil Seidler; Norman Zulauf; Paul Clarke; Phil Danielewicz; Pete Decoursey; Peter Burke; Philip Johnson; Pete J. Martin; Pat Murphy; Paul Vassau; Rick Chandok; Richard Darrell; Rebecca Simmons; Rich Fall; Rich Gibson; Rick Gibson; Rob Lang; Reid Lawton; Rob Martinson; Rob Nichols – PNW Sales; Ron Johnson; Richard Paier; Bob Poole; Rod Reish; Ronald Roberts; Rajeev Singh; Ryan Smith; Rusty Elder; Ricky Vuong; Stephen Bird; Scott Deel; Steve Chaney; Stephen Chmielewski; Shannon Hyatt; Shawn Kearns; Shane Margraves; Shane McCarthy; Steve Montague; Stacy Paxton; Steve Prather; Stephen Sweetin; Stephen Wood; Spencer Vanderhoof; Tony Bebie; Thomas Jambois; Ted Larson; Thomas Massano; Tana Reagan; Tad Russo; Todd Sawler; Tad Smith; Tom Willis; Vito Chimienti; Vicki Sicula; William J. Amato; William Creighton; William Duckett; William Morrison; Weston Norris; Wayne Poynter; "sc; Paul Hillers; Audra Browning; Alexis Wukovits; Bill Tilt; Chris Dulin; Cindy Smith; Chris Jensen; Clark Little; Chris McClaughry; Dan Ross; David Edwards; David Leach; Dan Stibolt; Eric Bezek; Eric DeMont; Elizabeth Muhsmann; Ian Williamson; Joe Hickey; Jenni Laput; Jason Parmley; John Plain; Jeff Sage; Jamie Simcox; Jeff Underwood; Ken Dormann; Michelle Barragan; Mike Boetel; Mike Bull; Monty Campbell; Martin Collyer; Maria Gugerty; Michelle Lindsey; Nancy Bennis; Paul Brisson; Paul Cremen; Paul Stewart; Robert Goyen; Robert Zsidisin; Scott Black; Sahar Hosseinarab; Todd Batdorf; Tom Cella; Todd Grimm; Thomas Lynch; Tom Molitor; Gilbert Villegas
**Subject:** 2013 BENEFIT TARGET COMPENSATION UPDATE
**Date:** Tuesday, December 4, 2012 7:12:27 PM
**Attachments:** image001.jpg
image002.jpg
image003.jpg

**EXHIBIT 9**

---

Hitachi Data Systems

HITACHI
Inspire the Next

## U.S. Benefit Target Compensation Update

Hello HDS U.S. employees,

By now, you should have completed your 2013 Annual Open Enrollment. At HDS, our goal is to provide employees with a comprehensive benefits program that offers choice, quality and affordability. For Sales employees, a Benefit Target Compensation (BTC) amount is used as the basis for determining Short Term (STD) and Long Term (LTD) Disability and Life Insurance benefits. The BTC amount includes base salary and a portion of your variable pay. The amounts were determined based on 80% of the average Total Target Compensation for US Sales employees. The BTC amounts are inline and consistent with non Sales employees.

Effective **January 1, 2013**, the BTC for selected Sales positions will change.

For Individual Contributors on a Sales Commission Plan, Global Financial Services Regional Leasing Manager Bonus Plan or Strategic Partner Manager Bonus Plan, the BTC will change to $175,000.

**Impacted Benefits**

The changes to the BTC impacts the **Basic Life and AD&D insurance** that HDS provides at no cost to its employees. The coverage remains at Two times the benefit target compensation.

In addition, employees may purchase **Optional Life and AD&D insurance** at One to Four times the BTC up to a maximum of $750,000. Employees pay the full cost of additional coverage through after-tax payroll deductions.

Both **STD and LTD** benefits are based on BTC. STD is optional unless you live in California, New Jersey, New York or Rhode Island. Employees pay the full cost of STD coverage. LTD is paid for by HDS. The cost of the coverage is shown as additional income on your paycheck.



**EXHIBIT 4**

For additional information regarding these benefits, please refer to the 2013 Benefits Guide. If you have any questions about these changes or your Benefits, please submit them via AskHR - Question Category - “Benefits - General”.

Sincerely,

HR Global Total Rewards

---

© Copyright 2012 Hitachi Data Systems Corporation. All Rights Reserved. For Internal Use Only.