UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GERALD MORGAN,<br><br>Plaintiff,<br><br>vs.<br><br>HITACHI VANTARA CORPORATION, et al.,<br><br>Defendants. | Case No. 2:19cv02982 |

Deposition of GILBERT VILLEGAS, taken on behalf of Plaintiff, by videoconference, commencing at 2:00 p.m., on Friday, October 30, 2020, before Dara C. Shuler, Certified Shorthand Reporter No. 11249.



EXHIBIT 5

BARKLEY Court Reporters

the original document when I was executing, but I don't --

Q Go ahead.

A If I recall correctly, I don't think it was this thick. Maybe I just looked at a small portion of it.

Q Can you explain what this -- what pages 7 through 169 are? Can you tell?

A If I recall correctly, this was an assessment that I did on behalf of the benefits team to determine the new benefit target compensation amount that would be effective January 1 of 2013.

Q Why were you working on this if you didn't handle benefits?

A The team was somewhat of a shared resources, shared resource approach, so I was asked if I could assist with this assessment.

Q I'd like to turn your attention to Exhibit 7.

(Deposition Exhibit 7 was marked by the reporter and is attached hereto.)

BY MS. WATSON:

Q And this is the document that in your declaration you identified as the email that you sent on December 4th, 2012, correct?

A Yes, that is correct.

that I did at that time.

Q I'd like to draw your attention to Exhibit 9.

(Deposition Exhibit 9 was marked by the reporter and is attached hereto.)

THE WITNESS: Okay.

BY MS. WATSON:

Q Exhibit 9 is a copy of the December 4th, 2012 email from that hard drive, correct?

A Yes.

Q And Exhibit 9 contains different information than Exhibit 7, correct?

MR. CARROLL: Objection to the form of the question.

MS. NIKKHAH: Join.

THE WITNESS: In reviewing the two documents, it only -- the difference is really one you can see who was blind-copied on the email.

BY MS. WATSON:

Q And attachments?

A Well, the attachments are JPEG, so it looks like they're images.

Q But there's no attachments line on Exhibit 7, correct?

A Correct.

Q And the time stamp is an hour later on

Exhibit 9 than Exhibit 7, correct?

MR. CARROLL: Object to the form of the question.

MS. NIKKHAH: Join.

BY MS. WATSON:

Q Go ahead.

A The time stamp I think depends on the time zone. So -- because if I pull up this email here in California, it might show 5:12. And then next Sunday, it might show 4:12 because of, you know, the change in time. So yeah, that's my understanding of why the time is different.

Q Who decided who would receive this email?

MS. NIKKHAH: Objection; lacks foundation.

THE WITNESS: I guess it was me.

BY MS. WATSON:

Q And who received this email, not the individuals' names, but who within the organization?

A Only those people who were blind-copied.

Q But what scope of people are they?

A They are -- the majority of the folks who were blind-copied are those who would be -- who were impacted by the change.

Q Who was impacted by the change?

A So it was employees who are individual

Q And was your recommendation accepted?
A It was taken up to Susan Ramirez, who I believe then took it up to our former manager for approval.
Q Was it approved as recommended?
MS. NIKKHAH: Objection; lacks foundation.
THE WITNESS: I believe it was.
BY MS. WATSON:
Q And this email does not state that the benefit target compensation amount, 175,000, will continue from year to year, does it?
A In reviewing this, it does not state that.
Q To your knowledge, did any of these emails bounce back as undeliverable?
MS. NIKKHAH: Objection; lacks foundation.
THE WITNESS: No, I don't recall any bounce-back emails.
BY MS. WATSON:
Q But if they did, they would have bounced back to the global total rewards box, correct?
A I believe so.
Q So the 175,000 benefit target compensation amount applied to people with certain job titles at Hitachi Data Systems, correct?
A No. It applied to those who had specific job

inquiries were submitted as a result of Exhibit 9?
A No --
MS. NIKKHAH: Objection to the form of the question.
You can go ahead and answer.
THE WITNESS: No, I don't.
MS. WATSON: I have no further questions.
MR. CARROLL: I have a couple.

EXAMINATION

BY MR. CARROLL:
Q Mr. Villegas, keeping your attention on Exhibit 9, is this a true and correct copy of an email that you sent from the HR global total rewards email address?
A I'd have to say yes.
Q And you sent this email to me after discovering it on the hard drive that you testified earlier; is that correct?
A That's correct.
MR. CARROLL: No further questions.
MS. WATSON: Do Iwana or Laura have any questions?
MS. RADEMAEKERS: I have no questions.
MS. NIKKHAH: No questions.