**From:** HR – Global Total Rewards <HRGlobalCompensationandBenefits@hitachivantara.com>
**Sent:** Tuesday, December 4, 2012 6:14 PM
**Subject:** 2013 BENEFIT TARGET COMPENSATION UPDATE - SALES MANAGERS

Hitachi Data Systems

HITACHI
Inspire the Next

## U.S. Benefit Target Compensation Update

Hello HDS U.S. employees,

By now, you should have completed your 2013 Annual Open Enrollment. At HDS, our goal is to provide employees with a comprehensive benefits program that offers choice, quality and affordability. For Sales employees, a Benefit Target Compensation (BTC) amount is used as the basis for determining Short Term (STD) and Long Term (LTD) Disability and Life Insurance benefits. The BTC amount includes base salary and a portion of your variable pay. The amounts were determined based on 80% of the average Total Target Compensation for US Sales employees. The BTC amounts are inline and consistent with non Sales employees.

Effective **January 1, 2013**, the BTC for selected Sales positions will change.

For Managers on a Sales Manager Bonus Plan, Professional Services Sales Manager Bonus Plan or Global Financial Services Sales Manager Bonus, the BTC will change to $250,000.

**Impacted Benefits**

The changes to the BTC impacts the **Basic Life and AD&D insurance** that HDS provides at no cost to its employees. The coverage remains at Two times the benefit target compensation.

In addition, employees may purchase **Optional Life and AD&D insurance** at One to Four times the BTC up to a maximum of $750,000. Employees pay the full cost of additional coverage through after-tax payroll deductions.

Both **STD and LTD** benefits are based on BTC. STD is optional unless you live in California, New Jersey, New York or Rhode Island. Employees pay the full cost of STD coverage. LTD is paid for by HDS. The cost of the coverage is shown as additional income on your paycheck.

For additional information regarding these benefits, please refer to the 2013 Benefits Guide. If you have any questions about these changes or your Benefits, please submit them via AskHR - Question Category - "Benefits - General".

Sincerely,

HR Global Total Rewards

© Copyright 2012 Hitachi Data Systems Corporation. All Rights Reserved. For Internal Use Only.



Confidential – Subject to Protective Order