## Kristin Watson

**From:** Harpole, Jennifer S. <JHarpole@littler.com>
**Sent:** Monday, September 19, 2016 4:11 PM
**To:** Thomas Tootle
**Subject:** RE: Gerald Morgan

Thomas,
The part of the memo you excerpted below relates to life and accidental death and disability insurance, not long-term disability insurance.
After the part you excerpt, the memo states: "Both STD and LTD benefits are based on BTC." Mr. Morgan's LTD benefits are based on BTC as that term is explained in this memo.
The memo also explains that LTD is paid for by the company and is shown as imputed income. This is reflected on the paycheck you sent. Finally, the memo explains that short-term disability (VOL HDSDI) is paid for by the employee, and that also is reflected in his paycheck that Mr. Morgan obtained the voluntarily additional short-term disability coverage.
I hope this clears things up.
Thanks,
Jennifer

**Jennifer S. Harpole**, Attorney At Law
303.362.2868 direct 720.431.8221 mobile 303.484.3926 fax JHarpole@littler.com
1900 Sixteenth Street, Suite 800 | Denver, CO 80202-5835

Littler | littler.com
Employment & Labor Law Solutions Worldwide

---

**From:** Thomas Tootle [mailto:TTootle@ohiobwclaw.com]
**Sent:** Thursday, September 08, 2016 2:07 PM
**To:** Harpole, Jennifer S.
**Cc:** jay morgand; Richard, Lindsay
**Subject:** RE: Gerald Morgan

Ms. Harpole,
Thank you for your response to my inquiry. Unfortunately, your response raises as many questions as it answers.
The BTC Memorandum you supplied states:
"…The changes to the BTC impacts the **Basic Life and AD&D insurance** that HDS provides <u>at no cost to its employees</u>. In addition, <u>employees may purchase **Optional Life and AD&D insurance** at One to Four times the BTC up to a maximum of $750,000. Employees pay the full cost of additional coverage through after-tax payroll deductions</u>." (emphasis added)
I've attached Mr. Morgan's last regular pay stub from Hitachi showing an <u>after tax deduction</u> for payment of his short and long term disability policy (listed as "VOL HDSDI"). This would seem to demonstrate that Mr. Morgan obtained the voluntary additional coverage.
Any help that you can offer to explain this discrepancy would be greatly appreciated.

Thomas Tootle
Law Offices of Thomas Tootle Co., L.P.A.
85 East Gay St., Suite 900
Columbus, OH 43215
(614) 228-7747 / (866) 583-0348
Fax: (614) 228-6484
ohiobwclaw.com

**From:** Harpole, Jennifer S. [mailto:JHarpole@littler.com]
**Sent:** Saturday, August 13, 2016 5:22 PM
**To:** Thomas Tootle <TTootle@ohiobwclaw.com>
**Subject:** RE: Gerald Morgan

Mr. Tootle:

Hitachi Data Systems has requested that I responding to your inquiry regarding the calculation of Mr. Morgan's Long-Term Disability benefits. As you noted, the LTD Plan specifies that HDS may define earnings as a benefit target compensation (BTC) amount, which is what HDS has done for certain sales employees paid on commission, including Mr. Morgan. The BTC amount is $175,000, as explained in the attached notice. Therefore, Mr. Morgan's benefits are being calculated using the correct BTC. I trust that this information answers your inquiry, but please let me know if I can provide anything additional.

Thanks,
Jennifer

**Jennifer S. Harpole**, Attorney At Law
303.362.2868 direct 720.431.8221 mobile 303.484.3926 fax JHarpole@littler.com
1900 Sixteenth Street, Suite 800 | Denver, CO 80202-5835

Littler | littler.com
Employment & Labor Law Solutions Worldwide

---

**From:** Thomas Tootle <TTootle@ohiobwclaw.com>
**Date:** Tuesday, August 2, 2016 at 11:12 AM
**To:** Katie Dix <Katie.Dix.Elsner@hds.com>
**Cc:** "morgan.jay@att.net" <morgan.jay@att.net>, "Richard, Lindsay" <Lindsay.Richard@LibertyMutual.com>
**Subject:** Gerald Morgan

Dear Ms. Dix Elsner,

I have been asked by Lindsay Richard with Liberty Mutual to contact you regarding Mr. Morgan's benefit rate on long term disability.

Liberty Mutual is compensating Mr. Morgan based upon a "Benefit Target Comp" of **$175,000**. May we ascertain the basis for that figure?

Mr. Morgan's Policy through Liberty Mutual provides that he is to receive 60% of his "Basic Monthly Earnings." This is defined by his policy as:

**"Basic Monthly Earnings"** or **"Pre-Disability Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. Earnings will be defined as either, base pay and the short term incentive (STI) target at 100%, or as a benefit target compensation amount. Earnings type to be defined by the Sponsor. Such earnings will not include other forms of compensation.

I have attached Mr. Morgan's latest "Personal Acknowledgement Form". As you can see, Mr. Morgan's "Annual Incentive Bonus" and "Commission Incentive Bonus" were set at $115,000 each for a combined total of **$230,000** annually.

Perhaps the $175,000 figure is in error? This has resulted in a significant discrepancy for Mr. Morgan.

Thomas Tootle
Law Offices of Thomas Tootle Co., L.P.A.
85 East Gay St., Suite 900
Columbus, OH 43215
(614) 228-7747 / (866) 583-0348
Fax: (614) 228-6484
ohiobwclaw.com

-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use,

distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.