**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| Plaintiff, | : | Case No. 2:19-cv-02982-EAS-CMV |
| v. | : | Chief Judge Edmund A. Sargus |
| **HITACHI VANTARA CORPORATION, *et al.*,** | : | Magistrate Judge Chelsey M. Vascura |
| Defendants. | : | |

**DECLARATION OF GILBERT VILLEGAS**

I, Gilbert Villegas, state upon my personal knowledge as follows:

1. I formerly worked for Hitachi Data Systems, now known as Hitachi Vantara Corporation ("Hitachi").

2. As part of my employment with Hitachi, I participated in a process in 2012 regarding Hitachi's Benefit Target Compensation ("BTC") for U.S. Sales employees. At the time, my title was Global Compensation Analyst.

3. As part of my regular job duties, I was authorized to send emails from the HR – Global Total Rewards email address, HRGlobalCompensationandBenefits@hitachivantara.com.

4. I have reviewed the documents Bates labeled HITACHI 00001-00173 in this case.

5. HITACHI 00001-00002 is a true and correct copy of an email I sent on November 30, 2012 regarding my intention to send BTC communications to select sales employees, with bcc copies to Mackenzie Davenport and Susan Ramirez, from the HR – Global Total Rewards email address.

6. HITACHI 00003-00006 are true and correct copies of Microsoft Word (.docx) attachments to my November 30, 2012 email (HITACHI 00001).

**EXHIBIT B**

7. HITACHI 00007-00169 is a true and correct copy of a Microsoft Excel (.xlxs) attachment to my November 30, 2012 email (HITACHI 00001), with redactions.

8. HITACHI 00170-00171 is a true and correct copy of an email I sent, through the HR – Global Total Rewards email address, to the Individual Contributors listed on the "IC's" tab of the spreadsheet attached to my November 30, 2012 email (HITACHI 00001)—including Gerald "Jay" Morgan, whose name is not redacted. The IC's tab of the spreadsheet is at HITACHI 00166-00169. I also sent the email via bcc to Mackenzie Davenport and Susan Ramirez.

9. HITACHI 00172-00173 is a true and correct copy of an email I sent, through the HR – Global Total Rewards email address, to the Managers listed on the "Managers" tab of the spreadsheet attached to my November 30, 2012 email (HITACHI 00001). The Managers tab of the spreadsheet is at HITACHI 00165. I also sent the email via bcc to Mackenzie Davenport and Susan Ramirez.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2020.

[signature]

Gilbert Villegas