**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| **Plaintiff,** | : | **Case No. 2:19-cv-2982** |
| **v.** | : | **Judge Sargus** |
| **HITACHI VANTARA CORPORATION et al.,** | : | **Magistrate Judge Vascura** |
| **Defendants.** | : | **Declaration of Gerald Morgan** |

I, Gerald Morgan, state and declare as follows, and would testify to the same if called as a witness under oath:

1. I am over twenty-one (21) years of age, and I make this declaration upon my personal knowledge.

2. I have reviewed the Affidavit I provided on September 6, 2018, with my long-term disability claim materials, located at DKT # 28-3, Page ID ## 940-942, and the information contained therein remains true and accurate to the best of my knowledge.

3. I did not have access to the Plan Document and Summary Plan Description while I worked at Hitachi Data Systems n/k/a Hitachi Vantara LLC ("Hitachi"). I received the Plan Document and related materials I attached to my Complaint in this matter as a result of a December 2017 information request sent by my attorney.

4. I have reviewed the document located at DKT # 47-5, which purports to be a December 4, 2012, email from HR – Global Total Rewards to numerous recipients, including me. I did not receive that email or any document containing similar information during my employment with Hitachi.

5. Prior to my receipt of long-term disability income benefits, Hitachi never informed me that it selected a benefit target compensation amount to apply to my long-term disability income benefit.

I declare subject to the penalty of perjury that the foregoing is correct to the best of my knowledge.

Executed this 21 day of December, 2020.

Gerald Morgan