**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| | : | **Case No. 2:19-cv-2982** |
| **Plaintiff,** | : | |
| | : | **Judge Sargus** |
| **v.** | : | |
| | : | **Magistrate Judge Vascura** |
| **HITACHI VANTARA CORPORATION et al.,** | : | |
| | : | |
| **Defendants.** | : | **Declaration of Gary D. Patterson** |
| | : | |
| | : | |

I, Gary D. Patterson, state and declare as follows, and would testify to the same if called as a witness under oath:

1. I am over twenty-one (21) years of age, and I make this declaration upon my personal knowledge.

2. I was formerly employed as an Account Sales Executive for Defendant Hitachi Data Systems n/k/a Hitachi Vantara Corporation ("Hitachi").

3. I have reviewed the document located at DKT # 47-5, which purports to be a December 4, 2012, email from HR – Global Total Rewards to numerous recipients, including me. I have no recollection of receiving that email.

4. I remember that, while I was employed at Hitachi, I was provided an annual benefit enrollment package in late October to be completed in November, so I consider a December 4, 2012, email date to be unusual.

5. I am not familiar with the term benefit target compensation amount.

6. I was never aware during my employment with Hitachi that a $175,000.00 income figure would apply to my long-term disability income benefit.

I declare subject to the penalty of perjury that the foregoing is correct to the best of my knowledge.

Executed this 16 day of December, 2020.

Gary D. Patterson

Gary D. Patterson