**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,**<br><br>Plaintiff,<br><br>v.<br><br>**HITACHI VANTARA CORPORATION, *et al.*,**<br><br>Defendants. | ::<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:19-cv-02982-EAS-CMV<br><br>Chief Judge Edmund A. Sargus<br><br>Magistrate Judge Chelsey M. Vascura |

DECLARATION OF SUSAN RAMIREZ

I, Susan Ramirez, state upon my personal knowledge as follows:

- I am currently employed by Hitachi Vantara LLC as Senior Director, Global Benefits.
- I have reviewed Exhibit 1 to the Declaration of Thomas W. Carroll, which is a document Bates labeled HITACHI 812-13. Exhibit 1 is a true and correct copy of an email I received from Juan Sans, dated October 20, 2012.
- I have reviewed Exhibit 2 to the Declaration of Thomas W. Carroll, which is a document Bates labeled HITACHI 174-76. Exhibit 2 is a true and correct copy of Gerald Morgan's 2013 benefits confirmation, which I provided to him. Details of Mr. Morgan's dependents and beneficiaries are redacted.

According to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2021.

Susan Ramirez
Susan Ramirez

4823-0420-7062.1 083423.1010

**EXHIBIT C**