AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern    District of    Ohio

| | | |
|---|---|---|
| Gerald Morgan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:19-cv-2982 |
| Hitachi Vantara Corp, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☒ other:  Pursuant to the Opinion and Order Filed filed 9/24/2021 The Court denies ECF No. [45] Plaintiff Gerald Morgan's Motion for Partial Summary Judgment; grants ECF No. [46]  Liberty's Motion for Summary Judgment; grants ECF No. [47]  Hitachi's Motion for Summary Judgment.  This case is closed.

_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ _____ .

Date:    09/24/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk