IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD MORGAN, | § | |
| | § | |
| Plaintiff, | § | Case No. 2:19cv02982-EAS-CMV |
| | § | |
| v. | § | |
| | § | Chief District Judge Edmund A. Sargus, Jr. |
| HITACHI VANTARA CORPORATION, | § | |
| LIBERTY LIFE ASSURANCE COMPANY | § | |
| OF BOSTON, AND HITACHI DATA | § | Magistrate Judge Chelsey M. Vascura |
| SYSTEMS' HEALTH AND WELFARE | § | |
| BENEFITS PLAN, | § | |
| | § | |
| Defendants. | § | |

**AFFIDAVIT OF IWANA RADEMAEKERS**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned, on this day personally appeared IWANA RADEMAEKERS, who being by me duly sworn, upon her oath, deposed and stated as follows:

1. My name is Iwana Rademaekers. I am over the age of 21 years of age, am of sound mind, and am in all ways competent to make this oath. All of the matters expressed herein are true and correct and of my personal knowledge.

2. I have been a licensed attorney and member of the State Bar of Texas since 1988. Since April 1, 2014, I have been sole shareholder and practicing attorney with the Law Offices of Iwana Rademaekers, P.C. From August 1997 until April 1, 2014, I was Of Counsel in the Dallas office of Jackson Lewis P.C. I am admitted to practice before all state and federal courts in Texas, the Western and Eastern Districts of Arkansas, the District of Colorado, the Western

District of Oklahoma, the Western District of Tennessee, the District of North Dakota, the District of New Mexico, and the Eastern District of Wisconsin. I am admitted to practice pro hac vice in this case before the Southern District of Ohio, and I am also admitted to practice before the Fourth, Fifth, Eighth, Ninth, Tenth, and Eleventh Circuit Courts of Appeals. I have been involved in numerous ERISA litigation matters in various federal courts throughout the country. A true and correct copy of my online Martindale-Hubbell resume is attached hereto as Exhibit A.

3. Plaintiff in the above-styled action brought claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et. seq., specifically a claim for recovery of benefits pursuant to § 1132(a)(1)(B). I have acted as lead counsel for the Defendant Liberty Life Assurance Company of Boston ("Liberty Life") throughout this action.

4. I have worked a total of approximately 31.5 hours defending Liberty Life in the above-styled litigation. Liberty Life was charged $275.00 per hour for my services, and the total fee for my time was $8,662.50. David Riepenhoff of Fishel Downey Albrecht & Riepenhoff, LLP performed approximately 4.4 hours defending Liberty Life in the above-styled litigation. Liberty Life was charged $200 per hour for his services and the total fee for his time was $880.00. A Paralegal in my office performed 15.5 hours of work assisting in the defense of Liberty Life in the above-styled litigation. Liberty Life was charged $100.00 per hour for the paralegal's services, and the total fee for the paralegal's time was $1,550.00. Therefore, the total attorneys' and paralegal fees charged in this case to date was $11,092.50. Based upon my 17 years of experience in practicing ERISA litigation in twenty-eight states, including Ohio, I am familiar with the prevailing attorney and paralegal fee rates in the Southern District of Ohio for these kinds of cases. I believe that the rates charged for the services in this case are reasonable and commensurate with the rates of other comparable firms with offices in the Southern District

of Ohio for attorneys and paralegals with comparable experience, knowledge, and skill. In my opinion, the hourly rates charged for services in this case are within the range of prevailing market rates for such services.

5. Between July 2019 and today, David Riepenhoff and I have performed the tasks listed on the log attached hereto as Exhibit B in connection with Liberty Life's defense in this case. Each of these tasks, and all of the time expended by me in connection with this matter, was reasonable and necessary to present Liberty Life's defense and to prosecute this action.

6. In addition to our time, a paralegal in my office worked a total of 15.5 hours on this case performing the reasonable and necessary tasks listed on the log attached hereto as Exhibit B. Each of these tasks, and all of the time expended by the paralegal in connection with this matter was reasonable and necessary to present Liberty Life's defense and to prosecute this action.

FURTHER AFFIANT SAYETH NAUGHT.

______________________________
**IWANA RADEMAEKERS**

SWORN TO AND SUBSCRIBED BEFORE
ME THIS _8th_ DAY OF October 2021.

