IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD MORGAN, | § | |
| | § | |
| Plaintiff, | § | Case No. 2:19cv02982-EAS-CMV |
| | § | |
| v. | § | |
| | § | Chief District Judge Edmund A. Sargus, Jr. |
| HITACHI VANTARA CORPORATION, | § | |
| LIBERTY LIFE ASSURANCE COMPANY | § | |
| OF BOSTON, AND HITACHI DATA | § | Magistrate Judge Chelsey M. Vascura |
| SYSTEMS' HEALTH AND WELFARE | § | |
| BENEFITS PLAN, | § | |
| | § | |
| Defendants. | § | |

**AFFIDAVIT OF DAVID A. RIEPENHOFF**

| | |
|---|---|
| STATE OF OHIO | § |
| | § |
| COUNTY OF FRANKLIN | § |

BEFORE ME, the undersigned, on this day personally appeared DAVID A. RIEPENHOFF, who being by me duly sworn, upon his oath, deposed and stated as follows:

1. My name is David A. Riepenhoff. I am over 21 years of age, am of sound mind, and am in all ways competent to make this oath. All of the matters expressed herein are true and correct and of my personal knowledge.

2. I have been a licensed attorney and member of the State Bar of Ohio (0075089) since November, 2002. Since November, 2002, I have been a practicing attorney with the law firm of Fishel Downey Albrecht & Riepenhoff, LLP and have been a partner in the firm since January 1, 2012. This firm has been in continuous operation since 1990, although the partners and name have changed. On January 22, 2003, I was admitted to practice

before the U.S. District Court for the Southern District of Ohio. On October 23, 2006 I was admitted to practice before the U.S. District Court for the Northern District of Ohio. I have regularly practiced before each of these courts since admission. I have defended numerous employment and labor and other civil litigation matters, including ERISA cases, before this Court. I am also admitted to practice before the Supreme Court of South Carolina (0073033), the United States Supreme Court, and the U.S. Sixth Circuit Court of Appeals. I am a member in good standing in each of these Courts, with no disciplinary action. I was also admitted pro hac vice to the U.S. District Court for the Southern District of Indiana for the purposes of litigating and trying a civil litigation matter. In addition:

a. Since 2002, my practice has focused on labor and employment law, civil rights law, contracts and related litigation, and other civil litigation; In my practice, I have served as both lead and local counsel in numerous cases in state and federal court since 2002. Inevitably, this representation has included extensive discovery, motion practice and trial.

b. In addition to representation in courts and before administrative agencies, I advise clients on a daily basis on all aspects of employment law and benefits, and regarding contracts;

c. I am a member of the Federal, Ohio, South Carolina and Columbus Bar Associations and the Defense Research Institute;

d. I have been recognized by Super Lawyers® for the past six years as a Super Lawyer, 2017-2022, and eight other times as a Rising Star, 2007, 2010-2016, recognizing the top lawyers in Ohio, for my work in employment and labor law;

e. I have been asked to lecture on labor and employment, civil rights and other legal matters for many years; I have presented to a wide variety of groups, including the Columbus Bar Association, and others, and have authored numerous articles;

f. Since 2006, I have served as Part-Time Faculty for Otterbein University, annually teaching courses in Business Law, and, from time-to-time other subjects including Ethical Leadership and Communications & Negotiations;

3. Plaintiff in the above-styled action brought claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et. seq., specifically a claim for recovery of benefits pursuant to § 1132(a)(1)(B). I have acted as local counsel for the Defendant Liberty Life Assurance Company of Boston ("Liberty Life") throughout this action.

4. I have worked a total of 4.4 hours defending Liberty Life in the above-styled litigation. Liberty Life was charged $200 per hour for my services and the total fee for my time was $880.00, plus $216.40 in expenses. Iwana Rademaekers with the Law Offices of Iwana Rademaekers, P.C. has worked a total of approximately 31.5 hours defending Liberty Life in the above-styled litigation. Liberty Life was charged $275.00 per hour for her services, and the total fee for her time was $8,662.50. A Paralegal in Ms. Rademaekers' office performed 15.5 hours of work assisting in the defense of Liberty Life in the above-styled litigation. Liberty Life was charged $100.00 per hour for the paralegal's services, and the total fee for the paralegal's time was $1,550.00. Therefore, the total attorneys' and paralegal fees charged in this case to date was $11,092.50. Based upon my 18 years of experience in practicing civil litigation in Ohio and before this Court, including in ERISA matters, I am familiar with prevailing attorney and paralegal fee rates in the Southern District of Ohio for these kinds of cases. I believe that the rates charged for the

services in this case are reasonable and commensurate with the rates of other comparable firms with offices in the Southern District of Ohio for attorneys and paralegals with comparable experience, knowledge, and skill. In my opinion, the hourly rates charged for services in this case are within the range of prevailing market rates for such services.

FURTHER AFFIANT SAYETH NAUGHT.

**DAVID A. RIEPENHOFF**

SWORN TO AND SUBSCRIBED BEFORE ME on this the 8th day of October 2021.

Notary Public - State of Ohio

My Commission Expires: 09/12/2023