**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | **Case No. 2:19-cv-2982** |
| **Plaintiff,** | : | **Judge Sargus** |
| **v.** | : | **Magistrate Judge Vascura** |
| **HITACHI VANTARA CORPORATION et al.,** | : | |
| **Defendants.** | : | |

---

## AFFIDAVIT OF KRISTIN SEIFERT WATSON

---

STATE OF OHIO )
) SS:
COUNTY OF FRANKLIN )

The undersigned, Kristin Seifert Watson, having first been duly sworn, says and deposes as follows.

1. My name is Kristin Seifert Watson. I make this affidavit on my own personal knowledge and upon records under my control.

2. I am a partner with the law firm of Cloppert, Latanick, Sauter & Washburn in Columbus, Ohio, and I am counsel for Gerald Morgan in the above-referenced litigation.

3. On or about November 20, 2017, I entered into an agreement with Gerald Morgan to represent him with regard to preparing an information request and analyzing the documents received regarding his long-term disability benefits from his former employer, Hitachi Data Systems, LLC ("Hitachi") and the discrepancy in the benefit amount from what he believed he was entitled.

4. On or about May 30, 2019, I entered into an agreement with Gerald Morgan to represent him with regard to filing a lawsuit against Liberty Mutual and his former employer for denial of the appropriate amount of long-term disability benefits.

5. I entered into both agreements with Gerald Morgan with the belief that his claims were meritorious and justified. Neither of his claims were filed in bad faith to harass Liberty Mutual or Hitachi.

6. At all times during, and after, the course of the administrative review and litigation, I have maintained the belief that Morgan's claims were brought in good faith.

Further, Affiant sayeth naught.

______________________________
Kristin Seifert Watson

Sworn to and subscribed in my presence this 28 th day of October, 2021.

NOTARIAL SEAL
STATE OF OHIO

DEBORAH L. FINLEY
Notary Public, State of Ohio
My Commission Expires
October 01, 2023

______________________________
Notary Public