**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD MORGAN,** | : | |
| | : | **Case No. 2:19-cv-2982** |
| **Plaintiff,** | : | |
| | : | **Judge Sargus** |
| **v.** | : | |
| | : | **Magistrate Judge Vascura** |
| **HITACHI VANTARA CORPORATION et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## AFFIDAVIT OF GERALD MORGAN

STATE OF OHIO )
) SS:
COUNTY OF FRANKLIN )

The undersigned, Gerald Morgan, having first been duly sworn, says and deposes as follows.

1. My name is Gerald Morgan. I make this affidavit on my own personal knowledge and upon records under my control.

2. I am currently receiving long term disability income benefits due to hydrocephalus, subdural hematoma, and other related serious medical conditions.

3. Treatment, including various surgeries, associated with my medical conditions has been incredibly costly.

4. I continue to undergo treatment for my various medical conditions.

5. I have had no employment or earned any income since I went on leave from Hitachi in June 2015.

6. At this time, I have not received clearance to return to work and there is no anticipated date as to when return to work would be medically allowed.

Further, Affiant sayeth naught.

Gerald Morgan

Sworn to and subscribed in my presence this 29 th day of October, 2021.

NOTARIAL SEAL * STATE OF OHIO

Kristin S. Watson
Attorney At Law
Notary Public, State of Ohio
My commission has no expiration date
Sec. 147.03 R.C.

Notary Public