______________________________
NOTARY PUBLIC IN THE STATE OF TEXAS
My Commission expires April 29, 2022

SANDRA ACKER
ID #128254126
My Commission Expires
April 29, 2022

LexisNexis®



# Iwana Rademaekers - Lawyer Profile

**Update this Profile**



Iwana Rademaekers
*Member*

**Law Offices of Iwana Rademaekers, P.C.**
14785 Preston Rd., Ste. 550
Dallas, Texas
(Collin, Dallas & Denton Cos.)

**Profile Visibility**
**#1,706** in weekly profile views out of 16,066 lawyers in **Dallas, Texas**
**#208,957** in weekly profile views out of 1,495,221 total lawyers **Overall**

**Experience & Credentials** | Client/Peer Review Ratings™

| | |
|---|---|
| **Practice Areas** | Employee Benefits Counseling and Litigation; Benefits Litigation; General Employment Litigation |
| **University** | McMurry University, B.B.A. |
| **Law School** | University of Texas at Austin, J.D. |
| **Admitted** | 1988 |
| **ISLN** | 904255209 |

View Client/Peer Review Ratings

*Source: Martindale-Hubbell*



EXHIBIT

A

Print Close Window

# Iwana Rademaekers - Lawyer Profile

**Iwana Rademaekers**
*Member*

Law Offices of Iwana Rademaekers, P.C.
14785 Preston Rd., Ste. 550
Dallas
(Collin, Dallas & Denton Cos.)

**Profile Visibility**
**#1,706** in weekly profile views out of 16,066 lawyers in **Dallas**
**#208,957** in weekly profile views out of 1,495,221 total lawyers **Overall**

Experience & Credentials

**Client / Peer Review Ratings™**

Ratings Methodology

**Peer Rating**

## Overall Peer Rating

**5.0** out of 5.0

## No feedback is available.

The individuals that have reviewed this lawyer have not provided any additional feedback.

View Experience & Credentials

**Disclaimer:** No representation is made that the quality of legal services to be performed is greater than the quality of legal services performed by other lawyers. The testimonial or endorsement does not constitute a guarantee, warranty, or prediction regarding the outcome of your legal matter. Any result that the endorsed lawyer or law firm may achieve on behalf of one client in one matter does not necessarily indicate that similar results can be obtained for other clients. Past success cannot be an assurance of future success because each case must be decided on its own merits. Prior results do not guarantee a similar outcome. Martindale-Hubbell® does not undertake to develop a Client Review Rating or Peer Review Rating for all firms and/or

lawyers. Therefore, the fact that a firm or lawyer has not been reviewed should not be construed as unfavorable. Martindale-Hubbell accepts no responsibility for and will not be liable for the content and accuracy of the individual Reviews and the aggregated Reviews.

*Source: Martindale-Hubbell*

Print Close Window

# Log Activity

07/01/2019 - 09/30/2021
**Fees**

| Date | Client | | Matter | User# | Hours | Amount |
|---|---|---|---|---|---|---|
| **07/19/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #25931 | Analyze complaint re: basis for claims and venue. | | | | | |
| **07/19/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #25932 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **07/23/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.10 | $10.00 |
| #25533 | Prepare correspondence to Plaintiff's counsel regarding waiver of service. | | | | | |
| **07/23/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 1.80 | $180.00 |
| #25535 | Preparation of PVC and analysis of offsets, to include review of complaint, claim file, and policy documents to prepare comparison PVC based on plaintiff's allegations regarding incorrect base salary used by Liberty to calculate benefit amount. | | | | | |
| **08/19/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #26298 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **09/03/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 2.80 | $280.00 |
| #26224 | Prepare answer to complaint and counterclaim. | | | | | |
| **09/03/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #26609 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **09/03/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.30 | $82.50 |
| #26610 | Teleconference with Tom Carroll re: documents requested and salary issues. | | | | | |
| **09/03/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #26611 | Prepare correspondence to Katie Elsner re: representation by Tom Carroll. | | | | | |
| **09/04/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #26612 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **09/04/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #26613 | Prepare correspondence to Tom Carroll re: administrative record. | | | | | |
| **09/04/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 1.00 | $275.00 |
| #26614 | Revise answer and counterclaim. | | | | | |
| **09/05/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.20 | $20.00 |
| #26227 | Prepare corporate disclosure statement. | | | | | |
| **09/05/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.70 | $70.00 |
| #26228 | Prepare pro hac vice application and affidavit. | | | | | |
| **09/05/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #26615 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **09/05/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 3 | 0.10 | $20.00 |
| #34023 | Correspond with attorney Rademaekers about trial counsel and pro hac vice matters. | | | | | |
| **09/06/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 3 | 1.90 | $380.00 |
| #34024 | Review Answer and affirmative defenses and Counterclaim, in conjunction with Local Rules and practices; correspondence with Iwana Rademaekers about the Answer and motions for admission pro hac vice. | | | | | |
| **09/06/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 3 | 1.10 | $220.00 |
| #34025 | Draft Motion to Appear Pro Hac Vice for Iwana Rademaekers and Motion to Appoint Trial Counsel. | | | | | |
| **09/09/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.30 | $82.50 |
| #26616 | Teleconference with Kristen Watson re: counterclaim. | | | | | |
| **09/09/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #26617 | Prepare correspondence to Kristen Watson re: overpayment correspondence. | | | | | |
| **09/09/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #26618 | Prepare correspondence to Tom Carroll re: STD overpayment issue. | | | | | |
| **09/09/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #26619 | Prepare correspondence to Paula McGee re: status of case | | | | | |
| **09/09/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 3 | 0.10 | $20.00 |
| #34026 | Review Orders granting pro hac vice admission and approval of trial counsel. | | | | | |
| **09/09/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 3 | 0.30 | $60.00 |
| #34027 | Review Defendant Hitachi Vantara Corporation's and Defendant Hitachi Data Systems' Answer and Corporate Disclosure Statements. | | | | | |
| **09/10/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 3 | 0.10 | $20.00 |
| #34028 | Email to Iwana Rademaekers about the case status. | | | | | |
| **09/23/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #26620 | Prepare correspondence to all counsel re: Rule 26(f) conference. | | | | | |
| **09/30/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.60 | $165.00 |
| #26621 | Attend telephonic Rule 26(f) conference with all counsel. | | | | | |
| **10/01/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.30 | $82.50 |
| #26928 | Prepare correspondence to Tom Carroll re: revised 26(f) report. | | | | | |
| **10/01/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #26929 | Prepare correspondence to Kristin Watson re: 26(f) report. | | | | | |
| **10/08/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.40 | $110.00 |
| #26930 | Teleconference with all counsel re: 26(f) report, protective order, and filing record under seal. | | | | | |
| **11/13/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #27233 | Revise proposed protective order. | | | | | |
| **11/15/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #27234 | Prepare correspondence to Kristin Watson re: protective order. | | | | | |
| **12/04/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 3 | 0.40 | $80.00 |
| #34020 | Review Defendants Hitachi Vantara and Hitachi Data's unopposed Motion for Leave to File Amended Answer and Counterclaim (Doc 23), and the Amended Answer and Counterclaim (Doc 25). | | | | | |

EXHIBIT

B

| | | | | | | |
|---|---|---|---|---|---|---|
| **12/11/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #27235 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **12/16/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #27501 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **12/16/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #27502 | Prepare correspondence to Tom Carroll re: demand from plaintiff. | | | | | |
| **12/16/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 3 | 0.10 | $20.00 |
| #34021 | Review Plaintiff's initial settlement demand emailed by attorney Watson. | | | | | |
| **12/27/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 3 | 0.20 | $40.00 |
| #34022 | Review Morgan's Answer to Hitachi's Counterclaim (Doc. 26). | | | | | |
| **12/31/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.10 | $10.00 |
| #27429 | Prepare correspondence to Dave Riepenhoff regarding input for quarterly report to other parties, pursuant to pretrial order requirements. | | | | | |
| **12/31/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.10 | $10.00 |
| #27430 | Prepare quarterly report to other parties, pursuant to pretrial order. | | | | | |
| **01/20/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #27682 | Prepare correspondence to Tom Carroll re: status of negotiations. | | | | | |
| **01/22/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #27683 | Prepare correspondence to Kristin Watson re: response to plaintiff's demand. | | | | | |
| **03/10/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #28268 | Prepare correspondence to Tom Carroll re: overpayment calculation in claim file. | | | | | |
| **03/11/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #28269 | Prepare correspondence to Kristin Watson re: overpayment calculations relating to counterclaim. | | | | | |
| **03/26/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #28270 | Prepare correspondence to all counsel re: service. | | | | | |
| **03/31/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.20 | $20.00 |
| #28191 | Prepare quarterly report to other parties, pursuant to pretrial order. | | | | | |
| **03/31/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.30 | $82.50 |
| #28271 | Teleconference with Tom Carroll re: mediation conference and settlement negotiations with plaintiff's counsel. | | | | | |
| **03/31/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #28272 | Prepare correspondence to Kristin Watson re: overpayment calculations. | | | | | |
| **04/06/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 3 | 0.10 | $20.00 |
| #34019 | Assess mediator Ron Linville and email to Iwana Rademaekers. | | | | | |
| **04/08/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #28535 | Prepare correspondence to Ronald Linville re: mediation procedure and videoconferencing. | | | | | |
| **04/13/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #28536 | Prepare correspondence to Tom Carroll re: video mediation. | | | | | |
| **04/13/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #28537 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **05/01/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.80 | $80.00 |
| #28454 | Prepare defendant's submission of administrative record under seal. | | | | | |
| **05/01/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.50 | $137.50 |
| #28803 | Analyze documents to be submitted as administrative record. | | | | | |
| **05/01/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.40 | $110.00 |
| #28841 | Revise defendant's submission of administrative record. | | | | | |
| **05/13/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #28842 | Prepare correspondence to Kristin Watson re: deposition of Hitachi employee. | | | | | |
| **05/20/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.30 | $82.50 |
| #28843 | Teleconference with Kristin Watson re: framing of settlement demand. | | | | | |
| **05/20/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.60 | $60.00 |
| #28844 | Prepare mediation memorandum. | | | | | |
| **05/20/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.90 | $247.50 |
| #28848 | Revise mediation memorandum. | | | | | |
| **05/26/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #28845 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **05/26/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #28846 | Prepare correspondence to Ronald Linville re: mediation time. | | | | | |
| **05/27/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 1.90 | $522.50 |
| #28847 | Attend videoconference mediation. | | | | | |
| **06/03/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #29355 | Prepare correspondence to Kristin Watson re: deposition of Hitachi employee. | | | | | |
| **06/15/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #29356 | Prepare correspondence to Kristin Watson re: motion regarding deposition. | | | | | |
| **06/29/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.20 | $20.00 |
| #29152 | Prepare quarterly report to other parties, pursuant to pretrial order. | | | | | |
| **06/29/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #29357 | Prepare correspondence to Kristin Watson re: repayment of overpayment. | | | | | |
| **06/29/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #29358 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **06/30/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #29359 | Prepare correspondence to Kristin Watson re: payment directions. | | | | | |
| **07/23/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #29864 | Prepare correspondence to Kristin Watson re: resolution of counterclaim. | | | | | |
| **07/28/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #29865 | Prepare correspondence to Kristin Watson re: motion to extend deadlines. | | | | | |
| **08/13/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #30238 | Prepare correspondence to Paula McGee re: status of case. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **09/16/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #30573 | Prepare correspondence to all counsel re: availability for hearing on deposition. | | | | | |
| **09/21/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #30574 | Revise counterclaim settlement agreement. | | | | | |
| **09/21/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #30575 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **09/22/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #30576 | Prepare correspondence to Kristin Watson re: signed counterclaim settlement agreement. | | | | | |
| **09/22/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.50 | $137.50 |
| #30577 | Attend hearing via telephone with court and all counsel re: deposition and discovery extension. | | | | | |
| **09/28/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.20 | $20.00 |
| #30474 | Prepare quarterly report to other parties, pursuant to pretrial order. | | | | | |
| **09/28/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.20 | $55.00 |
| #30578 | Prepare correspondence to Kristin Watson re: deposition scheduling. | | | | | |
| **10/16/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #30880 | Prepare correspondence to Kristin Watson re: motion to extend discovery deadline for deposition. | | | | | |
| **10/25/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #30881 | Prepare correspondence to Kristin Watson re: overpayment reimbursement check. | | | | | |
| **10/29/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.30 | $82.50 |
| #30882 | Review exhibits for deposition of Gilbert Villegas. | | | | | |
| **10/30/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 1.60 | $440.00 |
| #30883 | Attend deposition of Gilbert Villegas. | | | | | |
| **11/15/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #31151 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **11/16/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.30 | $30.00 |
| #30824 | Prepare stipulation to dismiss counterclaim and prepare correspondence to Plaintiff's counsel regarding same. | | | | | |
| **11/16/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #31152 | Prepare correspondence to Paula McGee re: status of case. | | | | | |
| **11/16/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #31153 | Revise stipulation regarding counterclaim dismissal. | | | | | |
| **11/19/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 3.90 | $390.00 |
| #30996 | Prepare motion for summary judgment. | | | | | |
| **11/20/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 1.30 | $357.50 |
| #31154 | Research re: discretionary authority and finding on the record. | | | | | |
| **11/20/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 2.90 | $797.50 |
| #31155 | Revise motion for judgment. | | | | | |
| **11/24/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 1.10 | $110.00 |
| #31049 | Prepare affidavit in support of motion for summary judgment. | | | | | |
| **11/30/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 1.40 | $385.00 |
| #31156 | Revise motion for judgment. | | | | | |
| **11/30/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.40 | $110.00 |
| #31157 | Revise declaration in support of motion for judgment. | | | | | |
| **12/03/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 2.60 | $715.00 |
| #31382 | Revise brief in support of motion for judgment. | | | | | |
| **12/03/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.10 | $27.50 |
| #31383 | Revise affidavit to declaration without notary requirement. | | | | | |
| **12/07/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.30 | $82.50 |
| #31384 | Revise brief in support of motion for judgment. | | | | | |
| **12/17/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 3.30 | $907.50 |
| #31608 | Revise response to plaintiff's motion for summary judgment. | | | | | |
| **12/18/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 0.50 | $137.50 |
| #31609 | Revise response to plaintiff's motion for summary judgment. | | | | | |
| **12/31/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.20 | $20.00 |
| #31574 | Prepare quarterly report to other parties, pursuant to pretrial order. | | | | | |
| **01/07/2021** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 1 | 2.70 | $742.50 |
| #31822 | Revise reply in support of motion for summary judgment. | | | | | |
| **06/30/2021** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.30 | $30.00 |
| #33092 | Prepare quarterly report to other parties, pursuant to pretrial order. | | | | | |
| **09/30/2021** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 1.90 | $190.00 |
| #34009 | Prepare motion for attorney's fees and costs and prepare affidavit and itemization of fees in support of motion for attorney's fees and costs. | | | | | |

| | | |
|---|---|---|
| Total Fees Timekeeper 1* @ $275 | 31.5 | $ 8,662.50 |
| Total Fees Timekeeper 2* @ $100 | 15.5 | $ 880.00 |
| Total Fees Timekeeper 3* @ $200 | 4.4 | $ 1,550.00 |
| **TOTAL FEES ALL TIMEKEEPERS** | **51.40** | **$11,092.50** |

**Costs**

| Date | Client | | Matter | User# | | Amount |
|---|---|---|---|---|---|---|
| **07/23/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.00 | $1.28 |
| #25534 | Photocopies (16 @ .08 per page) | | | | | |
| **09/03/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.00 | $4.72 |
| #26225 | Photocopies (59 @ .08 per page) | | | | | |
| **09/05/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.00 | $25.00 |
| #26745 | Fee for certificate of good standing required for pro hac vice admission. | | | | | |
| **09/06/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.00 | $200.00 |
| #26537 | Court filing fee to file pro hac vice motion. | | | | | |
| **09/06/2019** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.00 | $16.40 |
| #27920 | Postage. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **11/30/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.00 | $607.25 |
| #31054 | Berkley Court Reporters Invoice No. 546603 for transcript of the deposition of Gilbert Villegas. | | | | | |
| **12/04/2020** | 5501.56 | Morgan, G - Lincoln/Morgan | Liberty/Morgan, Gerald | 2 | 0.00 | $1.04 |
| #31092 | Photocopies (13 @ .08 per page) | | | | | |
| | | | | Total Costs | 0.00 | $855.69 |

**TOTAL FEES AND COSTS** **$11,948.19**

***Timekeeper Legend:**
**1 Iwana Rademaekers, Attorney, Rate = $275**
**2 Sandra Acker, Paralegal, Rate = $100**
**3 David A. Riepenhoff, Attorney, Rate = $200**